## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHARIF KAZAL, ADAM KAZAL, TONY
KAZAL, and KARL KAZAL,

              Plaintiffs,

v.

MATTHEW PRICE,

              Defendant.

_____/

Case No.:

**COMPLAINT AND
DEMAND FOR JURY
TRIAL**

**INJUNCTIVE RELIEF
SOUGHT**

Plaintiffs Charif Kazal, Adam Kazal, Tony Kazal, and Karl Kazal (collectively,

"Plaintiffs" or the "Kazal Brothers"), by and through undersigned counsel, complaining against

Defendant Matthew Price, allege the following:

### Nature of Action

1.      This is a case of a continuous and systematic effort by an individual in the State of

Florida, Matthew Price ("Defendant" or "Price"), to intimidate, harass, and vilify a prominent

Australian family of Mid-Eastern heritage over the Internet by falsely linking members of the

family to international terrorism and criminal misconduct.  Price is accomplishing this purpose

by creating, maintaining, and publicizing five websites on which Price posted incendiary, false,

and misleading information about Plaintiff.

2.      Price's unlawful conduct has disparaged Plaintiffs, is destroying the sterling

business reputations built up over two generations in Australia by the Kazal family, and is

interfering with their business opportunities.  Specifically, the Kazal Brothers have been denied

business loans and have had deals fail to close as a result of Price's outrageous actions.  The

false information conveyed by Price over the Internet has also created a security threat to the

1

Kazal family, an assessment confirmed by a retired Australian police officer who is a respected security expert.  The false information on the websites and the resulting security concerns have engendered severe emotional distress for the entire Kazal family, including young children.  And critically, these young children are subject to ridicule and harassment in Australia, including taunts accusing them of being terrorists.  The taunts have escalated in frequency in the last few weeks to the point that the emotional and physical well-being of the children is at risk.

3.      Therefore, Plaintiffs bring this action to obtain relief for the damages Price's repugnant conduct has caused Plaintiffs with respect to their business and financial affairs, with respect to their physical safety and with respect to the emotional well-being of the Kazal family, including the young children of the family.

4.      Plaintiffs seek a Temporary Restraining Order and Preliminary Injunction, and ultimately a permanent injunction against Defendant.  Unless Price is permanently restrained and enjoined, he will engage, and continue to engage in the acts, practices, and patterns of behavior set forth in this Complaint and in acts, practices, and patterns of behavior of a similar type and nature.

5.      Plaintiffs additionally seek compensatory and punitive damages against Defendant.

6.      By this action, Plaintiffs seek to hold Price accountable for the substantial damage that he has, and continues to, inflict on Plaintiffs and Plaintiffs' families, including young children, and put an end to Price's untrue, harassing, harmful, and disparaging statements.  In other words, Plaintiffs seek to restore a sense of normalcy to their day to day lives.

## The Parties

7.      Plaintiff Charif Kazal is a foreign national whom at all relevant times is domiciled in the Commonwealth of Australia.

8.      Plaintiff Adam Kazal is a foreign national whom at all relevant times is domiciled in the Commonwealth of Australia.

9.      Plaintiff Tony Kazal is a foreign national whom at all relevant times is domiciled in the Commonwealth of Australia.

10.      Plaintiff Karl Kazal is a foreign national whom at all relevant times is domiciled in the Commonwealth of Australia.

11.      Defendant Matthew Price is a United States citizen and a resident of the State of Florida. Price, upon information and belief, currently resides at 3019 Lynwood Court, Land O Lakes, Florida.

## Jurisdiction and Venue

12.      Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332, as each of the Plaintiffs is foreign national and Defendant is United States citizen and a resident of the State of Florida.

13.      Pursuant to 28 U.S.C. § 1332, the value of the damages and injunctive relief sought exceeds $75,000, exclusive of interest and costs.

14.      Venue is proper pursuant to 28 U.S.C. § 1391(b) because Defendant resides in this District, a substantial part of the events giving rise to this matter occurred in this District, and/or Defendant is subject to the general personal jurisdiction of this Court.

## Factual Allegations

### The Kazal Family

15.     Plaintiffs Charif Kazal, Adam Kazal, Tony Kazal, and Karl Kazal emigrated with their parents in the 1980's from Lebanon to Sydney, Australia when they were young children. They were then raised, educated, and through hard work prospered in Australia.

16.     From humble beginnings in a new country, their father started a small food service establishment which the Kazal Brothers, after reaching adulthood, helped to grow into a successful and recognized Australian restaurant business.  The family business eventually also pivoted into real estate development and international business consulting.  The Kazal Brothers have operated a number of successful restaurant & café businesses on Sydney Harbour around Circular Quay, The Rocks Sydney, and Darling Harbour for the better part of the past twenty-five years.  They have also undertaken a number of commercial property and investments up and down the New South Wales and Queensland coasts that have generated jobs and economic growth to these areas.  The Kazal Brothers are also active in political and charity causes in Australia.

17.     The Kazal Brothers regularly seek opportunities to expand their current businesses or to create new business opportunities, including through financing arrangements with banks and other partners.

18.     Accordingly, they rely heavily on their established reputations in the Australian business community to create relationships with lenders and business partners.

### Matthew Price's Creation of the Websites

19.     Defendant Matthew Price works in the information technology field, and has provided I.T. services through his company United Technology Group Incorporated.

20.     Additionally, Price served for a time as the Chief Technology Officer of a company called Thunder Studios, Inc. ("Thunder Studios") in the State of California.

21.     Thunder Studios is owned by an individual, Rodric David ("David"), with whom the Kazal Brothers have had previous business dealings, and with whom they are or have been embroiled in separate litigations in California, the Commonwealth of Australia and the Cayman Islands.

22.     Price and David have had a longstanding professional and personal relationship.

23.     Sometime around the first quarter of 2016, Price, who has stated under oath that he has never met, spoken with, or had any personal knowledge of or contact of any kind with any of the Kazal Brothers, and otherwise has had no personal feud or dispute of any kind with the Kazal Brothers, registered and created five websites: www.charifkazal.com, www.kazalfamilytruth.com, www.karlkazal.com, www.adamkazal.com, and www.tonykazal.com (collectively, the "Websites").  On the Websites, Price, by his own admission, collected, assembled, published, and disseminated adverse, inflammatory, and vilifying information that is demonstrably false about the Kazal family.

24.     In a related proceeding before this Court, *Adam Kazal v. Matthew Price*, No. 8:17-cv-02620-VMC-JSS, Adam Kazal sought—and obtained—discovery from Price in relation to a pending matter before an Australian court.

25.     As part of that discovery, Adam Kazal's counsel deposed Price, and obtained sworn testimony regarding his creation and maintenance of the Websites.  A copy of the Transcript of Deposition of Matthew Price, dated November 9, 2017, is attached hereto as Exhibit A.

26.     At his deposition, Price testified that he created the Websites after learning of the disputes and litigation between the Kazal Brothers and David.

27.     Price further testified that he harbored "animosity" towards the Kazal Brothers even though he had never met or otherwise interacted directly with any of the Kazal Brothers.

28.     Price testified that he created the Websites himself, was solely responsible for placing content on the Websites, and that he created and maintained the Websites in his personal capacity, rather than in the context of any employment relationship, and used his own personal funds for the registration and maintenance of the Websites.

29.     Documents received from the Websites' registrar confirm that Price is the registrant and owner of the five Websites.

30.     Price testified that he gathered all of the information that he posted on the Websites directly from other websites on the Internet.

31.     Price then distorted, twisted, embellished, and manipulated the information, including photos of the Kazal Brothers that he purportedly obtained elsewhere, to cast, using the Websites and before a worldwide audience, the Kazal Brothers in a derogatory, false, and sensationalized light.

32.     In separate instances, Price posted photos of members of the Kazal Brothers and plastered derogatory and false captions and watermarks such as "Support [sic] Hezbollah," "guilty," "criminal," "corrupt," "intimidation," and "bribery" across their photos.

33.     Price also created "memes" out of the original pictures of the Kazal Brothers, adding cartoon characters that are shown ridiculing the subjects of the photos, depicting the Kazal Brothers in a highly offensive, insulting, and humiliating light.

34.     Still other pictures on the Websites falsely show the Kazal Brothers behind bars, which Price added on top of existing photos, another devious touch added by Price to mislead, misguide, and inflame the passions of the readers of the Websites.

35.     One of the most telling aspects of the inflammatory, sensationalized, and disparaging nature of the Websites is a digitally-manipulated image that resembles a police dossier, with photos of the Kazal Brothers and several of their relatives paper-clipped thereto. Below the photo of each Kazal family member, Price sets forth the individual's name, his former Arabic name (*i.e.*, a variant of the name Hussein), date of birth, and country of birth in the Middle East (*i.e.*, Lebanon).  The clear, incendiary, and false implication is that the Kazal Brothers are under investigation by law enforcement authorities in connection with international terrorism.

36.     The Websites also include a stock photo of a handcuffed individual dressed in business attire and holding United States dollar bills.  This image once again conveys the false impression that the Kazal Brothers are criminals.

37.     The Websites additionally include the image of a gavel with the word "GUILTY" overlaid.  On the Websites, the image appears next to the text: "Why are the Kazals laundering money?"  The image, juxtaposed with the text, falsely and maliciously implies that the Kazal Brothers have been adjudged guilty of the crime of money laundering.

38.     Despite Price's testimony that he simply sourced open information from the Internet, he in fact purposefully distorted and manipulated the text and images to place the Kazal Brothers in a false and derogatory light.  The creation and maintenance of the Websites is an outrageous campaign of intentional misrepresentation, deception, and outright race-baiting and Islamophobia designed to falsely link the Kazal Brothers to terrorist and criminal wrongdoing.

39.     Moreover, the Websites regularly and automatically re-post these disparaging information in an effort to make the content appear new.  As Price testified in his deposition, this is a tactic to ensure that the Websites continue to appear first in Internet search results for the names of the Kazal Brothers or their businesses, and so that Price's outrageously untrue statements about the Kazal Brothers can reach as wide an audience as possible.

### Damage to the Kazal Brothers' Personal and Business Interests

40.     The Kazal Brothers' various successful businesses in Australia have sustained losses due to the negative publicity generated by the inflammatory, untrue, and vilifying information on the Websites.

41.     Before these false allegations were widely publicized and circulated by the Websites, banks had competed vigorously to be the lender of choice for the Kazal Brothers' businesses, given their impeccable reputations and highly-valued business locations on the Sydney Harbour.

42.     However, the dissemination by Price of the false statements and inflammatory images on the Websites has severely damaged the ability of the Kazal Brothers and their businesses to sustain and obtain funding from local banks and finance companies for normal, existing business operations.  Since the establishment of the Websites, the Kazal Brothers have been denied on many instances loans by the banks.

43.     The business partners of the Kazal Brothers have also walked away from deals as a result of the negative information propagated by the Websites.  See Affidavit of Charif Kazal, attached hereto as Exhibit B, ¶¶ 7–9; Affidavit of Manuel Magoulias, attached hereto as Exhibit C, ¶ 5.  This has cost the Kazal Brothers business revenue and has created cash flow difficulties for the family.

### Damages to the Emotional and Physical Well Being
### of the Kazal Brothers and their Families

44.     The Websites have taken a significant emotional and physical toll on the Kazal

Brothers and their families, including their spouses and minor children.

45.     The whole family is fearful for its safety and is emotionally distraught.  A

respected security expert with over thirty years of experience on the Australian police force has

determined that the Kazal family faces a real security threat due to the false accusations of

terrorism and other criminal conduct on the Internet.  See Affidavit of Craig Sheridan, attached

hereto as Exhibit D, ¶¶ 8–10.

46.     The minor children of Plaintiff Tony Kazal, aged nine and twelve respectively,

have been harassed by schoolmates who have seen the false information on the Websites about

their father and uncles.  They have been specifically taunted as terrorist supporters.  This has

created severe emotional distress to the children and their mother, the wife of Tony Kazal, who

was forced to consult a security expert and to seek psychiatric counseling.  See Affidavit of

Rania Kazal, attached hereto as Exhibit E, ¶¶ 3–5, 9–10.

### Count I - Tortious Interference with Business Relationships

47.     Plaintiffs re-allege and incorporate by reference Paragraphs 1 through 46 as if

fully alleged herein.

48.     Prior to the publication of untrue, disparaging, and highly offensive information

on Price's Websites, the Kazal Brothers had numerous fruitful and ongoing business dealings

and opportunities in Australia.  In addition, banks in Australia also vigorously competed to be

lender of choice for the Kazal Brothers.

49.     As Price stated in his deposition testimony, he was aware of the Kazal Brothers and their business operations in Australia, and accordingly knew, or should have known, of the likely adverse effects of his outrageous actions on their business interests.

50.     Through the publication of the disparaging, false and vilifying statements on the Websites, without justification or privilege, Price has intentionally and unjustifiably interfered with, and still is intentionally and unjustifiably interfering with, the business relationships of the Kazal Brothers.

51.     As a direct and proximate result of Price's unlawful interference, the Kazal Brothers have been denied loans by local banks and finance companies which in the past competed to be the lender of choice for the Kazal Brothers.

52.     Also as a direct and proximate result of Price's unlawful interference, the Kazal Brothers have lost opportunities to consummate new business deals and as a result have lost revenue.

53.     Further, the Kazal Brothers have suffered decreased profits at their existing businesses due to the reluctance of customers to patronize businesses with supposed ties to terrorism and criminal conduct.

54.     Plaintiffs are entitled to actual damages sustained as a result of Price's unlawful conduct in an amount to be determined at trial.

55.     Defendant had actual knowledge of the wrongfulness of his conduct and the high probability that injury or damages would ensue from his conduct.  Notwithstanding this knowledge, Defendant still intentionally pursued that course of conduct resulting in damages and injury to Plaintiffs.  Plaintiffs are therefore also entitled to punitive damages.

## Count II – Intentional Infliction of Emotional Distress

56.     Plaintiffs re-allege and incorporate by reference Paragraphs 1 through 46 as if fully alleged herein.

57.     Defendant Price acted intentionally, or in the alternative recklessly, when he published false and disparaging statements as described above in order to inflict mental distress on the Kazal Brothers.

58.     As noted above, Price stated under oath that he harbored "animosity" towards the Plaintiffs.  Therefore, he knowingly published false information when he added captions such as "Support Hezbollah," "guilty," and "criminal" to the pictures of the Kazal Brothers on the Websites.

59.     Price knew or should have known that the published content was untrue.  While he re-posted some articles from existing media sources, he also made incendiary assertions that he knew or should have known lacked basis in fact, and which he knew or should have known would inflict emotional distress on Plaintiffs and their families.

60.      The actions of Price, including naked race-baiting and appeals to Islamophobia, are extreme, outrageous, and beyond what should be acceptable in a civilized society.

61.     In particular, Price's attempt to create an association between Plaintiffs and Hezbollah, a known terrorist organization, when Price knows that no such association exists, is utterly intolerable.

62.     Hezbollah has been classified as a terrorist organization by the U.S. government and other governments around the world.  It is well known to the general public worldwide as an organization supporting terrorism and has been linked to the multiple acts of terrorism in which innocent civilians were killed.

63.     The intentional or reckless wrongful conduct of the Defendants caused the following damages to the Kazal Brothers: severe personal stress, mental anguish, emotional distress, embarrassment, fears for the safety of the family's minor children, and public humiliation, as well as irreparable damage to their professional and personal reputations, including future potential business opportunities and earning capacity as previously well-respected, hard-working members of the Australian business community.

64.     Plaintiffs are entitled to actual damages sustained as a result of Price's unlawful conduct in an amount to be determined at trial.

65.     Defendant had actual knowledge of the wrongfullness of his conduct and the high probability that injury or damages would ensue from his conduct.  Notwithstanding this knowledge, Defendant still intentionally pursued that course of conduct resulting in damages and injury to Plaintiffs.  Plaintiffs are therefore also entitled to punitive damages.

## Count III – Injunctive Relief

66.     Plaintiffs re-allege and incorporate by reference Paragraphs 1 through 46 as if fully alleged herein.

67.     Defendant has repeatedly and wrongly made false statements through the Websites, intentionally inflicted emotional distress on Plaintiffs and their family members, and interfered with Plaintiffs' ongoing business relationships to the significant financial detriment of the Kazal family.

68.     In particular, Defendant's outrageous conduct has placed the safety and well-being of the entire Kazal family, including young minor children, at immediate risk.

69.     Defendant's intentional, reckless, and ongoing conduct has caused and will continue to cause, irreparable harm to Plaintiffs and their family members, including young children.

70.     In order to stop Defendant from continuing his outrageous and harmful conduct, Plaintiffs seek entry of a temporary restraining order and an injunction requiring Defendant to remove false contents from the Websites, cease inflicting emotional distress on Plaintiffs, cease creating safety threats for Plaintiffs and cease interfering with Plaintiffs' business relationships.

**<u>Prayer for Relief</u>**

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendant, as follows, on all causes of action:

a.  A Temporary Restraining Order and Preliminary Injunction restraining Defendant from publishing, via the Internet or other means, statements that Kazal Brothers are involved in terrorism, criminal misconduct or fraud, or causing or aiding others to do the same;

b.  A permanent injunction enjoining Defendant from publishing, via the Internet or other means, statements that Kazal Brothers are involved in terrorism , criminal misconduct or fraud, or causing or aiding others to do the same;

c.  Compensatory and punitive damages, in an amount to be determined at trial; and

d.  Such other and further relief as this Court deems just and proper.

Dated: Naples, Florida
      December 7, 2017

Respectfully submitted,

**ROBINS KAPLAN LLP**

By:/s/ Michael R. Whitt
    Michael R. Whitt
    robinkaaplan.com
    711 Fifth Avenue South, Suite 201
    Naples, FL 34102
    Tel: (239) 213-1976
    Fax: (239) 213-1970

    Minyao Wang
    (*Pro hac vice* application to be filed)
    mwang@robinskaplan.com
    399 Park Avenue, Suite 3600
    New York, NY 10022
    Tel:  (212) 980-7400
    Fax: (212) 980-7499
    Attorneys for Plaintiffs Charif Kazal, Adam Kazal,
    Tony Kazal, and Karl Kazal

# EXHIBIT A

1               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                      TAMPA DIVISION

3

   ADAM KAZAL,
4
        Petitioner,
5
   -vs-                      Case No.: 8:17-cv-2620 T33JSS
6
   MATTHEW PRICE,
7
        Respondent.
8    _____/

9

              DEPOSITION OF MATTHEW PRICE
10                  Pages 1 through 108

11

12

13

14

                    November 9, 2017
15               9:08 a.m. - 11:38 a.m.
         U.S. Legal Support, Inc. - New Port Richey
16              Trinity Meeting Center
                7813 Mitchell Boulevard
17                   Suite 106
              New Port Richey, FL 34655
18

19

20

21

22

23          Stenographically Reported By:
                 Teresa R. Cruise
24         Notary Public, State of Florida
              U.S. Legal Support, Inc.
25                (813) 876-4722
                 Job #1652623

## Page 2

```
1  APPEARANCES:
2
   On Behalf of the Plaintiff:
3
      Robins Kaplan L.L.P.
4     711 5th Avenue S
      Suite 201
5     Naples, FL 34102
      (239) 430-7070
6     Mwhitt@robinskaplan.com
      BY:  MICHAEL R. WHITT, ESQUIRE
7
   On Behalf of the Defendant:
8
      The Brad Sohn Law Firm, PLLC
9     2600 South Douglas Road
      Suite 1007
10    Coral Gables, FL 33134
      (786) 708-9750
11    Brad@sohn.com
      BY:  BRAD R. SOHN, ESQUIRE
12
      Raines Feldman, L.L.P.
13    1800 Avenue of the Stars
      12th Floor
14    Los Angeles, CA 90067
      (310) 440-4100
15    Sgebelin@raineslaw.com
      BY:  STEVEN T. GEBELIN, ESQUIRE
16         (Via Telephone)
17
18
19           INDEX OF PROCEEDINGS
20  Deposition of MATTHEW PRICE        Page
21  Examination by Mr. Whitt             4
    Stipulations                       104
22  Certificate of Oath                105
    Certificate of Reporter            106
23  Witness Review Letter              107
    Errata Sheet                       108
24
25
```

## Page 3

```
1            INDEX TO EXHIBITS
2   PLAINTIFF'S EXHIBITS:
3
    NO.  DESCRIPTION                    PAGE
4   1    Subpoena...........................   9
    2    Internet Printout Packet.............  22
5   3    DreamHost Printout...................  78
6
7   DEFENDANT'S EXHIBITS:
8
    NO.  DESCRIPTION                    PAGE
9
10           (NO EXHIBITS MARKED)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
1   The deposition of MATTHEW PRICE was taken pursuant to
2        notice by counsel for the Plaintiff on
3   Thursday, November 9, 2017, commencing at 9:08 a.m. at
4   U.S. Legal Support, Inc., 7813 Mitchell Boulevard,
5        Suite 106, New Port Richey, FL 34655
6   Said deposition was reported by Teresa R. Cruise,
7        Notary Public, State of Florida at Large.
8            - - - - - - - - -
9        THE COURT REPORTER:  Sir, would you please
10   raise your right hand?
11       Do you swear or affirm the testimony you're
12   about to give will be the truth, the whole truth,
13   and nothing but the truth so help you God?
14       THE WITNESS:  I do.
15  THEREUPON:
16            MATTHEW PRICE,
17  having been first duly sworn, was examined and
18  testified as follows:
19            EXAMINATION
20  BY MR. WHITT:
21       Q.   All right.  If you'll state your full name,
22  please?
23       A.   Matthew David price.
24       Q.   And, Mr. Price, you are currently residing
25  here in Florida; is that correct?
```

## Page 5

```
1        A.   Yes.
2        Q.   Where do you reside?
3        A.   Land O'Lakes.
4        Q.   What is your address there?
5        A.   3019 Linwood Court.
6        Q.   And how long have you lived there?
7        A.   A few months.
8        Q.   How long?  Can you tell --
9             MR. SOHN:  Asked and answered.
10            MR. WHITT:  Don't --
11  BY MR. WHITT:
12       Q.   Can you tell me the month?
13       A.   June -- July 1st.
14       Q.   Of 2017?
15       A.   Yes.
16       Q.   Do you own the home or rent it?
17       A.   Rent.
18       Q.   Who's the landlord?
19       A.   A private doctor.  I don't --
20            MR. SOHN:  And you know before.
21            THE WITNESS:  -- know his name.
22            MR. SOHN:  I'm sorry.  Finish your answer
23  first.
24            THE WITNESS:  I don't recall his name.
25            MR. SOHN:  Before we proceed any further, I
```

Page 6

1  want to first just renew and incorporate
2  objections in the subpoena, and further state
3  that this should be a very narrow scope today in
4  terms of your examination of the witness.
5      And, you know, if you want to ask him
6  questions related to the websites, go ahead,
7  but -- and I realize you need a little bit of
8  latitude there, but we believe that should be
9  sufficient for today.
10     MR. WHITT:  I appreciate your comments and
11 objections.  Noted on the record.
12 BY MR. WHITT:
13     Q.  Did you previously live in California,
14 Mr. Price?
15     A.  Yes.
16     Q.  How long?
17     A.  I've lived there a total of 14 years.
18     Q.  Do you have plans to return to California or
19 is Florida going to be your new home?
20     A.  Florida.
21     Q.  When did you leave California and come to
22 Florida?
23     A.  The exact date I don't know.  Roughly, the
24 middle of June 2017.
25     Q.  Are you married?

Page 7

1      A.  I am.
2      Q.  What's your spouse's name?
3      A.  Harmonie.
4      Q.  And that's H-a-r-m-o-n-i-e; is that correct?
5      A.  Yeah.
6      Q.  All right.  Are you on any medication or
7  have any physical or mental impairment that would
8  prevent you from understanding my questions today or
9  testifying accurately to questions that are put to
10 you today?
11     A.  I am Type 1 diabetic, but no.
12     Q.  Okay.  So my name is Michael Whitt.  I work
13 with the law firm of Robins Kaplan, and we've been
14 retained as counsel for Adam Kazal for purposes of
15 taking your deposition here today.
16     So as part of that process, we obtained a
17 subpoena from Federal court, which was served upon
18 you just a few days ago, that you recall that?
19     A.  Uh-huh.
20     MR. SOHN:  Objection.
21 BY MR. WHITT:
22     Q.  And that subpoena required you to appear
23 here on Tuesday of this week at 10:00 a.m.
24     Do you recall that?
25     MR. SOHN:  Calls for a legal conclusion.

Page 8

1  BY MR. WHITT:
2      Q.  You can answer the question?
3      MR. SOHN:  If you understand.
4      MR. WHITT:  Counsel, there's not a whole lot
5  of speaking objections allowed under the Rules of
6  Middle District, and we're not going to have a
7  day filled with you try to steer the witness in
8  his answers.
9      MR. SOHN:  Counsel, I would never do that.
10 But as we both know the Middle District
11 Rules require that I object with a certain amount
12 of specificity to preserve properly.
13 BY MR. WHITT:
14     Q.  So you can answer.
15     It required you to be here Tuesday, correct?
16     MR. SOHN:  Same objection.
17     THE WITNESS:  I don't believe I read that,
18 but if that's what it says, that's what it said.
19 BY MR. WHITT:
20     Q.  Why did you not appear for your deposition
21 on Tuesday?
22     MR. SOHN:  Asked and answered.
23 BY MR. WHITT:
24     Q.  You can answer?
25     MR. SOHN:  Well, he's not a lawyer, counsel.

Page 9

1      THE WITNESS:  I didn't know I had to.
2  BY MR. WHITT:
3      Q.  Okay.  Did you bring the subpoena that was
4  served upon you?  Did you bring that with you today?
5      A.  No.
6      Q.  I happen to have copies.
7      A.  Oh, good.
8      MR. WHITT:  Let's have this marked as
9  Plaintiff's Exhibit Number 1 to the deposition,
10 please.
11     (Plaintiff's Exhibit No. 1 was marked for
12 identification.)
13 BY MR. WHITT:
14     Q.  Okay.  I've presented you with a copy of the
15 subpoena to testify at a deposition at a civil
16 action, addressed to you.  See your name and address
17 there on the subpoena, sir, Exhibit Number 1?
18     A.  I see.
19     Q.  Okay.  And about halfway down, you'll see
20 there's a paragraph that has a box that's checked
21 that says, "Production."  Do you see that?
22     A.  Yes.
23     Q.  And it says that you or your representatives
24 must bring with you to the deposition the following
25 documents:  "Electronically stored information or

Page 10

1  objects, and must permit inspection copying, testing,
2  or sampling of the following material."
3       Do you see that?
4  A.   Yeah.
5  Q.   Okay.  And then there's typed in the
6  following language: "All documents and communication
7  concerning the creation, posting, and maintenance of
8  the following websites."
9       And then it lists one, two three, four --
10 five websites.  Do you see that language typed in
11 there?
12 A.   Yes.
13 Q.   Did you bring any documents with you today
14 responsive to this request?
15 A.   No.
16 Q.   Do you have in your possession documents
17 responsive to this request?
18 A.   No.
19 Q.   Okay.  You don't have any documents
20 concerning the creation, posting, and maintenance of
21 any of these five websites; is that correct?
22      MR. SOHN:  Objection.
23      THE WITNESS:  Correct.
24 BY MR. WHITT:
25 Q.   Do they exist?

Page 11

1       MR. SOHN:  Calls for speculation.
2  BY MR. WHITT:
3  Q.   You can answer.
4       MR. WHITT:  I'm just going to -- I'm going
5  to make a statement here.  Your counsel is going
6  to object throughout the day to the questions
7  that I ask.
8       THE WITNESS:  Uh-huh.
9       MR. WHITT:  And unless he instructs you not
10 to answer that question, you can answer the
11 question --
12      THE WITNESS:  Okay.
13      MR. WHITT:  -- okay?  He's just noting
14 objections for the court reporter to take down
15 for future reference if deposition is used for
16 any purpose or whatever, okay?
17      THE WITNESS:  Okay.
18      MR. WHITT:  So unless he directs you not to
19 answer, you can go ahead and answer the question.
20 That way I don't have to tell you every time,
21 "You can answer," "You can answer," "You can
22 answer."
23      THE WITNESS:  Okay.
24      MR. WHITT:  So if that hadn't been covered
25 with you, I just kind of wanted to cover that

Page 12

1  kind of housekeeping matter.
2       THE WITNESS:  Okay.
3       MR. WHITT:  Fair enough?
4       THE WITNESS:  Got it.
5  BY MR. WHITT:
6  Q.   Okay.  So do these records exist, to your
7  knowledge?
8  A.   What records?
9  Q.   The records that I just read to you off of
10 the subpoena, sir?
11      MR. SOHN:  Vague and ambiguous.
12 BY MR. WHITT:
13 Q.   Shall I read it again?
14 A.   There are no documents.
15 Q.   Well, is there electronically stored
16 information related to the creating, posting, and
17 maintenance of the five websites listed on the
18 subpoena?
19      MR. SOHN:  Speculative, vague and ambiguous.
20      THE WITNESS:  When you register a domain,
21      it's all electronic.  The hosting company may
22      have documents.
23 BY MR. WHITT:
24 Q.   Other than the hosting company having a
25 document or documents, or electronically stored

Page 13

1  information related to these five websites, do you
2  know of any documents that exist related to the
3  creation, posting, and maintenance -- well, let me
4  start that question again.
5       Do you know of any documents,
6  communications, or electronically-stored information
7  that exist related to the creation, posting, and
8  maintenance of the five listed websites?
9  A.   So the information on the website exists in
10 the cloud with probably with the hosting company.
11 Q.   Are you aware of any emails, texts, or other
12 communications concerning the five websites or where
13 in the websites listed on the subpoena would have
14 been discussed?
15      MR. SOHN:  Vague, ambiguous.
16      THE WITNESS:  No.
17 BY MR. WHITT:
18 Q.   So to clarify my question:  Have you ever
19 sent any texts or emails referring to any of the five
20 websites listed on the subpoenas?
21      MR. SOHN:  Same objection.
22      THE WITNESS:  Not that I recall.
23 BY MR. WHITT:
24 Q.   Okay.  Have you ever received any texts or
25 emails regarding any of the five websites listed on

Page 14

```
1    the subpoena?
2         MR. SOHN:  Same objection.
3         THE WITNESS:  Not that I recall.
4    BY MR. WHITT:
5         Q.   Do you know a gentleman named Rodric David?
6         A.   Yes.
7         Q.   Have you had any communications with
8    Mr. David regarding any of the five websites?
9         A.   Well, we're being sued by the Kazal's
10   together over these five websites, so I believe
11   that's --
12        MR. SOHN:  Yeah.
13        THE WITNESS:  -- privileged.
14        MR. SOHN:  And that was just what I was
15        going to say.
16        Outside the presence of counsel, right?
17   BY MR. WHITT:
18        Q.   Yeah.  Let's deal with email or texts
19   communications between -- first of all, between you
20   and Mr. Rodric, that's R-o-d-r-i-c, lasted name
21   David, D-a-v-i-d, regarding any or all of the five
22   websites listed on the subpoena Exhibit 1.
23        MR. SOHN:  Yeah, I don't think you can
24        answer that.  I think that falls within the scope
25        of privileged.
```

Page 15

```
1         I mean, he's an employee of a corp that's
2    facing litigation and is talking -- if such
3    communications were to exist.
4         MR. WHITT:  What privilege would that be?
5         MR. SOHN:  Well, there's potential common
6    interest privilege based on the California
7    action.
8         MR. WHITT:  Okay.  I disagree --
9         MR. SOHN:  I don't think that's crazy, but I
10   understand you may disagree --
11        MR. WHITT:  Are you instructing him not to
12   answer the question if he and Rodric David have
13   had any email or texts communications --
14        MR. SOHN:  No.
15        MR. WHITT:  -- concerning any of these five
16   websites?
17        MR. SOHN:  No.  The knowledge and existence
18   of communications, no, I don't think that that's
19   privileged.  I'm just --
20        MR. WHITT:  Well, you just asserted a
21   privilege.
22        MR. SOHN:  I think --
23        MR. WHITT:  So are you withdrawing your
24   objection based on privilege?
25        MR. SOHN:  Counsel, I believe you asked a
```

Page 16

```
1    slightly different question.
2         MR. WHITT:  No, no, that was -- that was a
3    question.
4         MR. SOHN:  But if the question is whether
5    the witness is aware and he has recollection and
6    he is aware, then absolutely.
7         MR. WHITT:  Okay.  All right.  You may not
8    make your flight today if this is the way this
9    depo's going to go.
10   BY MR. WHITT:
11        Q.   So do you remember my question or shall I
12   ask it for the fourth time?
13        A.   Repeat it, please.
14        Q.   Okay.  Have you had email or text
15   communications with Rodric David regarding any one or
16   all of the five websites listed on the subpoena
17   Exhibit 1?
18        A.   Email or text.  We've talked about them with
19   Steven together.  I'm not sure if there's emails or
20   texts, that I'm aware of.
21        Q.   Okay.  Have you had email or text
22   communication with Ryan Wells concerning any one of
23   or all five of the websites listed on the subpoena
24   Exhibit 1?
25        A.   Not that I'm aware of.
```

Page 17

```
1         Q.   Before I move on, I want to just make sure
2    that I have a full and complete understanding as to
3    the question of the requested documents in the
4    subpoena.  Since you have brought no records with you
5    as commanded by the subpoena -- let me ask this
6    question.
7         Do you know of any document, piece of paper,
8    or do you know of any communication as set out in the
9    request -- which would be, let's say, an email, text,
10   or other type of written communication -- or the
11   existence of any electronically-stored information
12   concerning the creation, hosting, or maintenance of
13   any or all of the five websites?
14        MR. SOHN:  Objection.
15        THE WITNESS:  I mean, there's electronically
16        stored articles on the website.
17   BY MR. WHITT:
18        Q.   Outside of -- I'm going to call it the
19   content, I'm not much of a techie (sic), okay?
20        A.   Okay.
21        Q.   Outside of the content that appears when you
22   go to these websites, and outside of something that
23   may be maintained by the hosting company, okay,
24   you've referenced those two --
25        A.   Uh-huh.
```

Page 18

1    Q.   -- things to me, outside of that, are you
2    aware of any document, electronically-stored
3    information, written communication, et cetera, that
4    may exist concerning any one or all five of the list
5    of websites?
6    A.   I don't believe so, no.
7    Q.   Okay.  Now, some time ago you were sued by
8    Adam Kazal -- well, no, I take that back -- I believe
9    that was Charif Kazal in an action in California,
10   correct?
11   A.   Uh-huh.
12   Q.   You just made reference to that in one of
13   your answers --
14   A.   Yep.
15   Q.   -- right?
16        Did you have an attorney defending you in
17   that action?
18   A.   Yeah, Steven.
19   Q.   And that would be Mr. Gebelin, who's on the
20   phone with us?
21   A.   Yes.
22   Q.   Who paid your attorney's fees for
23   Mr. Gebelin's defense of you in that action?
24   A.   Rodric David.
25   Q.   Who's paying for your attorney's fees for

Page 19

1    your defense in this action, the one that we're here
2    on today in this subpoena?
3         MR. SOHN:  Objection.
4         THE WITNESS:  Rodric.
5    BY MR. WHITT:
6    Q.   Is there any written agreement that exists
7    between you and Rodric David about his paying for
8    your defense costs, legal fees?
9    A.   No.
10   Q.   Have you ever had any conversations with
11   Mr. David -- well, I think there may be other
12   Davids -- with Rodric David regarding his paying any
13   judgment that may be entered against you in any
14   action related to these websites?
15        MR. SOHN:  That's going to be privileged.
16        MR. WHITT:  What?  What privilege would
17   it --
18        MR. SOHN:  There's clearly a common interest
19   privilege there.
20        MR. WHITT:  Okay.  That's not what a common
21   interest is.
22        MR. SOHN:  Well --
23        MR. WHITT:  That would be --
24        MR. SOHN:  -- that's not for us to figure
25   out.

Page 20

1         MR. WHITT:  Okay.  Well, if you're going to
2    direct the witness not to answer -- a common
3    interest privilege would extend to communications
4    jointly between Mr. David and Mr. Price and
5    counsel, okay?  But it does not extend to
6    communications between Mr. David and Mr. Price.
7         MR. SOHN:  That's definitely not true.
8         MR. WHITT:  Well, particularly, if there's
9    an agreement for him to indemnify him, hold him
10   harmless from any judgment that may be entered
11   against him, that certainly would go to bias,
12   among a number of other issues.
13   BY MR. WHITT:
14   Q.   So my question is whether such an agreement
15   exists where Rodric David has agreed to pay any
16   judgment that may be against you in any proceeding
17   related to these websites?
18        MR. SOHN:  Don't answer that.
19        MR. WHITT:  Okay.  If you'll note that and
20   mark that series and of questions and objections.
21        THE COURT REPORTER:  Certify it?
22        MR. WHITT:  And your -- yeah, please.
23        MR. SOHN:  On the basis of -- yes, sorry to
24   cut you off -- but on the basis of a common
25   interest privilege, that's correct.

Page 21

1    BY MR. WHITT:
2    Q.   Are you currently employed, Mr. Price?
3    A.   No.
4         MR. SOHN:  And let me further state on the
5    basis of privileged communication belonging to
6    Thunder Studios as well.
7         Continue counsel, sorry.
8         MR. WHITT:  Well, let make sure I ask that
9    question then.
10   BY MR. WHITT:
11   Q.   Is there any agreement between you and
12   Thunder Studios -- and let me stop.
13        You're familiar with Thunder Studios,
14   correct --
15   A.   Yes.
16   Q.   -- in California?
17        You used to work for --
18   A.   Yes.
19   Q.   -- Thunder Studios in California?
20        We'll get to that in a few minutes?
21        So that the record's clear, is there any
22   agreement between you and Thunder Studios wherein
23   Thunder Studios would indemnify or agree to pay any
24   judgment that may be entered against you related to
25   these websites, these five websites listed in the

Page 22

1  subpoena?
2          MR. SOHN:  And, again, don't answer that on
3      the basis of the attorney-client privileged
4      objections that I've already lodged.
5  BY MR. WHITT:
6      Q.   Oh, I was asking you about your current
7  employment, and you said you're not currently
8  working; is that correct?
9      A.   Correct.
10     Q.   Have you been employed at all in Florida
11 since you arrived here in June of 2017?
12     A.   No.
13     Q.   Are you receiving any income from any work
14 consulting work, et cetera, that you may be doing
15 currently for Mr. Rodric David or Thunder Studios?
16     A.   No.
17         MR. WHITT:  Is it Number 2?
18         THE COURT REPORTER:  Yes.
19         (Plaintiff's Exhibit No. 2 was marked for
20     identification.)
21 BY MR. WHITT:
22     Q.   I've shown you a packet of materials.  If
23 you look at the top, it says page one of 25.  If
24 you'll turn to the last page and make sure you have
25 25 of 25.

Page 23

1      A.   Yeah.
2      Q.   Okay.  Now, on the bottom left-hand of the
3  Exhibit Number 2, there are some letters there that
4  begin with h-t-t-p-s.  Do you see that?
5      A.   Yes.
6      Q.   Okay.  And the list of letters and/or
7  markings there, that's commonly referred to as what?
8      A.   A URL.
9      Q.   Okay.  And the URL shows a name
10 www.AdamKazal -- K-a-z-a-l-- .com, right?  You see
11 that?
12     A.   Yes.
13     Q.   Okay.  So this would be, basically, the URL,
14 be like the website address; is that correct?
15     A.   Yes.
16     Q.   All right.  So if you type that into some
17 type of web browser, Google or, you know, Yahoo or
18 some other search engine, you could come up to this
19 website, correct?
20     A.   Uh-huh.
21     Q.   All right.  Have you seen the Exhibit 2
22 before?
23     A.   Yes.
24     Q.   Have you been on the AdamKazal.com web page
25 before?

Page 24

1          MR. SOHN:  Form.
2          THE WITNESS:  Yes.
3  BY MR. WHITT:
4      Q.   Have you been on the www.CharifKazal.com
5  website?
6      A.   Yes.
7      Q.   How about the www.TonyKazal.com website?
8          MR. SOHN:  Form.
9          THE WITNESS:  Yes.
10 BY MR. WHITT:
11     Q.   And how about the www.Kari (sic) -- that's
12 K-a-r-i -- KariKazal.com website?
13         MR. SOHN:  Form.
14         THE WITNESS:  I have never heard of Kari
15     Kazal, nor have I been to a Kari Kazal website.
16 BY MR. WHITT:
17     Q.   And then how about www.KazalFamilyTruth.com
18 website?
19     A.   Yes.
20     Q.   So you've been on these websites, other than
21 the one you've said you've not heard of?
22     A.   Yes.
23     Q.   Oh, I'm sorry, I guess it's a typo, or maybe
24 it's my eyes are bad.  I guess that would be Karl,
25 K-a-r-l, correct?

Page 25

1      A.   (No audible response.)
2      Q.   So you've been on the www.Karl -- K-a-r-l
3  K-a-z-a-l.com website, right?
4      A.   Yes.
5      Q.   Do the Charif Kazal, Tony Kazal, Karl Kazal,
6  and Adam Kazal websites, when you go to those
7  websites, do they direct you over to the Kazal Family
8  Truth site?
9          MR. SOHN:  Objection.
10         Answer if you know.
11         THE WITNESS:  I think they're independent.
12 BY MR. WHITT:
13     Q.   Okay.
14     A.   I don't believe they forward.
15     Q.   Did you create the CharifKazal.com website?
16     A.   Yes.
17     Q.   Did you create the TonyKazal.com website?
18         MR. SOHN:  Form.
19         THE WITNESS:  Yes.
20 BY MR. WHITT:
21     Q.   Did you create the KarlKazal.com website?
22         MR. SOHN:  Form.
23         THE WITNESS:  Yes.
24 BY MR. WHITT:
25     Q.   Did you create the AdamKazal.com website?

Page 26

1          MR. SOHN:  Form.
2          THE WITNESS:  Yes.
3   BY MR. WHITT:
4      Q.    And did you create the KazalFamilyTruth.com
5   website?
6          MR. SOHN:  Form.
7          THE WITNESS:  Yes.
8   BY MR. WHITT:
9      Q.    When did you create those five websites?
10         MR. SOHN:  Form.
11         THE WITNESS:  I don't have the exact date
12     but 2016, Q1, maybe, I believe.  I don't have the
13     exact dates with me.
14  BY MR. WHITT:
15     Q.    Okay.
16     A.    I can get that.  It's public info.
17     Q.    For purposes of streamlining a little bit
18  today, particularly if you look back at Exhibit
19  Number 1, the subpoena, these websites are listed out
20  there, all five of them.
21     A.    Yeah.
22     Q.    So when I say collectively, what I may refer
23  to them as the five websites --
24     A.    Okay.
25     Q.    -- okay?

Page 27

1      A.    Uh-huh.
2      Q.    So if I refer to the "five websites," you
3   understand what websites I'm referring to, right?
4      A.    Yes.
5      Q.    So for purposes of this, we don't have to
6   list them all out time and again --
7      A.    Yes.
8      Q.    -- okay.  Fair enough?
9      A.    Yes.
10     Q.    All right.  In your answer back to me, if
11  you refer to "the websites," okay, quote/unquote, or
12  "the five websites," I'll understand you to be
13  referring to these --
14     A.    Okay.
15     Q.    -- that are listed in Exhibit 1, fair
16  enough?
17     A.    Got it.
18     Q.    Okay.  Good.
19     Q.    Okay.  So you created these in -- sometime
20  around first quarter of 2016, best of your
21  recollection, correct?
22     A.    Yes.
23     Q.    Where were you living at the time?
24     A.    Los Angeles.
25     Q.    And where were you employed at the time?

Page 28

1      A.    United Technology Group, and I believe
2   Thunder Studios, as well.
3      Q.    When you create a website, you do that on
4   the computer, correct?
5      A.    Yes.
6      Q.    Okay.  When you created these five websites,
7   were they created on your, Matthew Price's, personal
8   computer or were they created on a computer belonging
9   to United Technology Group?
10     A.    That's my company.
11     Q.    Okay.  United Technology Group?
12     A.    My computer.
13     Q.    Your, Matthew Price's, personal computer?
14     A.    Yes.
15     Q.    Okay.  So when you created these five
16  websites, was it done at some point when you were
17  working for Thunder Studios and at work for Thunder
18  Studios, or would it have been created when you were
19  on your own personal time?
20     A.    On my own time.
21     Q.    When you create a website and you have these
22  URL's, as we just went through -- let's just pick the
23  one we looked at www.AdamKazal.com -- you have to
24  register that -- I think it's called a domain name,
25  right?

Page 29

1      A.    Uh-huh.  Yes.
2      Q.    Okay.  You have to register that domain
3   name, right?
4      A.    Yes.
5      Q.    All right.  And just quickly explain that
6   process to me in maybe, you know, two or three broad
7   steps.
8          So if someone wants to register a website
9   and register that name and kind of reserve that name,
10  how do you go about doing that?
11     A.    You go to a -- any domain registrar, type in
12  the name, it will tell you if it's available or not;
13  and, if it is, you click to purchase.
14     Q.    Okay.  So you have to purchase the domain
15  name?
16     A.    Yes.
17     Q.    Okay.  So each of these five names, then,
18  were separately purchased?
19     A.    Yes.
20     Q.    Were these purchased by you?
21     A.    Yes.
22     Q.    Okay.  You, personally, Matthew Price?
23     A.    Yes.
24     Q.    Okay.  And you paid for the domain
25  registration out of your own personal fiances?

Page 30

1     A.    Yes.
2     Q.    And I think you called it a domain
3  registrar, right?
4     A.    Uh-huh.
5     Q.    What domain registrar did you use with whom
6  did you file these domain names?
7     A.    DreamHost.
8     Q.    And is that one word, DreamHost?
9     A.    Uh-huh.  DreamHost, L.L.C., I believe.
10    Q.    Now, when you purchase domain names like
11 this from a web registrar, such as DreamHost, do they
12 last forever?
13    A.    No.
14    Q.    So you have to renew the registration at
15 some point, kind of, you know, kind of reup (sic),
16 maybe pay a fee.  How does that work?
17    A.    Yes.
18    Q.    And how often does that happen?
19          MR. SOHN:  Form.
20          THE WITNESS:  Depends.  You're asked how
21    long you want it for.
22 BY MR. WHITT:
23    Q.    Okay.  Again, I'm not a techie guy.
24    A.    Okay.
25    Q.    These aren't -- these aren't trick

Page 31

1  questions, okay?  I'm trying to find out so I can
2  ask, you know, non-silly-sounding questions of you,
3  okay?
4     A.    Okay.
5     Q.    If you'll indulge me a little bit.
6  Seriously, I'm not trying to play games.  I don't
7  know a lot of this stuff.  Okay.  And I appreciate --
8  I appreciate that.  That helps me out.
9          Okay.  So when you register these, I guess
10 it could be for a year, three years, five years,
11 something like that, correct?
12    A.    Yes.
13    Q.    Okay.  So when you initially registered
14 these, do you recall how long the registration were?
15    A.    One year.
16    Q.    Okay.
17    A.    Typical.
18    Q.    All right.  So that would have been sometime
19 first quarter of 2016, and we're now at the end of
20 2017; and I just pulled the Adam Kazal site up.  So I
21 assume that the domain registrations have been
22 renewed, correct?
23    A.    Correct.
24    Q.    And did you renew these five domain
25 registrations?

Page 32

1     A.    Yes.
2     Q.    You personally?
3     A.    Yeah.
4     Q.    And you paid personal funds?
5     A.    Yep.
6     Q.    And when did you do that?
7     A.    Probably Q1 of 2017 would be the one --
8  you're point.
9     Q.    Had you been sued in California at the time
10 regarding these five websites when you renewed them?
11    A.    I believe so.
12    Q.    Okay.  Now, when you -- when you set up
13 these websites -- so you've registered the name,
14 that's fine.  So you, in essence, own the name
15 AdamKazal.com, right?
16    A.    (No audible response.)
17    Q.    Even though you're not Adam Kazal --
18    A.    (No audible response.)
19    Q.    -- right?  You're Matthew Price?
20    A.    That's correct.
21    Q.    You've registered the name and we've got --
22 each of these five.  That's what we're concerned
23 with, right?
24    A.    (No audible response.)
25    Q.    Then the name just sits out there until you

Page 33

1  post something on the internet, right?  You do
2  something with that page?
3     A.    Uh-huh.
4     Q.    All right.  So let's talk about that.  And,
5  again, I'm going to use the word "content," and if
6  you want to educate me and help me out on what is the
7  better term to call it.
8          But at some point you started posting or
9  uploading content on each of these five websites; is
10 that correct?
11          MR. SOHN:  Form.
12          THE WITNESS:  Correct.
13 BY MR. WHITT:
14    Q.    Okay.  And would that have been -- well, let
15 me just ask you.
16          You registered these sometime around first
17 quarter of 2016.  In relation to that, the domain
18 registrations, when did you start posting content to
19 these five websites?
20    A.    I don't know.  Within a few months after --
21    Q.    Okay.
22    A.    -- I'm guessing.
23    Q.    So sometime maybe late spring, early
24 summer --
25    A.    Sure.

Page 34

1     Q.    -- of 2016?
2           All right.  And did anyone else assist you
3     when you started putting this information and posting
4     this information on each of these five sites?
5     A.    No.
6     Q.    Did Ryan Wells have any hand in that?  Did
7     he help you at all?
8     A.    No.
9     Q.    Okay.  Let's go -- let's talk about the
10    five -- the five sites.  And we can kind of probably
11    just handle it collectively; and, again, help me if
12    there's a better term to use.
13          But the content that was -- I'm going to use
14    the word "posted," I don't know if that's right or if
15    you call it uploading or posting whatever -- to these
16    sites, where did you get the content to post onto
17    these site?
18    A.    From the internet.  It was all public
19    information.
20    Q.    And if it's on the internet, it has to be
21    true, right?
22          MR. SOHN:  Objection.
23          MR. WHITT:  That was a joke.  Okay.
24          MR. SOHN:  Well, unfortunately, we've got a
25    written record so we can't be funny.

Page 35

1           MR. WHITT:  Okay.  He's smiling.  I am just
2     teasing.
3           So we'll get to that question a little bit
4     later about what you may have done or not done to
5     try to determine the truth or falsity of any of
6     that information.
7     BY MR. WHITT:
8     Q.    So the information that you uploaded you got
9     purely from the internet, is that --
10    A.    Right.
11    Q.    Okay.  Did you receive any information,
12    documents, information, photographs, et cetera, from
13    any third person to post on the internet --
14          MR. SOHN:  Form.
15    BY MR. WHITT:
16    Q.    -- excuse me -- on these five websites?
17          MR. SOHN:  Form.
18          THE WITNESS:  No.
19    BY MR. WHITT:
20    Q.    So Rodric David never gave you any
21    information?
22    A.    No.
23    Q.    And said, you know, "Hey, you know, Matthew,
24    you know, you're putting this stuff up, why don't you
25    consider putting XYZ up"?

Page 36

1     A.    No.
2     Q.    Mr. David never provided you with any
3     photographs?
4     A.    No.
5     Q.    And outside of Rodric David, any third
6     party -- did any third party provide you information,
7     communication, photos, et cetera?
8           MR. SOHN:  I mean, that's impossibly vague,
9     right?
10          MR. WHITT:  No, no, no, no.
11          MR. SOHN:  I mean, the internet's a third
12    party, right, potentially?
13          MR. WHITT:  No, no, no, no.  I mean,
14    directly.  I think the witness understood my
15    question.  But let me make it clear for counsel.
16    BY MR. WHITT:
17    Q.    Did any third person -- I asked you about
18    Rodric David, you said no.
19    A.    Yeah.
20    Q.    Did any third person -- okay.
21          Ryan Wells, David Singh, you know, Rodric
22    David's second cousin, did anybody else, another
23    person, provide you any information, photographs, et
24    cetera, to post on these five websites?
25    A.    No.

Page 37

1     Q.    Okay.  So the way the record stands -- I'm
2     going move on -- the way the record stands:  The
3     information that you got that you posted on these
4     websites you got purely from the internet, other
5     websites, correct?
6     A.    Yes.
7     Q.    Okay.  Now, when you set up a website and
8     then you put information on the website -- I guess
9     that would be the reason to have it, you know, for
10    the most part, so you put things out there where
11    people can search and go to the website and see
12    information -- is there anything else that you'd need
13    to do to kind of maintain a website?
14          MR. SOHN:  Form.
15          THE WITNESS:  Depends who the client is.
16    Some people change content daily and some change
17    it never.  So it depends.
18    BY MR. WHITT:
19    Q.    Okay.
20    A.    The maintenance of a website, no.  It --
21    websites just run.
22    Q.    Okay.  So as long as you pay the renewal --
23    A.    Uh-huh.
24    Q.    -- right -- to keep that name registered,
25    that content's going to be there on the internet,

Page 38

1  correct?
2      A.   Yes.
3      Q.   All right.  So the term -- and I'm doing air
4  quotes, the court reporter can't see that -- I'm
5  going to say quote "maintenance" close quote of a
6  website means what to someone like you who's kind of
7  in the tech industry?  What does that mean?
8      A.   Replacing content, changing forms, updating
9  addresses, swapping banners, pictures, et cetera.
10     Q.   So if I refer to changes to or the posting
11 of additional information to these five websites,
12 would it be fair to categorize that then as the
13 maintenance of these website?
14          MR. SOHN:  Form.
15          THE WITNESS:  Sure.
16 BY MR. WHITT:
17     Q.   Okay.  Because I'm going to ask you some
18 questions --
19     A.   Okay.
20     Q.   -- about additional content that's been
21 posted on there so just, you know, help me --
22     A.   Okay.
23     Q.   -- if there's a different term, okay --
24     A.   Okay.
25     Q.   -- that I need to employ --

Page 39

1      A.   Okay.
2      Q.   -- okay?  Fair enough?
3      A.   Yep.
4      Q.   Okay.  So you -- within a couple of months
5  of the first quarter of 2016, I think we said
6  sometime maybe late spring/early summer 2016, you
7  started posting content, you personally, on each of
8  these five websites, right?
9          MR. SOHN:  Form.
10         THE WITNESS:  (No audible response.)
11 BY MR. WHITT:
12     Q.   Right?
13     A.   Okay.
14     Q.   She can't take down the nod.
15     A.   Oh.
16     Q.   That's okay.
17     A.   I thought you were still going.
18     Q.   Oh, no, no.  I'm trying to break it down.  I
19 hate having big, long rambling questions.
20     A.   Okay.
21     Q.   So you start posting stuff on the website,
22 that's 2016; we're now late 2017.  So between 2016
23 and now November 9th of 2017, there have been changes
24 to the five websites, right?
25         MR. SOHN:  Form.

Page 40

1          THE WITNESS:  Yes.
2  BY MR. WHITT:
3      Q.   Okay.  And the change would include posting
4  of additional information, maybe additional
5  photographs, changing the layout, et cetera, of
6  websites, correct?
7          MR. SOHN:  Objection.
8          THE WITNESS:  Yes.
9  BY MR. WHITT:
10     Q.   Has anyone other than you been involved in
11 the maintenance of these five websites?
12     A.   No.
13     Q.   So between the 2016 and initial posting --
14 as I'm going to call it --
15     A.   Uh-huh.
16     Q.   -- and today, the information that has gone
17 onto the websites has been posted solely by you,
18 correct?
19     A.   Yes.
20     Q.   And if you look at Exhibit 2 -- let me find
21 the right page.
22         MR. SOHN:  Is that within the same -- oh,
23     this is -- I forget about the subpoena.  Excuse
24     me.
25         MR. WHITT:  Yeah, Exhibit Number 2.

Page 41

1  BY MR. WHITT:
2      Q.   Look at page -- if you look at the top right
3  corner, it has the page numbers -- page 12 of 25.
4  Okay.  Do you have that page?
5      A.   Uh-huh.
6      Q.   I'm going to look to -- okay.  That's the
7  same page I have.
8          There is a photograph that appears at --
9  toward the top.  I'm not talking about the one that's
10 cut off and you can see somebody's belt buckle, I'm
11 talking about the one of someone's upper torso and
12 face.
13         Do you see that there?
14     A.   Uh-huh.
15     Q.   And above it there's writing that says,
16 "Support Hezbollah!"  Do you see that?
17     A.   Uh-huh.
18     Q.   Whose photograph is that?  Who is that
19 person?
20         MR. SOHN:  Objection.
21 BY MR. WHITT:
22     Q.   If you know.
23     A.   One of the Kazal's.  I mean, I don't know
24 the individual, but one of the Kazal brothers.
25     Q.   Okay.  Did you post that photograph?

Page 42

1  A.   Yeah.
2  Q.   Now, you said you got all the information
3  off of the internet.  When you -- did you find this
4  photograph on the internet?
5  A.   Yeah.
6  Q.   Did it say "Support Hezbollah!"  at the top
7  when you found it on the internet?
8  A.   I don't believe so.
9  Q.   So you then -- I think they call it
10 clipping -- you clipped this photograph and then
11 posted it on this website and you typed in the words
12 "Support Hezbollah!," correct?
13 MR. SOHN:  Form.
14 THE WITNESS:  Yeah.
15 MR. WHITT:  What?
16 MR. SOHN:  Form.
17 BY MR. WHITT:
18 Q.   Okay.  Don't lose page 12, go back to page
19 12.  There's one other thing I would point out to
20 you.
21      If you look at the typewritten paragraphs
22 underneath the Kazal photograph, it looks like the --
23 maybe the second paragraph, it reference to a hunting
24 and fishing trip, and then it refers to Tarek,
25 T-a-r-e-k, quote "Tony", close quote, Kazal.  Do you

Page 43

1  see that?
2  A.   Uh-huh.
3  Q.   Would that photograph be of Tony Kazal.
4  Does that help refresh your recollection?
5  A.   Probably.
6  Q.   Okay.  Now, if you look a little bit farther
7  down, you'll see a date of "November 8, 2017."  Do
8  you see that?
9  A.   Yeah.
10 Q.   That was yesterday, right?
11 A.   Yes.
12 Q.   Did you post this and type this language and
13 put it on the website yesterday?
14 A.   No.  It's just an automated poster, I guess.
15 It's a plug in on a website.
16 Q.   Okay.  You have to explain that to me.  And
17 before we do, let me explain the reason that I'm
18 asking.
19      Above that, you'll see it says, "Republished
20 by Blog Post promoter."  Do you see that language?
21 A.   Yep.
22 Q.   I'm going to ask you about that.  So -- and
23 then we have a date.  And if you turn to the next
24 page, page 13 of 25 of Exhibit Number 2, you'll see
25 that same language toward the bottom left.

Page 44

1  A.   Uh-huh.
2  Q.   See it?
3  A.   Uh-huh.
4  Q.   You'll see a date of November 7th.
5  A.   Yep.
6  Q.   Turn to page two.  Page 14 of 25 of Exhibit
7  2, you'll see the same language toward the bottom
8  with a date of November 6.
9  A.   Uh-huh.
10 Q.   See that?
11 A.   Uh-huh.
12 MR. WHITT:  Are you getting his response?
13 THE COURT REPORTER:  Yes.
14 BY MR. WHITT:
15 Q.   All right.  So I'm going to ask you a
16 question and, again, not trying to be tricky, I'm
17 just trying to understand.
18      Explain to me -- if counsel will give me
19 that latitude so I don't have to fumble around for
20 ten minutes -- explain to me what the phrase there
21 quote, "Republished by Blog Post Promoter," close
22 quote, what that means?
23 A.   So that's a plug in to a Word Press website.
24 So in order to maintain link authority, domain
25 authority so that you stay up on number one, this app

Page 45

1  is just reposting.  So it's -- it's just an automated
2  process that happens on the back end of a website to
3  maintain link authority.
4  Q.   Okay.  And that link authority -- and you
5  had another phrase that you referred to in your
6  answer -- priority or something?  Domain something?
7  I mean, you're trying to make sure --
8  A.   Domain authority.
9  Q.   You're trying to make sure when somebody
10 types in Adam Kazal, or whatever, that you're going
11 to be one of the first websites that come up,
12 correct?
13 MR. SOHN:  Objection.
14 BY MR. WHITT:
15 Q.   Is that correct?
16 A.   Yes.
17 Q.   Okay.  So if I understand, you weren't --
18 you Matthew Price --
19 A.   Correct.
20 Q.   -- weren't personally --
21 A.   Correct.
22 Q.   -- going in yesterday --
23 A.   Correct.
24 Q.   -- or as set out on page 13 on the 7th or
25 the page 14 on the 6th --

Page 46

1    A.    That's correct.
2    Q.    -- and retyping this stuff in, correct?
3    A.    That's correct.
4    Q.    There's an application that causes this to
5    repost --
6    A.    Correct.
7    Q.    -- this information?
8    A.    Correct.
9    Q.    All right.  Thank you.  I understand that
10   now.  I thought you were busy yesterday typing this
11   stuff in, sir.
12   A.    No.
13   Q.    Okay.  All right.  Now, I'm going direct you
14   to the first page of Exhibit Number 2.  There are
15   eight photographs that appear right on the first
16   page.  Do you see those photographs?
17   A.    Uh-huh.
18   Q.    Okay.  And I believe, if I understand, there
19   are eight Kazal brothers; is that right?
20   A.    That's my understanding.
21   Q.    Okay.  And these are the photographs of the
22   eight Kazal brothers, correct?
23   A.    As far as I know.
24   Q.    Okay.  I'm going to ask you a series of
25   questions about each of these -- each of these

Page 47

1    gentlemen, so I'm going to go through their names.
2          Do you personally know Karl Kazal?
3    A.    No.
4          (A discussion off the record was held.)
5    BY MR. WHITT:
6    Q.    Okay.  I was asking you about the brothers.
7    So I had asked you if you personally know or had ever
8    met Karl Kazal, and your answer was no.
9    A.    Correct.
10   Q.    Next -- same questions for each of these
11   brothers.
12         Same question for Tony Kazal?
13   A.    No, I've never met any of them.
14   Q.    Adam -- I just want to make sure the
15   record's clear -- Adam Kazal?
16   A.    No.
17   Q.    Jimmy Kazal?
18   A.    No.
19   Q.    I don't know how you -- France Dion?
20   A.    No.
21   Q.    Oscar Kazal?
22   A.    No.
23   Q.    Charif Kazal?
24   A.    Nope.
25   Q.    And Abe Kazal?

Page 48

1    A.    No.
2    Q.    Have you ever had any -- any trouble -- let
3    me stop there.
4          Outside of the California lawsuit and
5    outside of us seeking the deposition today, have you
6    ever had any -- any trouble with any of the eight
7    Kazal -- let's refer to them the eight Kazal
8    brothers -- that are shown here on the first page of
9    Exhibit Number 2?
10         MR. SOHN:  Form.
11         THE WITNESS:  Well, there's a stalking
12   lawsuit against them that incorporates myself and
13   Rodric.  So indirectly, yes.
14   BY MR. WHITT:
15   Q.    Okay.  When was that filed, that lawsuit
16   that you're referring to?
17         MR. SOHN:  Form.
18         THE WITNESS:  Steven, do you --
19         MR. SOHN:  No.
20   BY MR. WHITT:
21   Q.    No, no, if you recall.
22   A.    Oh, I don't know.
23   Q.    Let me just stop so counsel doesn't have to
24   object every time.
25         Every one my questions should have tagged on

Page 49

1    to it at the end, and in your mind, if you know.
2    A.    Okay.
3    Q.    It's perfectly acceptable for you to say,
4    you know, "Mr. Whitt, I don't know."
5    A.    Okay.
6    Q.    Okay.
7    A.    I don't know.
8    Q.    "I don't know."  "I don't recall."
9          Okay.  So, you know, if I ask you about a
10   date just like we did with first quarter --
11   A.    Yeah.
12   Q.    -- I'm not trying to nail you down to a day.
13   A.    Yeah, yeah, okay.
14   Q.    So --
15   A.    It's public info.
16   Q.    No, no, no, no.
17   A.    That date's out there.  I just don't know
18   what it is.
19   Q.    I'm just asking because I have a kind of
20   series of follow-up questions --
21   A.    Okay.
22   Q.    -- on that.
23         You said that you set these sites up
24   registered the domains in first quarter 2016 --
25   A.    Uh-huh.

Page 50

1    Q.    -- then along late spring/summer of 2016,
2  you started loading content up on the website.
3         At that point in time, either, you know,
4  first quarter into maybe early summer of 2016, had
5  you had any trouble, any fight, any feud, any -- you
6  know, any problem with any of the eight Kazal
7  brothers?  You personally?
8    A.    I don't believe so.
9    Q.    So the troubles between you and the Kazal
10  brothers have come -- or some of the Kazal brothers
11  have come after these website were set up.  Is that
12  fair to say?
13        MR. SOHN:  Objection.
14        THE WITNESS:  Yes.
15  BY MR. WHITT:
16    Q.    Okay.  Now, I asked you if you had ever met
17  them or really knew them.  I just want to make sure
18  I'm clear.
19        You're not friends with any of the eight
20  Kazal brothers, correct?
21    A.    Correct.
22    Q.    Do you harbor any hatred toward any or all
23  of the eight Kazal brothers?
24    A.    A hatred?  No.
25    Q.    Animosity?  Do you harbor animosity against

Page 51

1  any or all of the eight Kazal brothers?
2    A.    Animosity.  I'd say so.
3    Q.    Okay.  I guess the curiosity to me -- and
4  I'll phrase the question this way:  If you've not
5  ever met any of the eight Kazal brothers, and you've
6  never -- prior to your posting all of this
7  information -- had not ever had any trouble, fight,
8  or feud with any or all the eight Kazal brothers, why
9  did you create these websites and post this content
10  on the internet?
11    A.    Because I saw what they were doing to a good
12  friend of mine; and the stories that existed were
13  very lopsided from their self-published website.
14        So I took articles published from reputable
15  news places, like Sydney Morning Herald and made them
16  accessible.
17    Q.    Okay.  And that good friend of yours would
18  be whom?
19    A.    Rodric David.
20    Q.    Now, I told you a little earlier I was going
21  to get back to this question.  I'm just going to
22  refer to it broadly as the, you know, content that's
23  on each and all of the five websites that we've
24  identified.
25        What, if anything, did you ever do to

Page 52

1  investigate or authenticate any of the information
2  that you have posted on the five websites?
3        MR. SOHN:  Form, asks for a legal
4  conclusion.
5        THE WITNESS:  I just Googled the names and
6  saw existing news articles and reposted them.
7  BY MR. WHITT:
8    Q.    So let's turn back, for example, to page 12
9  of 25.  The photograph that you posted of Tony Kazal
10  where you've typed in "Support Hezbollah!," did that
11  come from a news agency?
12        MR. SOHN:  Objection.
13        THE WITNESS:  The article?
14        MR. SOHN:  I think he already testified that
15  he didn't know where it came from, right?
16        MR. WHITT:  No.  He testified that he got
17  the photograph off of the internet --
18        MR. SOHN:  Okay.
19        MR. WHITT:  -- and that he typed the words,
20  "Support Hezbollah!"
21  BY MR. WHITT:
22    Q.    So the photograph and the "Support
23  Hezbollah!," that didn't come from the Sydney Morning
24  Herald or any other -- to use your term -- reputable
25  news source, correct?

Page 53

1        MR. SOHN:  The photograph or the comment?
2  BY MR. WHITT:
3    Q.    Both, together.
4        MR. SOHN:  Form.
5        THE WITNESS:  Articles, absolutely.  The
6  pictures are from the internet as well.  I don't
7  know if they were with the article or not.
8  BY MR. WHITT:
9    Q.    So -- but the commentary -- if you'll allow
10  me that term -- of "Support Hezbollah!," was yours.
11  You put that on the photograph, correct?
12    A.    Yes.
13    Q.    Let me just circle back for a moment.
14        When we were talking about the initial
15  registration of the domain names and then the renewal
16  in Q1 2017, and you testified that you paid for
17  the registration and the renewal of those domain
18  names, do you recall that question and answer?
19    A.    Yes.
20    Q.    Okay.  Do you recall how you made those
21  payments?
22    A.    Credit card.
23    Q.    So you phrased that more of a question than
24  an answer.
25        Did you pay for it by credit card?

Page 54

1    A.   I believe so.
2    Q.   Okay.  So you would have those records
3  available for the credit card payments that were made
4  in first quarter 2016, and the payment or payments
5  that were made in the first quarter 2017 for the
6  renewal, correct?
7          MR. SOHN:  Form.
8          THE WITNESS:  Yes.
9          MR. WHITT:  Why don't we take just a
10  five-minute break?  Sound good?
11         MR. SOHN:  Yeah.
12         (A recess was held at 10:06 a.m. and the
13  foregoing deposition resumed at 10:22 a.m.)
14         MR. WHITT:  Okay.  We're ready to start
15  back.
16         Steven, you back on?
17         MR. GEBELIN:  Yes.
18         MR. WHITT:  Okay.  We're back on the record
19  after a short break.  I'll just remind you you're
20  still under oath to tell the truth, okay?  You
21  understand that?
22         THE WITNESS:  Yes.
23  BY MR. WHITT:
24    Q.   All right.  So right before we broke, you
25  had mentioned, in response to one of the questions I

Page 55

1  asked you, that you had posted these sites because of
2  some things that you felt were unfair about one of
3  yours friends who you identified as Rodric David.
4          So I have some questions for you about
5  Mr. David, okay?
6    A.   Okay.
7    Q.   So if I ask a question and refer to
8  "Mr. David," I'm referring to Rodric David, okay?
9    A.   Okay.
10         MR. SOHN:  Why don't you say "Rodric David"
11  since there are other Davids?
12         MR. WHITT:  Okay.
13         MR. SOHN:  I mean, I'm not telling you how
14  to do it, but it just --
15         MR. WHITT:  Okay.  Well -- but in case I
16  slip and ask the question about Mr. David,
17  just -- I do not know any other Davids, nor do I
18  find any --
19         THE WITNESS:  Okay.
20         MR. WHITT:  -- other Davids to be relevant
21  to, you know, the proceedings and my questions
22  here today.
23         THE WITNESS:  Yeah.
24         MR. WHITT:  So if I refer to, you know,
25  "Mr. David," it's Rodric David.

Page 56

1  BY MR. WHITT:
2    Q.   All right.  So let's go ahead and start on
3  that line of questioning.
4          So you say he's a friend of yours.  How did
5  you and Mr. David meet?
6    A.   Through kids at school, really.  Friends at
7  school, yeah.
8    Q.   Okay.  So this, I assume, would have been
9  when you were living in California?
10    A.   Yes.
11    Q.   Okay.  So you're living in Los Angeles,
12  Mr. David is in Los Angeles, correct?
13    A.   Yes.
14    Q.   And your children went to the same school --
15    A.   Yes.
16    Q.   -- is that right?
17    A.   Yeah.
18    Q.   All right.  And y'all became friends?
19    A.   Uh-huh.
20    Q.   Would you characterize yourself as good
21  friends?
22    A.   Yeah.
23    Q.   Would you characterize your relationship
24  with Mr. Rodric David as being like family?
25         MR. SOHN:  Objection.  I have family I like

Page 57

1  and don't like.  I think that's vague.
2          THE WITNESS:  I -- like family?  I --
3  BY MR. WHITT:
4    Q.   Well, let me ask it this way:  Do you view
5  your relationship with Rodric David where you say,
6  "He's like my brother"?
7          MR. SOHN:  Again, same objection.
8          THE WITNESS:  I've never said that.  He's a
9  good friend.
10  BY MR. WHITT:
11    Q.   Well, how would you characterize your
12  relationship or friendship with Rodric David, if you
13  had to put it into words?
14         MR. SOHN:  I think he just did.  Asked and
15  answered.
16         THE WITNESS:  He's a good friend of mine.
17  BY MR. WHITT:
18    Q.   Okay.  You can answer it.
19    A.   He's a good friend of mine.
20    Q.   Good friend?
21    A.   Yep.
22    Q.   Okay.  When you were living in Los Angeles,
23  did you and Rodric David socialize?
24    A.   Yes.
25    Q.   Tell me a little bit about what you did

Page 58

1  together.
2       MR. SOHN:  Objection.
3       THE WITNESS:  I thought this was about the
4  creation publishing and maintenance --
5  BY MR. WHITT:
6       Q.  It is.
7       A.  -- of websites?
8       My relationship with him should be
9  irrelevant, what we did socially.
10      Q.  Uh-huh.
11      Well, I'll tell you -- I will tell you this:
12  One of the things to maybe kind of help you so you
13  understand the reason for my questions is one of the
14  key -- one of the key things that a factfinder,
15  whether it's a judge or jury would look at is a
16  witness's potential bias.
17      Okay.  So the relationship, the type of
18  relationship, the level of the relationship would go
19  to the issue of bias, okay?  So that's the reason for
20  my question.
21      I'm not going to do a deep dive into this
22  but I believe that it's fair inquiry for us just to
23  try to understand the nature of your friendship and
24  relationship with Mr. David, okay?
25      So that's -- which is a little unusual, but

Page 59

1  I'll go out on a limb and answer, you know, the
2  witness's, you know, kind of question about the
3  relevance and why we believe it's relevant, okay.
4       So just, you know, you have said you guys
5  socialized.  Let me just -- I will ask you a series
6  of questions.
7       MR. SOHN:  Well, counsel he actually -- I
8  mean, he stated that he considers him a good
9  friend --
10      MR. WHITT:  I understand.
11      MR. SOHN:  -- talking about Rodric David.  I
12  mean -- go ahead --
13      MR. WHITT:  I understand.
14      MR. SOHN:  -- and ask your question, but I
15  do think a limited amount of latitude is
16  appropriate here.
17  BY MR. WHITT:
18      Q.  Okay.  How often would you socialize?
19      A.  Can you define "socialize"?
20      Q.  Go out to dinner, go out to lunch together
21  go out for beers after work, go to sporting events,
22  go to a concert, go to one's home, you know.
23      And just however you feel most comfortable
24  in trying to, you know, to identify what that may
25  look like.  Once a week or, you know, a few times,

Page 60

1  whatever that may be.
2       A.  Occasionally.
3       Q.  Okay.  Have you been to Rodric David's home?
4       A.  Yes.
5       Q.  How many times?
6       MR. SOHN:  Objection.
7       THE WITNESS:  I'm not sure.
8  BY MR. WHITT:
9       Q.  Since you've moved to Florida, have you and
10  Mr. David stayed in contact?
11      A.  Yes.
12      Q.  How would you characterize that contact?
13  Close contact?
14      MR. SOHN:  Form.  I don't know how that's
15  relevant, actually.  I don't think --
16      THE WITNESS:  We talk to each other.
17  BY MR. WHITT:
18      Q.  How often do you and Mr. David talk, or
19  text, or communicate with each other through the
20  week?
21      A.  A couple times.
22      Q.  Were your wives' friends?
23      A.  Yes.
24      Q.  When you received the subpoena in this case,
25  did you let Mr. David know?

Page 61

1       MR. SOHN:  Don't answer that.
2       MR. WHITT:  Are you asserting a privilege?
3       MR. SOHN:  Yes.
4       MR. WHITT:  What privilege would that be?
5       MR. SOHN:  I'm asserting multiple layers of
6  privilege.  Again, common interest,
7  attorney-client.
8       MR. WHITT:  Well, I'm not asking for any
9  communications with any attorneys.
10  BY MR. WHITT:
11      Q.  Did you communicate directly with Rodric
12  David when you got served with the subpoena for
13  appearing for this deposition today?
14      MR. SOHN:  Don't answer.
15      MR. WHITT:  Okay.  Well, list any
16  privileges; and certify it.
17      MR. SOHN:  I just did.
18      MR. WHITT:  So attorney-client and common
19  interest?
20      MR. SOHN:  Attorney-client, common interest.
21  BY MR. WHITT:
22      Q.  Okay.  All right.  So let's go back to the
23  time frame when you were in California and you met
24  Rodric David through your kids attending the same
25  school.

Page 62

1        And at some point, did you have -- well, did
2    you -- did you develop a working relationship with
3    Rodric David?
4        A.    Yes.
5        Q.    And how did that get started?
6        A.    Talking about IT work.
7        Q.    And -- well, let's try to put this in a time
8    frame, okay, kind of like box this in.
9              When did you first meet Rodric David and
10   you-all get to be friends?
11       A.    I met him shortly after he moved to the
12   United States.  I don't remember what the date is,
13   but I'm sure it's public information.
14       Q.    I have no idea.  Can you help me with a year
15   when you guys would have met?
16       A.    2012 or 2013.
17       Q.    Okay.  All right.  And, at some point, you
18   developed a working relationship with Mr. David, with
19   Rodric David, or his company Thunder Studios, right?
20       A.    Yeah.
21       Q.    Did you ever become an employee of Thunder
22   Studios?
23       A.    We've already discussed this.
24       Q.    Well, I'm now going to try to get into this
25   in more -- in more detail.  Well, let me ask you

Page 63

1    this, okay, and I'll just cut to the chase.
2              As I understand it, you had a company when
3    you were in California called United Technology
4    Group, correct?
5        A.    Uh-huh.
6        Q.    Yes?
7        A.    Yes.
8        Q.    All right.  Do you still have that
9    corporation?  Is it still active?
10       A.    It's being dissolved.
11       Q.    All right.  So through United Technology
12   Group, did you have any type of working relationship
13   with Rodric David or Thunder Studios?
14       A.    I maintained some of their systems, yes.
15       Q.    When you say "their systems," you're
16   referring to Thunder Studios?
17       A.    Yeah.
18       Q.    United Technology Group, you basically owned
19   and controlled the company?
20       A.    Yes.
21       Q.    Did the company have any other employees?
22       A.    Yes.
23       Q.    How many?
24       A.    At what point.
25       Q.    Well, let's talk 2013.  I'm going to talk

Page 64

1    about the time frame now --
2        A.    Two or three.
3        Q.    -- of -- okay.
4              When you met Mr. David and when you
5    developed then working relationship with United
6    Technology Group, and we're going to get into, then,
7    when you actually went to work for Thunder Studios,
8    okay?  So that's where we're going.
9        A.    Okay.
10       Q.    I'm just trying to walk down that path --
11       A.    Okay.
12       Q.    -- and find out when the relationship got
13   started, what you did, all of that stuff, okay?
14       A.    Sure.
15       Q.    So no secrets here.  So that's where we're
16   headed.
17             Okay.  So you had two or three employees.
18   Was one of those employees Ryan Wells?
19       A.    Not at that time.
20       Q.    When did Ryan Wells join United Technology
21   Group?
22       A.    I believe 2016.
23       Q.    And let's just talk about him for a minute.
24             When he worked for United Technology Group,
25   what was his role?

Page 65

1        A.    Senior engineer and -- yeah.
2        Q.    What were his duties?
3        A.    Fulfill ticket requests as they come in,
4    maintain system alerts.
5        Q.    So what type of business in this time frame,
6    2013 to let's say -- well, maybe until you came here,
7    you know, early 2017 or mid-2017 -- what type of
8    business is United Technology Group?
9        A.    Outsourced IT.
10       Q.    All right.  Is Ryan Wells in any way related
11   to you?
12       A.    No.
13       Q.    Do you know where Ryan Wells lives now?  Is
14   he still in California?
15       A.    Yes.
16       Q.    Do you stay in touch with him?
17       A.    Occasionally.
18       Q.    Do you know if he still does work for
19   Thunder Studios or Rodric David?
20       A.    He does not, that I'm aware of.
21       Q.    Okay.  So United Technology Group, is that
22   how the first working relationship between you and
23   Mr. David got started?
24       A.    That's where I was working.  But, yeah, we
25   never contractually had an agreement to do work

Page 66

1  through the company.  But I maintained some of their
2  systems.
3            I helped him out, he helped me out --
4     Q.   Okay.
5     A.   -- how about that?
6     Q.   Okay.  So just to make sure I understand, so
7  the way I understand your answer to that last
8  question is even though you had United Technology
9  Group, his company, you, personally, Matthew Price,
10 would help out your friend, Mr. David, and would
11 maintain some of the systems at Thunder Studios; is
12 that correct?
13           MR. SOHN:  Objection, mischaracterizes prior
14      testimony.
15 BY MR. WHITT:
16    Q.   You can answer.  I'm not trying to
17 mischaracterize, I'm trying to understand it.
18           Is that accurate?
19    A.   Yeah.
20    Q.   Okay.  So you didn't have any formal
21 contractual relationship --
22    A.   Correct.
23    Q.   -- United Technology Group for the sum of X
24 dollars?
25

Page 67

1     A.   Correct.
2     Q.   Is going to do this outsourced IT work for
3  Thunder Studios, right?
4     A.   Correct.
5     Q.   All right.  So it was a little more
6  informal --
7     A.   Uh-huh.
8     Q.   -- right?
9            Just kind of, you know, a business deal --
10    A.   Uh-huh.
11    Q.   -- between friends.  Is that fair?
12           MR. SOHN:  Form.
13           THE WITNESS:  Uh-huh.  Sure.
14 BY MR. WHITT:
15    Q.   All right.  And how long did that go on --
16 I'm going to just call it the informal work
17 relationship -- before you started work for Thunder
18 Studios?
19    A.   Maybe a year, year and a half.
20    Q.   So you went to work for Thunder Studios in
21 maybe mid-2014?
22    A.   No, '15, I believe.
23    Q.   Okay.  All right.  So sometime in 2015 you
24 go to work for Thunder Studios.
25           What was your -- your title, if you had a

Page 68

1  title?
2     A.   Chief technology officer.
3     Q.   Okay.  And who did you report to?
4     A.   Rodric David.
5     Q.   Did Thunder Studios have other -- did they
6  have other employees other than you?
7            MR. SOHN:  Yeah, calls for speculation.
8       Answer if you know.
9            THE WITNESS:  Yeah.
10 BY MR. WHITT:
11    Q.   How big of a company was it?  How many
12 employees, roughly, did they have?
13    A.   Twenty -- fifteen, twenty.
14    Q.   Okay.
15    A.   I don't know.  It fluctuates.
16    Q.   Okay.  So you were hired by Rodric David and
17 reported to Rodric David --
18    A.   Yes.
19    Q.   -- as the chief technology officer?
20    A.   Yes.
21    Q.   What was his title or role with Thunder
22 Studios?
23    A.   CEO.
24           MR. SOHN:  Form.
25 BY MR. WHITT:

Page 69

1     Q.   Did you have an employment agreement with
2  Thunder Studios?
3     A.   I believe so, yeah.
4     Q.   Okay.  So a written employment contract?
5     A.   I believe so, yeah.
6     Q.   Do you have a copy of that employment
7  contract still?
8     A.   I doubt it.
9     Q.   Do you have it maintained on your computer?
10           MR. SOHN:  Asked and answered.
11           THE WITNESS:  I -- no.
12 BY MR. WHITT:
13    Q.   Well, I wanted to make clear so you didn't
14 think I was just narrowing it down to a paper copy.
15    A.   Oh.
16    Q.   I would think a chief technology officer's
17 probably going to go as paperless as he can.
18           Okay.  So you don't believe you have a copy
19 of that maintained either anywhere on a computer or
20 in a file anywhere or anything, correct?
21    A.   I may have a paper company, actually, at
22 Thunder but I --
23    Q.   You don't have it here in Florida?
24    A.   -- don't have my files here.
25           No.

Page 70

1     Q.    Do you recall, in that contract, if -- if it
2  had a confidentiality provision in there?
3     A.    I have no idea.
4     Q.    To your understanding, as you sit here
5  today, are you under any type of confidentiality
6  restriction that would prevent you from, you know,
7  testifying about Thunder Studios and your work at
8  Thunder Studios?
9          MR. SOHN:  Objection -- well, you're
10     asking -- that's fine.
11          MR. WHITT:  If you --
12          MR. SOHN:  Go ahead.  Go ahead.
13          MR. WHITT:  If you know.
14          MR. SOHN:  Go ahead.  If you know.
15          THE WITNESS:  That's a good question.  I
16     would have to look at that contract.  I'm not
17     sure.
18  BY MR. WHITT:
19     Q.    Okay.
20     A.    I mean, I know it -- I couldn't discuss
21  trade secrets like any company, but I'm not there, I
22  don't know what the time frame.  I'm not sure.  I'd
23  have to find that out.  Would be good to know,
24  actually.
25     Q.    All right.  As chief technology officer at

Page 71

1  Thunder Studios, what were your duties?
2     A.    Developing a strategy for streaming
3  programming globally.
4     Q.    That kind of begs a question about, then,
5  Thunder Studios and what that company did that would
6  then tie into what your role and duties were at the
7  company.  So do you understand my question?
8          What was the business of Thunder Studios
9  that would require those types of services from you?
10     A.    It was -- I don't know if it was a separate
11  company, but Thunder TV was the maybe sub-company or
12  the establishment of streaming content globally.
13          So contents made at Thunder -- Thunder TV is
14  the distribution network or company behind it.
15     Q.    Okay.  All right.  How about internet sites,
16  web design anything like that?  Was that part of what
17  your duties were, your role with Thunder Studios?
18  Were you involved in that type of work?
19          MR. SOHN:  Objection.
20          THE WITNESS:  Somewhat.
21  BY MR. WHITT:
22     Q.    Okay.
23     A.    I oversaw it.  It all wrapped up under me,
24  yes.
25     Q.    And how long did you work for Thunder

Page 72

1  Studios?  When did you leave the employ of Thunder
2  Studios?
3     A.    June.
4     Q.    Of this year?
5     A.    Yep.
6     Q.    And we talked earlier -- I'm not trying to
7  pry, just I think it's important, you know, for the
8  record.
9          You left Thunder Studios, you moved to
10  Florida right?
11     A.    Yes.
12     Q.    You moved to this area, Land O'Lakes?
13     A.    Yes.
14     Q.    New port Richey area?
15     A.    Yep.
16     Q.    And your father was ill, as I understand it,
17  correct?
18     A.    Correct.
19     Q.    And you had come to Florida to take care of
20  your father --
21     A.    Right.
22     Q.    -- who has since passed?
23     A.    Correct.
24     Q.    Now, I'm going to circle back.  I'm going to
25  kind of ask you questions about the five websites.

Page 73

1  So -- and those were the ones that were listed on
2  Exhibit 1 to your deposition.
3     A.    So back to what we're here for.
4     Q.    Back to -- well, it's all about what we're
5  here for.
6          But the five websites, did you do any work,
7  any design, any posting of information, anything like
8  that on the five websites while you were at Thunder
9  Studios?  In other words, through Thunder Studios, on
10  Thunder Studios' computers, on their computers, et
11  cetera?
12          MR. SOHN:  Vague, ambiguous.
13          THE WITNESS:  I don't believe so.  Never had
14     a Thunder computer.
15  BY MR. WHITT:
16     Q.    That's an interesting question -- that's an
17  interesting question.  I didn't think about it.
18          Okay.  So when you were -- yeah -- United
19  Technology Group, then you went to work as CTO for
20  Thunder Studios, just to make sure I understand, they
21  didn't provide you with a company laptop or anything
22  like that to work on as chief technology officer?
23     A.    I had my own.
24     Q.    So any work-related email or any
25  work-related stuff that you were doing on the

Page 74

1    internet site or for streaming, any of that stuff,
2    everything that you were doing work-related for
3    Thunder Studios you were doing on your personal
4    computer, correct?
5         MR. SOHN:  Well, objection, vague and also
6    compound.  I think you've got to break that out.
7    It's pretty broad.
8         MR. WHITT:  Well, let him answer first and
9    then I'll break it down.
10        MR. SOHN:  Same objection.
11        THE WITNESS:  Most of the work I do is
12   servers that they owned.  So the work for Thunder
13   on servers, they owned.  The computer that I
14   worked off was mine.
15   BY MR. WHITT:
16        Q.   Okay.  So -- all right.  They should have
17   sent someone with more of a technology background to
18   asks questions of a CTO.
19        Okay.  As I understand it, then, you had
20   your laptop computer and you were -- the work you
21   were using, that was the tool to access the servers
22   that were owned and maintained by Thunder Studios; is
23   that correct?
24        A.   Yeah.
25        Q.   So were you -- were you putting any content

Page 75

1    on -- for Thunder Studios and doing work for Thunder
2    Studios on -- I don't know the best way to ask it --
3    on your personal computer?  In other words, were you
4    doing Thunder Studios business on your personal
5    laptop?
6         MR. SOHN:  Objection.
7         THE WITNESS:  No.
8    BY MR. WHITT:
9         Q.   So just so we can nail this down, you had
10   testified earlier, but it was before we got into all
11   of the questions about your involvement with
12   Mr. David and the UTG work and then you ultimately
13   coming to work for them, the five websites was any of
14   that directed by Thunder Studios?  Any of the
15   content, any of the -- let me break that down into
16   questions.
17        The registering of the five domain names
18   that we see here on Exhibit 1, was that directed by
19   Rodric David?
20        A.   No.
21        Q.   Obtaining the five websites that are on
22   Exhibit 1, was that in any way directed for you to do
23   that by Thunder Studios?
24        A.   No.
25        Q.   The posting of the content on any of the

Page 76

1    five websites, was that requested of you or were you
2    directed by Rodric David to do that?
3         A.   No.
4         Q.   And the same question for Thunder Studios?
5         A.   No.
6         Q.   When you registered the five domain names,
7    and then in late spring earlier summer of 2016 you
8    put the content up there, did you make Rodric David
9    aware of what you had done?
10        A.   No.
11        Q.   Did you tell anyone else at Thunder Studios
12   that you had done this?
13        MR. SOHN:  Objection, mischaracterizes the
14   testimony.  He just said -- you said anyone else.
15        MR. WHITT:  Well, I thought we'd identified
16   that Rodric David --
17        MR. SOHN:  Well, I suppose anybody else
18   excluding --
19        MR. WHITT:  -- is CEO.
20   BY MR. WHITT:
21        Q.   Yeah.  Anyone other Rodric David.
22        Did you tell anyone else at Thunder Studios,
23   other than Rodric David, that you had done this?
24        A.   I don't believe so.
25        Q.   So did anybody know that you had done this

Page 77

1    or did you keep it secrete?
2         MR. SOHN:  Objection.
3    BY MR. WHITT:
4         Q.   Let me define "this".
5         Did anybody know that you had registered
6    these five domain names and had put this content up,
7    or did you keep it secret?
8         A.   Not that --
9         MR. SOHN:  Objection.
10        THE WITNESS:  Not that I'm aware of.
11   BY MR. WHITT:
12        Q.   Just so we can drive the nails:  Did you
13   ever receive any compensation from Rodric David
14   compensating you for registering these names and
15   putting these websites up on the internet?
16        A.   No.
17        Q.   Did you ever receive any compensation from
18   Thunder Studios for registering these names or
19   putting the content up on the internet related to
20   these five website?
21        A.   No.
22        Q.   So you've not been paid --
23        A.   Nope.
24        Q.   -- in any way for getting the names or
25   putting the stuff up on the internet, correct?

Page 78

```
1    A.    Correct.
2         MR. WHITT:  I'm going to show you a document
3    marked as Exhibit 3.
4         (Plaintiff's Exhibit No. 3 was marked for
5    identification.)
6    BY MR. WHITT:
7    Q.    You mentioned before a company called
8    DreamHost, and I think you called them a -- what was
9    it?  A domain --
10   A.    Registrar.
11   Q.    -- registrar?
12   A.    Yep.
13   Q.    So you have Exhibit 3 before you.  Have you
14   seen that document before?
15   A.    I don't believe I have.
16   Q.    DreamHost is the registrar.  Do they call
17   that like -- I guess it's called DreamHost.  Do they
18   call that like the host, the hosting company or the
19   host?
20   A.    Uh-huh.
21   Q.    Okay.
22   A.    They call it a registrar and a hosting --
23   which is also a hosting company.
24   Q.    Okay.  All right.  So it shows it has your
25   name and has an address there, an Olympic Boulevard
```

Page 79

```
1    address there.  Do you recognize that address?
2    A.    I sure do.
3    Q.    Okay.  And what address is that?
4    A.    My old office, one of them.
5    Q.    Okay.  So that is your old office at Thunder
6    Studios?
7    A.    No.  That's United Technology Group --
8    Q.    Okay.
9    A.    -- in Santa Monica.
10   Q.    Okay.  So the 3019 Olympic is the former
11   address for United Technology Group?
12   A.    One of them, yes.
13   Q.    Okay.  How many offices did United
14   Technology Group have?
15   A.    I think we have three addresses, maybe four.
16   Q.    All right.  Did you have actual, physical
17   offices?
18   A.    No.  I was in a building that we moved
19   around in that gave you a new address when you did
20   so.
21   Q.    Oh.
22   A.    Then we moved the office, then we moved it,
23   finally, in its last place into Thunder Studios,
24   which is that address you see at the bottom.
25   Q.    Okay.  Yeah, I was going to ask you about
```

Page 80

```
1    that.
2    A.    You got that?
3    Q.    Now, this shows -- I understand this
4    document from DreamHost, where it shows your name,
5    organization, the address, et cetera, that -- that
6    you would be the owner of the domain names that are
7    listed.
8    A.    Correct.
9    Q.    CharifKazal.com, TonyKazal.com,
10   KarlKazal.com and
11   KazalFamilyTruth.com, correct?
12   A.    Correct.
13   Q.    All right.  And I think you've admitted
14   you're the owner -- you, personally, Matthew Price,
15   are the owner of those five domain names, right?
16   A.    It says it right there (indicating).
17   Q.    Okay.  Well, I'm just making sure that I
18   understand what this document purports to be, right?
19   A.    Yes.
20        MR. SOHN:  Objection.
21   BY MR. WHITT:
22   Q.    Well, look, in fairness you didn't prepare
23   it --
24   A.    This is not my document.
25   Q.    I'm --
```

Page 81

```
1    A.    So --
2    Q.    Right, right.  That's what I'm --
3    A.    So, I'm --
4    Q.    That's what I'm trying --
5    A.    I'm assuming that's --
6    Q.    I'm trying to make sure I understand it
7    correctly and don't mischaracterize it.
8    A.    Okay.
9    Q.    Okay.  That's they way you understand it as
10   it's showing you as the owner of those five --
11   A.    Yep.
12   Q.    -- five domain names, right?
13   A.    Yeah.
14   Q.    All right.  Now, it was has down here
15   DreamHost account contact info and it has Mr. Ryan
16   Wells with an address and email, you see that?
17   A.    Uh-huh.
18   Q.    Okay.  And I think you said Santa Fe Avenue,
19   Long Beach, California, that's Thunder Studios --
20   A.    Main address, yeah.
21   Q.    -- address?
22        Okay.  Why Ryan Wells as the account
23   contact?
24   A.    So when you register a domain, you have
25   three contacts:  You have an administrative contact,
```

Page 82

1   you have a technical contact and you have -- what's
2   the third -- a third contact.  He is listed as my
3   technical contact --
4       Q.   Okay.
5       A.   -- which is why he's in here.
6       Q.   Okay.  But if I understand correctly, he had
7   nothing to do with registering it, right?
8       A.   Correct.
9       Q.   Paying for it --
10      A.   Correct.
11      Q.   -- right?
12           Or putting any of the content up --
13      A.   Right.
14      Q.   -- right?
15      A.   Yep.
16      Q.   Did he know that he had been listed as the
17  technical contact?
18      A.   Yeah.  I mean, I have tons of domains that
19  he is aware of.
20      Q.   Well, was he aware of these?
21      A.   No.
22           MR. SOHN:  Form.
23           THE WITNESS:  No.
24  BY MR. WHITT:
25      Q.   Okay.

Page 83

1       A.   No.  He was managing my client.
2       Q.   Okay.  That's fair enough.  I'm just -- you
3   had said that before.  I'm just trying to make sure
4   now --
5       A.   Yeah.
6       Q.   -- based on seeing this document --
7       A.   Yep.
8       Q.   -- if it helped refresh your memory --
9       A.   Nope.
10      Q.   -- hey, you know what, Mr. Whitt, I did tell
11  Ryan about this because I have him listed as the
12  technical contact on it.
13      A.   No.
14      Q.   So even though -- okay.  And you said no, so
15  I think I understand the answer to that
16  poorly-phrased question.
17      A.   Yep.
18      Q.   But just to make sure I get it:
19  Notwithstanding that his name shown on Exhibit 3, you
20  do not recall having any conversations with Ryan
21  Wells or telling him about the registration --
22      A.   No.
23      Q.   -- of these domain names?
24           MR. WHITT:  Okay.  You got that answer?
25           THE COURT REPORTER:  Yes.

Page 84

1   BY MR. WHITT:
2       Q.   Do you know a gentleman named David Singh?
3   I think it's S-i-n-g-h.
4       A.   No.
5       Q.   Have you ever heard the name?
6       A.   Yes.
7       Q.   Okay.  Who do you know him to be?
8       A.   A defendant in a lawsuit.  I don't know -- I
9   don't know the guy.
10      Q.   Okay.  You've never met him?
11      A.   No.
12      Q.   Have no -- did he ever --
13      A.   Couldn't even tell you what he looks like.
14      Q.   Okay.  I can probably eliminate this with
15  one or two questions.
16           Did he have any involvement whatsoever in
17  your registering the five domain names or putting the
18  content up in the five websites?
19      A.   No.
20      Q.   He didn't direct you to do that?
21      A.   No.
22      Q.   You never talked to him or told him you were
23  doing it?
24      A.   Never.
25      Q.   All right.

Page 85

1       A.   I heard he had a hell of a protest in
2   Australia, though.  You should read all about it.
3       Q.   I'll have to do that.
4           We have talked about another lawsuit.  That
5   lawsuit arose in California, correct, the lawsuit
6   that you're referring to?
7           MR. SOHN:  Objection.
8   BY MR. WHITT:
9       Q.   Let me make it -- let me make it clear:  You
10  were sued in a lawsuit in California, correct?
11      A.   That's my understanding.  I've never been
12  served.
13      Q.   Okay.  Do you know if Rodric David got
14  served with the lawsuit filed by Charif Kazal in
15  California?
16      A.   You'd have to ask him.
17      Q.   Well, he was asked, and he recounted a
18  conversation that he had with you when he got served
19  with that lawsuit.
20           Do you recall having a conversation with
21  Rodric David where he came to you and told you he had
22  been served with a lawsuit about these five websites?
23      A.   Oh, yes.
24      Q.   Okay.  Was anybody else present for that
25  conversation or was it just you and Rodric David?

Page 86

1    A.    I believe it was just us.
2    Q.    And do you recall that the conversation
3  started with him advising you that he had been served
4  with the lawsuit about the five websites?
5         MR. SOHN:  Objection.
6         THE WITNESS:  I believe so, yeah.
7  BY MR. WHITT:
8    Q.    And what did you discuss in that
9  conversation initially with Rodric David?
10        MR. SOHN:  Can we go off the record for one
11 second?
12        THE COURT REPORTER:  Counsel?
13        MR. WHITT:  Sure.
14        (A recess was held at 10:59 a.m. and the
15        foregoing deposition resumed at 11:01 a.m.)
16 BY MR. WHITT:
17   Q.    Okay.  Yeah.  My question is focused on a
18 conversation that took place --
19   A.    Yeah.
20   Q.    -- between you and Rodric David when he got
21 served with a lawsuit relating to the five website
22 that was filed out in California.
23   A.    Yep.
24   Q.    Okay.  You recall that the conversation took
25 place?

Page 87

1    A.    If I recall correctly, it was, "I got served
2  about these websites.  I don't want to know anything
3  about it."  And that was it.
4    Q.    And did you tell him anything about it?
5    A.    No.
6    Q.    So even after the lawsuit was filed, just to
7  be clear, you had no -- no further communications and
8  relayed no information to Rodric David about the five
9  website, correct?
10   A.    No.
11   Q.    Is that correct?  Your answer is no, you did
12 not or no, my question's not correct?
13   A.    Oh, that's correct.
14   Q.    Gotcha.
15        THE WITNESS:  You can read all about my role
16 in number seven.
17        MR. WHITT:  I don't know what you're
18 referring to.
19        THE WITNESS:  Oh, okay.
20        MR. SOHN:  These long silences sometimes
21 mean we're close to being done.
22        THE WITNESS:  I'm a Type 1 diabetic and I
23 need to eat before too long.
24        MR. WHITT:  We should be finished up pretty
25 quickly I would think.

Page 88

1         (A discussion off the record was held.)
2  BY MR. WHITT:
3    Q.    Have you had any conversations at any time
4  with Rodric David about the Kazal -- any of the eight
5  Kazal brothers?
6    A.    Sure.
7    Q.    Okay.  How many conversations do you think
8  you've had?
9    A.    Not many.
10   Q.    Okay.  I'm not going to ask you about any --
11 so your attorneys don't get nervous -- I'm not going
12 to ask you about any questions about any
13 conversations that you had with him, were there any
14 attorneys present or, you know, anything like that.
15        Okay.  Did he ever discuss with you his
16 business dealings with the Kazal?
17   A.    I don't believe so.  Yeah.  I read about it
18 all online.
19   Q.    Okay.  Well, I'm interested in conversations
20 that you and Rodric David had about any of the
21 Kazal -- any of the eight Kazal brothers.
22   A.    So -- I'm sorry.  I thought we were here --
23        THE WITNESS:  Steven, is this right?
24   A.    -- for the creation, publishing, and
25 maintenance of the website.  That has nothing to do

Page 89

1  with it.
2    Q.    That's not the sole limitation.  We wanted
3  documents related to that.
4         MR. SOHN:  Which don't exist.
5         MR. GEBELIN:  Is this connected to some sort
6  of proceeding in Australia?
7         MR. WHITT:  I'm sorry?
8         MR. GEBELIN:  So the connection here is what
9  to this proceeding in Australia?
10        MR. WHITT:  The question is whether he had
11 conversations with Rodric David about the Kazals.
12 He has answered that he has had conversations
13 with Rodric David about the Kazals.
14        MR. GEBELIN:  Okay.
15        MR. WHITT:  So my questions are going to be
16 what the conversations were and when they took
17 place and what he told you.
18        MR. GEBELIN:  And how do those conversations
19 have anything to do with Adam Kazal's contempt of
20 court?
21        MR. WHITT:  Are you lodging an objection?
22        MR. GEBELIN:  I'm asking a question.
23        MR. WHITT:  Okay.  We'll you're not part of
24 the proceeding, Mr. Gebelin.  You're listening --
25 you're listening in.  So I'm not --

Page 90

1    MR. GEBELIN:  Right.  And I --
2    MR. WHITT:  So, no, I'm not responding to
3  you.  If you want hang on --
4    MR. SOHN:  No, no.
5    MR. WHITT:  -- and be quiet --
6    MR. SOHN:  We understand you object, but the
7  bottom line --
8    MR. WHITT:  I'm in mid sentence.
9    MR. SOHN:  The bottom --
10    MR. WHITT:  I'm in mid sentence.  I'm in mid
11  sentence.
12    MR. SOHN:  No, you concluded a sentence.
13    MR. WHITT:  No, I didn't.
14    THE COURT REPORTER:  Counsels, I can only
15  take one at a time.
16    MR. SOHN:  I think we're more than happy to
17  give you a little bit of latitude here as I have
18  tried to do.
19    But I do think the question becomes, at this
20  time, what connection or nexus does this have to
21  any proceeding that's going to on in Australia
22  that justifies the ex parte motion --
23    MR. GEBELIN:  That we still don't have.
24    THE COURT REPORTER:  What was that, sir?
25    MR. SOHN:  That we still don't have.

Page 91

1    MR. WHITT:  Okay.  I'm not answering
2  Mr. Gebelin's questions.
3    Mr. Gebelin, you're --
4    MR. SOHN:  He didn't ask it.  The question
5  was posed by me.
6    MR. WHITT:  Okay.  Well, I'm not answering
7  your questions.  I'm asking the witness
8  questions.  If you have objections that you would
9  like to make, you can make objections.
10    If you desire to instruct the witness not to
11  answer questions, you can certainly do that and
12  then we'll take it up with a magistrate judge,
13  okay?  So I appreciate, you know, your
14  communication.
15    Me asking questions of Mr. Price related to
16  conversations that Rodric David or that he had
17  with Rodric David about the Kazal brothers, I
18  believe, is very relevant.  I don't know what
19  he's going to tell me.
20    MR. SOHN:  Well, he's just told you he had
21  very few and basically --
22    MR. WHITT:  No, he didn't --
23    MR. SOHN:  He didn't really --
24    MR. WHITT:  No, he didn't --
25    MR. SOHN:  -- remember them anyway.  His

Page 92

1  testimony already establishes that.
2    THE WITNESS:  Seriously, that's not a --
3    MR. WHITT:  I'm not arguing.  I'm not
4  arguing.
5    MR. SOHN:  Take a little bit latitude, but
6  pretty quickly we're going to shut this down on
7  that end.
8    MR. WHITT:  You do whatever you want to do.
9  You don't control my quote "latitude" on
10  questions.
11    MR. GEBELIN:  No --
12    MR. WHITT:  The rules of procedure will and
13  a magistrate judge, if need, will guide that
14  question.
15    MR. GEBELIN:  And that's what we'll do if we
16  need to.  We're trying to work with you in a
17  friendly manner about this.
18    MR. WHITT:  That's fine.  I'm trying to, you
19  know, work with you in a friendly manner.  He has
20  not said that he didn't remember or it's only a
21  few.
22    THE WITNESS:  I did say it was a few.
23    MR. WHITT:  Okay.  All right.  I'm going to
24  ask you about those conversations that you had
25  with Rodric David about the Kazals, when they

Page 93

1  took place, and what was discussed about the
2  Kazals.
3    That may lead to further questions, it may
4  wrap it up in about three or four questions and
5  answers, okay?  But until I get there, I don't
6  know.
7    MR. SOHN:  Can we go off for one second?
8    MR. WHITT:  Sure.
9    MR. SOHN:  Why don't I just --
10    MR. WHITT:  Talk to Mr. Gebelin again.
11  That's fine.  We'll go off the record.
12    (A recess was held at 11:10 a.m. and the
13  foregoing deposition resumed at 11:12 a.m.)
14    MR. SOHN:  Okay.  Let's go back on.
15    We're not going to instruct the witness --
16  I'm not going to instruct the witness not to
17  answer questions that have a direct nexus to the
18  website.  But I'd ask the questions be focused
19  there as opposed to more general conversations.
20    MR. WHITT:  Okay.  And I understand that.
21  My intent is to try to stay focused on this
22  topic.  But until I know what the witness tells
23  me, I don't know.  Part of taking a deposition --
24    MR. SOHN:  That's always the argument,
25  right?

Page 94

1    MR. WHITT:  -- yeah -- is you find out
2  things, okay?
3    MR. SOHN:  Sure.
4    MR. WHITT:  And things that come when
5  witness's answer questions.  Another joke:  Funny
6  how that happens in depositions.
7    Okay.  So, again, I've tried all day to be
8  clear and tell you the path where I'm going,
9  okay?  I'm not trying to, you know -- to, you
10  know, obfuscate anything, or mischaracterize
11  anything, or, you know, anything of that nature.
12  I'm trying to be very direct and forthright with
13  you in my questions.
14    MR. SOHN:  No, no.  And we let you go as far
15  as asking about --
16    MR. WHITT:  And it depends on -- and it
17  depends on your answers.  Like I say, it could be
18  extremely narrow or it may lead to something that
19  I feel I may need to probe.
20    Let's just get there so we can try to finish
21  up for Mr. Price.  We're approaching the finish
22  line here, okay.
23    MR. SOHN:  We didn't object to a question
24  about the wives' friendships, so we're giving you
25  some latitude.

Page 95

1    MR. WHITT:  That's fine.
2    MR. SOHN:  Okay.
3    MR. WHITT:  And I think that helps define
4    the nature of the relationship.
5  BY MR. WHITT:
6    Q.    Okay.  So you say there were a few
7  conversations between you and Rodric David about the
8  Kazal brothers.
9    So my question to you is if you can tell me
10  when those conversations took place --
11    A.    No idea.
12    Q.    -- and -- and --
13    A.    I don't recall.
14    Q.    Okay.  And what the topics of conversations
15  would have been that Rodric David would have had with
16  you concerning the Kazals?
17    MR. SOHN:  That's highly speculative,
18    foundation.
19    THE WITNESS:  A bad business deal.
20  BY MR. WHITT:
21    Q.    I'm sorry.  I didn't hear your answer.
22    A.    A bad business deal.
23    Q.    Okay.  Did you have any conversations with
24  Mr. Kazal (sic) about your -- excuse me -- with
25  Mr. David, Rodric David, about your feeling,

Page 96

1  Mr. Price, that he was being treated unfairly by the
2  Kazals?
3    A.    I may have mentioned that to Rodric.
4    Q.    If I recall correctly, in response to one of
5  my questions, you know, quite a while ago as to why
6  you set up the domain names and posted all of this,
7  you said that you felt that a friend of yours was
8  being treated unfairly --
9    A.    Uh-huh.
10    Q.    -- by them and you wanted to respond to
11  that.
12    A.    Uh-huh.
13    Q.    Is that close enough?
14    A.    Yeah.
15    Q.    Okay.  So with that in mind, did you have
16  that type of conversation with Rodric David about the
17  Kazals?
18    A.    I don't recall.
19    Q.    Did you ever intimate, hint around to
20  Mr. David, Rodric David, that you personally were
21  going to try to do something maybe to make things
22  right --
23    A.    No.
24    MR. SOHN:  Foundation.
25  BY MR. WHITT:

Page 97

1    Q.    -- between him and the Kazals?
2    A.    No.
3    MR. SOHN:  Foundation.
4  BY MR. WHITT:
5    Q.    Okay.  Well, the foundation would be based
6  on your feeling that you felt he was being unfairly.
7    MR. SOHN:  About a hypothetical conversation
8    he doesn't recall and can't put a date on.
9  BY MR. WHITT:
10    Q.    Okay.  So your answer's no?
11    MR. SOHN:  No, his answer --
12    MR. WHITT:  Counsel, my gosh --
13    MR. SOHN:  -- is what he answers.
14    MR. WHITT:  Okay.  Look --
15    THE WITNESS:  I don't recall.
16    MR. WHITT:  Okay.  Object.  And you have a
17    one or two word thing, but, you know, starting to
18    testify for the witness is kind of beyond the
19    bounds, all right.
20    THE WITNESS:  I thought I already answered
21    this.
22    MR. WHITT:  All right.  Well, just read that
23    last question that I had.
24    (A portion of the record was read by the
25    reporter.)

Page 98

```
1   BY MR. WHITT:
2       Q.   So that question, if you could answer that
3   question?
4       A.   I don't believe so.
5       Q.   Has Rodric David ever asked you to lie for
6   him?
7       A.   No.
8       Q.   Has Rodric David ever asked you to conceal
9   his involvement with anything?
10      A.   No.
11           MR. SOHN:  Form.
12  BY MR. WHITT:
13      Q.   Has Rodric David ever asked you to conceal
14  his involvement with these five websites that we've
15  been talking about today?
16      A.   No.
17      Q.   Okay.  Did Rodric David ask you to not tell
18  the truth about the five websites?
19      A.   No.
20      Q.   Has Rodric David ever threatened you if you
21  came and told the truth about the five websites?
22      A.   No.
23           MR. SOHN:  Form.
24  BY MR. WHITT:
25      Q.   Has Rodric David ever made an offer to you
```

Page 99

```
1   to pay you money or some other type of remuneration
2   if you testified untruthfully about the five
3   websites?
4       A.   No.
5           MR. WHITT:  Okay.  All right.  I'm going to
6   stop.  We're going to go off the record for a
7   minute.  I think we're about done, so give me
8   just a few minutes.  I'll step out give you a
9   chance to talk.
10          MR. SOHN:  Sure.
11          MR. WHITT:  I'll look at my notes and come
12  back.
13          Okay.  Good to go off the record?
14          MR. SOHN:  Sure.
15          MR. WHITT:  Let's take a break, go off the
16  record, we'll come back and should be able to
17  finish up.
18          (A recess was held at 11:19 a.m. and the
19  foregoing deposition resumed at 11:34 a.m.)
20          MR. WHITT:  Okay.  We're back on the record
21  after a break.
22          And so the record is clear, after further
23  discussion between counsel where we've conferred
24  about the issue of the existence of an
25  indemnification agreement between Mr. Price and
```

Page 100

```
1   Mr. David and/or Thunder Studios, okay.
2           So I think we may have reached some
3   agreement on the issue, so I'm going to ask --
4   I'm going to ask Mr. Price this question.
5           Okay.  And when I use the word agreement it
6   can be either oral or in writing.  Okay.  So with
7   that caveat ahead of time -- do you understand?
8           THE WITNESS:  Yes.
9           MR. WHITT:  So in my question when I use the
10  word "agreement," it could be either orally or in
11  writing, okay?
12  BY MR. WHITT:
13      Q.   Is there an agreement between you, Matthew
14  Price, and Rodric David or Thunder Studios wherein
15  Mr. David or Thunder Studios agrees to indemnify
16  you -- and by that term, I mean where they would
17  agree to pay judgment that would be entered against
18  you related or paid defense costs -- related to the
19  five websites?
20      A.   No.  I mean, he's paying for my legal fees
21  which --
22      Q.   Which you've said?
23      A.   Yeah.
24      Q.   Okay.
25      A.   Outside -- no.
```

Page 101

```
1       Q.   So if a judgment gets entered against you
2   for any amount of money related to the five websites,
3   you do not have any agreement with Rodric David or
4   Thunder Studios that they would pay that judgment on
5   your behalf --
6       A.   That's correct.
7       Q.   -- correct?
8           MR. WHITT:  Okay.  Then the other questions.
9   I'm not going to press, we're fine.  We're good.
10          THE COURT REPORTER:  Do you still want the
11  questions certified?
12          MR. WHITT:  No, no, no, not necessary.
13          Okay.  So, with that, I have no further
14  questions.  I don't know if counsel will have any
15  questions for Mr. Price.
16          MR. SOHN:  I have nothing.
17          MR. WHITT:  Okay.  I don't know what you
18  want to do about, you know, reading, waiving, you
19  know, whatever.
20          The transcript is going to be prepared --
21          MR. SOHN:  Read and sign.
22          MR. WHITT:  -- on an expedited basis.  So
23  will she communicate with you -- madam court
24  reporter will communicate with you for you to get
25  that transcript to Mr. Price?  Do you want her to
```

Page 102

1  communicate with Mr. Price directly to get it to
2  him?  How would you like that to happen?
3      THE COURT REPORTER:  Are you ordering a copy
4  of this transcript today?
5      MR. SOHN:  Are we ordering a copy, Steven?
6      MR. GEBELIN:  Yeah, we'll need a copy.
7      THE COURT REPORTER:  Then my read and sign,
8  I'll put in my letter to have him read your copy.
9      MR. SOHN:  Okay.
10      MR. WHITT:  Okay.  While we're still on the
11  record before we go off, as I believe, at least,
12  counsel is aware, there is a pending proceeding
13  in Australia, I believe Sydney, involving
14  Mr. Kazal, time is of the essence for us to get
15  this transcript prepared and get to Mr. Kazal's
16  counsel.  So just be --
17      MR. SOHN:  In preparation for the status
18  conference?
19      MR. WHITT:  I don't -- I don't know.  I
20  don't know what you're talking about there.
21      MR. SOHN:  That's the proceeding that time
22  would be of essence.
23      MR. WHITT:  I don't know what it is.  I know
24  there was a proceeding that was set for
25  November 10th --

Page 103

1      MR. SOHN:  And moved to the 17th.
2      MR. WHITT:  -- Australia --
3      MR. SOHN:  Right.
4      MR. WHITT:  -- and they were talking getting
5  that reset, whatever.
6      So my only point is just be sensitive to
7  that.
8      MR. SOHN:  Yes.
9      MR. WHITT:  We have ordered this expedited,
10  so you're going to read and sign.  Try to make
11  that happen as quickly as we can and then we'll
12  get that all done and you can get that over to
13  us.
14      THE COURT REPORTER:  And as far as the
15  exhibits, do you need those today?
16      MR. WHITT:  The exhibits you can send
17  electronically to us tomorrow, would be fine.
18      THE COURT REPORTER:  And I will have the
19  transcript to you today.
20      MR. WHITT:  Yes, that's good.
21      Okay.  That's it.  We're done.
22      (The foregoing proceedings were concluded at
23  11:38 a.m.)
24      (Reading and signing of the deposition was
25  not waived by the witness and all parties.)

Page 104

1          S T I P U L A T I O N S
2
3
4    It was stipulated by and between counsel for the
5  respective parties herein that:
6    1.  Reading and signing of the deposition by the
7  deponent are reserved.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 105

1              CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF HILLSBOROUGH
4
5    I, Teresa R. Cruise, Notary Public, State of
6  Florida, certify that MATTHEW PRICE personally
7  appeared before me on the 9th day of November, 2017
8  and was duly sworn.
9
10      Signed this 9th day of November, 2017.
11
12
13
14
15  _____
    TERESA R. CRUISE,
16  Notary Public - State of Florida
    Commission Number: FF203811
17  Expiration Date:  02/25/19
18
19
20
21
22
23
24
25

## Page 106

```
1              C E R T I F I C A T E
2
3    State of Florida
     County of Hillsborough
4
5              I, Teresa R. Cruise, Court Reporter,
     certify that I was authorized to and did
6    stenographically report the deposition of MATTHEW
     PRICE, pages 1 through 108; that a review of the
7    transcript was requested; and that the transcript is
     a true record of my stenographic notes.
8
9              I further certify that I am not a relative,
     employee, attorney, or counsel of any of the parties,
10   nor am I a relative or employee of the parties'
     attorney, nor am I financially interested in the
11   action.
12
              Dated this 9th day of November, 2017.
13
14
15
16   _____
            TERESA R. CRUISE
17
18
19
20
21
22
23
24
25
```

## Page 107

```
1    November 9, 2017
2
3
     Matthew Price
4    c/o Brad Sohn, Esquire
     The Brad Sohn Law Firm, PLLC
5    2600 South Douglas Road
     Suite 1007
6    Coral Gables, FL 33134
7
     In Re:  Adam Kazal v. Matthew Price
8            Deposition taken on November 9, 2017
             U.S. Legal Support Job No.:  1652623
9
10   The transcript of the above-referenced proceeding has
     been prepared and is being provided to your office
11   for review by the witness.
12   We respectfully request that the witness complete
     their review by a reasonable time and return the
13   errata sheet to our office.
14
15
     Sincerely,
16
17
18
     Teresa Cruise
19   U.S. Legal Support, Inc.
     4350 West Cypress Street
20   Suite 701
     Tampa, Florida 33607
21   (813) 876-4722
22
     CC via transcript:
23   Michael Whitt, Esquire
     Brad Sohn, Esquire
24
25
```

## Page 108

```
1                    ERRATA SHEET
2    DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES ON THIS
                            PAGE
3
              IN RE: Adam Kazal v. Matthew Price
4             Deposition of:  MATTHEW PRICE
                    November 9, 2017
5             U.S. Legal Job No.:  1652623
6
     Page No.  Line No.        Change            Reason
7
8
9
10
11
12
13
14
15
16
17
18
19
20   Under penalties of perjury, I declare that I have
     read the foregoing document and that the facts stated
21   in it are true.
22
23   _____   _____
     Date               MATTHEW PRICE
24
25
```

**1**

**1**  7:11 9:9,
11,17 14:22
16:17,24
26:19 27:15
73:2 75:18,22
87:22
**106**  4:5
**10:00**  7:23
**10:06**  54:12
**10:22**  54:13
**10:59**  86:14
**10th**  102:25
**11:01**  86:15
**11:10**  93:12
**11:12**  93:13
**11:19**  99:18
**11:34**  99:19
**11:38**  103:23
**12**  41:3
42:18,19 52:8
**13**  43:24
45:24
**14**  6:17 44:6
45:25
**15**  67:22
**17th**  103:1
**1st**  5:13

**2**

**2**  22:17,19
23:3,21
40:20,25
43:24 44:7
46:14 48:9
**2012**  62:16
**2013**  62:16
63:25 65:6
**2015**  67:23
**2016**  26:12
27:20 31:19
33:17 34:1
39:5,6,22

40:13 49:24
50:1,4 54:4
64:22 76:7
**2017**  4:3 5:14
6:24 22:11
31:20 32:7
39:22,23 43:7
53:16 54:5
65:7
**25**  22:23,25
41:3 43:24
44:6 52:9

**3**

**3**  78:3,4,13
83:19
**3019**  5:5
79:10
**34655**  4:5

**6**

**6**  44:8
**6th**  45:25

**7**

**7813**  4:4
**7th**  44:4
45:24

**8**

**8**  43:7

**9**

**9**  4:3
**9:08**  4:3
**9th**  39:23

**A**

**a.m.**  4:3 7:23
54:12,13

**86**:14,15
93:12,13
99:18,19
103:23
**Abe**  47:25
**able**  99:16
**about**  4:12
9:19 16:18
19:7 22:6
24:7,11,17
29:10 33:4
34:9 35:4
36:17 38:20
40:23 41:9,11
43:22 46:25
47:6 49:9
53:14 55:2,4,
16 57:25 58:3
59:2,11 62:6
64:1,23 66:5
70:7 71:4,15
72:25 73:4,17
75:11 79:25
83:11,21
85:2,4,22
86:4 87:2,3,
4,8,15 88:4,
10,12,17,20
89:11,13
91:17 92:17,
24,25 93:1,4
94:15,24
95:7,24,25
96:16 97:7
98:15,18,21
99:2,7,24
101:18 102:20
**above**  41:15
43:19
**absolutely**
16:6 53:5
**acceptable**
49:3
**access**  74:21
**accessible**
51:16
**account**
81:15,22

**accurate**
66:19
**accurately**
7:9
**action**  9:16
15:7 18:9,17,
23 19:1,14
**active**  63:9
**actual**  79:16
**actually**  59:7
60:15 64:7
69:21 70:24
**Adam**  7:14
18:8 25:6
31:20 32:17
45:10 47:14,
15 89:19
**Adamkazal.com**
23:24 25:25
32:15 80:10
**additional**
38:11,20 40:4
**address**  5:4
9:16 23:14
78:25 79:1,3,
11,19,24 80:5
81:16,20,21
**addressed**
9:16
**addresses**
38:9 79:15
**administrative**
81:25
**admitted**
80:13
**advising**  86:3
**affirm**  4:11
**after**  33:20
50:11 54:19
59:21 62:11
87:6 99:21,22
**again**  12:13
13:4 22:2
27:6 30:23
33:5 34:11
44:16 57:7
61:6 93:10
94:7

**against** 19:13
20:11,16
21:24 48:12
50:25 100:17
101:1

**agency** 52:11

**ago** 7:18 18:7
96:5

**agree** 21:23
100:17

**agreed** 20:15

**agreement**
19:6 20:9,14
21:11,22
65:25 69:1
99:25 100:3,
5,10,13 101:3

**agrees** 100:15

**ahead** 6:6
11:19 56:2
59:12 70:12,
14 100:7

**air** 38:3

**alerts** 65:4

**all** 4:21 7:6
10:6 12:21
14:19,21
16:7,16,23
17:13 18:4
22:10 23:16,
21 26:20
27:6,10 29:5
31:18 33:4
34:2,7,18
38:3 42:2
44:15 46:9,13
50:22 51:1,6,
8,23 54:24
56:2,18 61:22
62:17 63:8,11
64:13 65:10
67:5,15,23
70:25 71:15,
23 73:4 74:16
75:10 78:24
79:16 80:13
81:14 84:25
85:2 87:15

**88:18 92:23**
94:7 96:6
97:19,22 99:5
103:12,25

**allow** 53:9

**allowed** 8:5

**along** 50:1

**already** 22:4
52:14 62:23
92:1 97:20

**also** 74:5
78:23

**always** 93:24

**am** 7:1,11
35:1

**ambiguous**
12:11,19
13:15 73:12

**among** 20:12

**amount** 8:11
59:15 101:2

**and** 4:13,17,
24 5:6,9,20
6:1,2,5,7,10,
21 7:4,13,22
8:6,22 9:16,
19,23 10:1,5,
6,7,9,20
11:9,19
12:11,16,19
13:3,7 14:14,
20 15:2,12,17
16:5 17:2,22
18:19 19:7
20:4,6,19,20,
22 21:4,11,
12,22 22:2,7,
24 23:6,9
24:11,17 25:6
26:4 27:6,25
28:1,17,21
29:5,9,13,24
30:2,8,18
31:7,19,20,24
32:4,6,21
33:4,5,6,14
34:2,3,10,11,
20 35:23 36:5

**37:7,11,16**
38:3 39:23
40:3,13,16,20
41:10,11,15
42:10,11,24
43:12,16,22,
23 44:16 45:4
46:2,18,21
47:8,25 48:4,
12 49:1 50:9
51:3,5,9,12,
15,17,23
52:5,6,19,22
53:15,16,17,
18 54:4,12
55:7,16,21
56:2,5,14,18
57:1,14,23
58:4,23 59:1,
3,14,23 60:9,
18 61:16,18,
23 62:1,5,7,
9,17 63:1,19
64:4,6,12,23
65:1,22 66:11
67:15,19
68:3,16 69:10
70:7 71:5,6,
25 72:6,16,19
73:1 74:5,8,
20,22 75:1,12
76:4,7 77:6,
14 78:8,22,25
79:3 80:10,13
81:7,15,16,18
82:1 83:14
85:17,21,25
86:2,8,14,20
87:3,4,7,22
88:20 89:16,
17,18 90:1,5
91:11,21
92:12,15
93:1,4,12,20
94:4,8,12,14,
16 95:3,7,12,
14 96:6,10
97:1,8,16
98:21 99:11,

**16,18,22,25**
100:5,14,16
101:21 102:7,
15 103:1,4,
10,11,12,14,
18,24,25

**and/or** 23:6
100:1

**Angeles** 27:24
56:11,12
57:22

**animosity**
50:25 51:2

**another** 36:22
45:5 85:4
94:5

**answer** 5:22
8:2,14,24
11:3,10,19,
21,22 14:24
15:12 20:2,18
22:2 25:10
27:10 45:6
47:8 53:18,24
57:18 59:1
61:1,14 66:7,
17 68:8 74:8
83:15,24
87:11 91:11
93:17 94:5
95:21 97:11
98:2

**answer's**
97:10

**answered** 5:9
8:22 57:15
69:10 89:12
97:20

**answering**
91:1,6

**answers** 8:8
18:13 93:5
94:17 97:13

**any** 5:25 7:6,
7 10:13,19,21
11:16 13:2,5,
11,19,24,25
14:7,8,21

15:13,15
16:15,22
17:7,8,11,13
18:2,4 19:6,
10,12,13
20:10,15,16
21:11,21,23
22:13 29:11
34:6 35:5,11,
13,20 36:2,5,
6,17,20,23
47:13 48:2,6
50:5,6,19,22
51:1,5,7,8
52:1,24
55:17,18
61:8,9,15
63:12,21
65:10 66:21
70:5,21 73:6,
7,24 74:1,25
75:13,14,15,
22,25 77:13,
17,24 82:12
83:20 84:16
88:3,4,10,12,
13,20,21
90:21 95:23
101:2,3,14
**anybody** 36:22
76:17,25 77:5
85:24
**anyone** 34:2
40:10 76:11,
14,21,22
**anything**
37:12 51:25
69:20 71:16
73:7,21 87:2,
4 88:14 89:19
94:10,11 98:9
**anyway** 91:25
**anywhere**
69:19,20
**app** 44:25
**appear** 7:22
8:20 46:15
**appearing**
61:13

**appears** 17:21
41:8
**application**
46:4
**appreciate**
6:10 31:7,8
91:13
**approaching**
94:21
**appropriate**
59:16
**are** 4:24 6:25
7:6,9 12:14
13:11 15:11,
23 18:1 21:2
22:13 23:3
24:24 26:19
27:15 44:12
46:14,19,21
48:8 53:6
55:11 61:2
70:5 75:21
80:6,15
89:15,21
102:3,5
**area** 72:12,14
**aren't** 30:25
**arguing** 92:3,
4
**argument**
93:24
**arose** 85:5
**around** 27:20
33:16 44:19
79:19 96:19
**arrived** 22:11
**article** 52:13
53:7
**articles**
17:16 51:14
52:6 53:5
**as** 4:18 7:14,
16 8:10 9:8
17:2,5,8 21:6
23:7 26:23
28:2,22 30:11
37:22 38:12
40:14 45:24

46:23 51:22
53:6 55:3
56:20,24 63:2
65:3 68:19
69:17 70:4,25
72:16 73:19,
22 74:19 78:3
81:9,10,22
82:2,16 83:11
90:17 93:19
94:14,15 96:5
102:11
103:11,14
**ask** 6:5 11:7
16:12 17:5
21:8 31:2
33:15 38:17
43:22 44:15
46:24 49:9
55:7,16 57:4
59:5,14 62:25
72:25 75:2
79:25 85:16
88:10,12 91:4
92:24 93:18
98:17 100:3,4
**asked** 5:9
8:22 15:25
30:20 36:17
47:7 50:16
55:1 57:14
69:10 85:17
98:5,8,13
**asking** 22:6
43:18 47:6
49:19 61:8
70:10 89:22
91:7,15 94:15
**asks** 52:3
74:18
**asserted**
15:20
**asserting**
61:2,5
**assist** 34:2
**assume** 31:21
56:8
**assuming** 81:5

**at** 4:3,7 7:23
9:15 22:10,23
26:18 27:23,
25 28:16,17,
23 30:14
31:19 32:9
33:8 34:7
40:20 41:2,8
42:6,21 49:1
50:3 54:12,13
56:6 58:15
62:1,17 63:24
64:19 66:12
69:21 70:7,
16,25 71:6,13
73:8 76:11,22
79:5,24
86:14,15 88:3
90:15,19
93:12,13
99:11,18,19
102:11 103:22
**attending**
61:24
**attorney**
18:16
**attorney's**
18:22,25
**attorney-**
**client** 22:3
61:7,18,20
**attorneys**
61:9 88:11,14
**audible** 25:1
32:16,18,24
39:10
**Australia**
85:2 89:6,9
90:21 102:13
103:2
**authenticate**
52:1
**authority**
44:24,25
45:3,4,8
**automated**
43:14 45:1

available
  29:12 54:3
Avenue  81:18
aware  13:11
  16:5,6,20,25
  18:2 65:20
  76:9 77:10
  82:19,20
  102:12

B

back  18:8
  26:18 27:10
  42:18 45:2
  51:21 52:8
  53:13 54:15,
  16,18 61:22
  72:24 73:3,4
  93:14 99:12,
  16,20
background
  74:17
bad  24:24
  95:19,22
banners  38:9
based  15:6,24
  83:6 97:5
basically
  23:13 63:18
  91:21
basis  20:23,
  24 21:5 22:3
  101:22
Beach  81:19
became  56:18
because  38:17
  49:19 51:11
  55:1 83:11
become  62:21
becomes  90:19
been  4:17
  7:13 11:24
  13:14 22:10
  23:24 24:4,
  15,20 25:2
  28:18 31:18,
  21 32:9 33:14

38:20 39:23
  40:10,17 56:8
  60:3 77:22
  82:16 85:11,
  22 86:3 95:15
  98:15
beers  59:21
before  5:20,
  25 17:1
  23:22,25
  43:17 54:24
  67:17 75:10
  78:7,13,14
  83:3 87:23
  102:11
begin  23:4
begs  71:4
behalf  101:5
behind  71:14
being  14:9
  56:24 63:10
  87:21 96:1,8
  97:6
believe  6:8
  8:17 14:10
  15:25 18:6,8
  25:14 26:12
  28:1 30:9
  32:11 42:8
  46:18 50:8
  54:1 58:22
  59:3 64:22
  67:22 69:3,5,
  18 73:13
  76:24 78:15
  86:1,6 88:17
  91:18 98:4
  102:11,13
belonging
  21:5 28:8
belt  41:10
best  27:20
  75:2
better  33:7
  34:12
between  14:19
  19:7 20:4,6
  21:11,22

39:22 40:13
  50:9 65:22
  67:11 86:20
  95:7 97:1
  99:23,25
  100:13
beyond  97:18
bias  20:11
  58:16,19
big  39:19
  68:11
bit  6:7 26:17
  31:5 35:3
  43:6 57:25
  90:17 92:5
Blog  43:20
  44:21
both  8:10
  53:3
bottom  23:2
  43:25 44:7
  79:24 90:7,9
Boulevard  4:4
  78:25
bounds  97:19
box  9:20 62:8
break  39:18
  54:10,19
  74:6,9 75:15
  99:15,21
bring  9:3,4,
  24 10:13
broad  29:6
  74:7
broadly  51:22
broke  54:24
brother  57:6
brothers
  41:24 46:19,
  22 47:6,11
  48:8 50:7,10,
  20,23 51:1,5,
  8 88:5,21
  91:17 95:8
brought  17:4
browser  23:17

buckle  41:10
building
  79:18
business
  65:5,8 67:9
  71:8 75:4
  88:16 95:19,
  22
busy  46:10
but  4:13 6:7,
  8 7:11 8:10,
  18 15:9 16:4
  20:5,24 26:12
  33:8 34:13
  36:15 41:24
  53:9 55:14,15
  58:22,25
  59:14 62:13
  65:24 66:1
  69:22 70:21
  71:11 73:6
  75:10 82:6
  83:18 90:6,19
  92:5 93:5,18,
  22 97:17
by  4:2,6,20
  5:11 6:12
  7:21 8:1,13,
  19,23 9:2,13
  10:24 11:2
  12:5,12,23
  13:17,23
  14:4,9,17
  16:10 17:5,
  17,23 18:7
  19:5 20:13
  21:1,10 22:5,
  21 24:3,10,16
  25:12,20,24
  26:3,8,14
  29:20 30:22
  33:13 35:7,
  15,19 36:16
  37:18 38:16
  39:11 40:2,9,
  17 41:1,21
  42:17 43:20
  44:14,21
  45:14 47:5

48:14,20
50:15 52:7,21
53:2,8,25
54:23 56:1
57:3,10,17
58:5 59:17
60:8,17
61:10,21
66:16 67:14
68:10,16,25
69:12 70:18
71:21 73:15
74:15,22
75:8,14,18,23
76:2,20 77:3,
11 78:6 80:21
82:24 84:1
85:8,14 86:7,
16 88:2 91:5
95:5,20 96:1,
10,25 97:4,9,
24 98:1,12,24
100:12,16
103:25

---

**C**

California
6:13,18,21
15:6 18:9
21:16,19 32:9
48:4 56:9
61:23 63:3
65:14 81:19
85:5,10,15
86:22
call  17:18
33:7 34:15
40:14 42:9
67:16 78:16,
18,22
called  28:24
30:2 63:3
78:7,8,17
calls  7:25
11:1 68:7
came  52:15
65:6 85:21
98:21

can  5:8,12
8:2,14,24
11:3,10,19,21
14:23 26:16
31:1 34:10
37:11 41:10
57:18 59:19
62:14 66:17
69:17 75:9
77:12 84:14
86:10 87:15
90:14 91:9,11
93:7 94:20
95:9 100:6
103:11,12,16
can't  34:25
38:4 39:14
97:8
card  53:22,25
54:3
care  72:19
case  55:15
60:24
categorize
38:12
causes  46:4
caveat  100:7
CEO  68:23
76:19
certain  8:11
certainly
20:11 91:11
certified
101:11
certify  20:21
61:16
cetera  18:3
22:14 35:12
36:7,24 38:9
40:5 73:11
80:5
chance  99:9
change  37:16
40:3
changes  38:10
39:23
changing  38:8
40:5

characterize
56:20,23
57:11 60:12
Charif  18:9
25:5 47:23
85:14
Charifkazal.
com  25:15
80:9
chase  63:1
checked  9:20
chief  68:2,19
69:16 70:25
73:22
children
56:14
circle  53:13
72:24
civil  9:15
clarify  13:18
clear  21:21
36:15 47:15
50:18 69:13
85:9 87:7
94:8 99:22
clearly  19:18
click  29:13
client  37:15
83:1
clipped  42:10
clipping
42:10
close  38:5
42:25 44:21
60:13 87:21
96:13
cloud  13:10
collectively
26:22 34:11
com  23:10
come  6:21
23:18 45:11
50:10,11
52:11,23 65:3
72:19 94:4
99:11,16

comfortable
59:23
coming  75:13
commanded
17:5
commencing
4:3
comment  53:1
commentary
53:9
comments  6:10
common  15:5
19:18,20
20:2,24 61:6,
18,20
commonly  23:7
communicate
60:19 61:11
101:23,24
102:1
communication
10:6 16:22
17:8,10 18:3
21:5 36:7
91:14
communications
13:6,12 14:7,
19 15:3,13,18
16:15 20:3,6
61:9 87:7
company
12:21,24
13:10 17:23
28:10 62:19
63:2,19,21
66:1,9,10
68:11 69:21
70:21 71:5,7,
11,14 73:21
78:7,18,23
compensating
77:14
compensation
77:13,17
complete  17:2
compound  74:6
computer
28:4,8,12,13

**computers**
73:10

**conceal** 98:8,
13

**concerned**
32:22

**concerning**
10:7,20 13:12
15:15 16:22
17:12 18:4
95:16

**concert** 59:22

**concluded**
90:12 103:22

**conclusion**
7:25 52:4

**conference**
102:18

**conferred**
99:23

**confidentialit
y** 70:2,5

**connected**
89:5

**connection**
89:8 90:20

**consider**
35:25

**considers**
59:8

**consulting**
22:14

**contact**
60:10,12,13
81:15,23,25
82:1,2,3,17
83:12

**contacts**
81:25

**contempt**
89:19

**content**
17:19,21
33:5,9,18

69:9,19 73:14
74:4,13,20
75:3

34:13,16
37:16 38:8,20
39:7 50:2
51:9,22 71:12
74:25 75:15,
25 76:8 77:6,
19 82:12
84:18

**content's**
37:25

**contents**
71:13

**Continue** 21:7

**contract**
69:4,7 70:1,
16

**contractual**
66:22

**contractually**
65:25

**control** 92:9

**controlled**
63:19

**conversation**
85:18,20,25
86:2,9,18,24
96:16 97:7

**conversations**
19:10 83:20
88:3,7,13,19
89:11,12,16,
18 91:16
92:24 93:19
95:7,10,14,23

**copies** 9:6

**copy** 9:14
69:6,14,18
102:3,5,6,8

**copying** 10:1

**corner** 41:3

**corp** 15:1

**corporation**
63:9

**correct** 4:25
7:4 8:15
10:21,23
18:10 20:25
21:14 22:8,9

23:14,19
24:25 27:21
28:4 31:11,
22,23 32:20
33:10,12 37:5
38:1 40:6,18
42:12 45:12,
15,19,21,23
46:1,2,3,6,8,
22 47:9
50:20,21
52:25 53:11
54:6 56:12
63:4 66:13,23
67:1,4 69:20
72:17,18,23
74:4,23 77:25
78:1 80:8,11,
12 82:8,10
85:5,10 87:9,
11,12,13
101:6,7

**correctly**
81:7 82:6
87:1 96:4

**costs** 19:8
100:18

**could** 23:18
31:10 94:17
98:2 100:10

**couldn't**
70:20 84:13

**counsel** 4:2
7:14 8:4,9,25
11:5 14:16
15:25 20:5
21:7 36:15
44:18 48:23
59:7 86:12
97:12 99:23
101:14
102:12,16

**Counsels**
90:14

**couple** 39:4
60:21

**court** 4:9 5:5
7:17 11:14
20:21 22:18

38:4 44:13
83:25 86:12
89:20 90:14,
24 101:10,23
102:3,7
103:14,18

**cousin** 36:22

**cover** 11:25

**covered** 11:24

**crazy** 15:9

**create** 25:15,
17,21,25
26:4,9 28:3,
21 51:9

**created** 27:19
28:6,7,8,15,
18

**creating**
12:16

**creation**
10:7,20 13:3,
7 17:12 58:4
88:24

**credit** 53:22,
25 54:3

**Cruise** 4:6

**CTO** 73:19
74:18

**curiosity**
51:3

**current** 22:6

**currently**
4:24 21:2
22:7,15

**cut** 20:24
41:10 63:1

---

**D**

**D-A-V-I-D**
14:21

**daily** 37:16

**date** 6:23
26:11 43:7,23
44:4,8 49:10
62:12 97:8

**computers**
73:10

**conceal** 98:8,
13

**concerned**
32:22

**concerning**
10:7,20 13:12
15:15 16:22
17:12 18:4
95:16

**concert** 59:22

**concluded**
90:12 103:22

**conclusion**
7:25 52:4

**conference**
102:18

date's 49:17
dates 26:13
David 4:23
  14:5,8,21
  15:12 16:15
  18:24 19:7,
  11,12 20:4,6,
  15 22:15
  35:20 36:2,5,
  18,21 51:19
  55:3,5,8,10,
  16,25 56:5,
  12,24 57:5,
  12,23 58:24
  59:11 60:10,
  18,25 61:12,
  24 62:3,9,18,
  19 63:13 64:4
  65:19,23
  66:11 68:4,
  16,17 75:12,
  19 76:2,8,16,
  21,23 77:13
  84:2 85:13,
  21,25 86:9,20
  87:8 88:4,20
  89:11,13
  91:16,17
  92:25 95:7,
  15,25 96:16,
  20 98:5,8,13,
  17,20,25
  100:1,14,15
  101:3
David's 36:22
  60:3
Davids 19:12
  55:11,17,20
day 8:7 11:6
  49:12 94:7
days 7:18
deal 14:18
  67:9 95:19,22
dealings
  88:16
deep 58:21
defendant
  84:8

defending
  18:16
defense 18:23
  19:1,8 100:18
define 59:19
  77:4 95:3
definitely
  20:7
depends 30:20
  37:15,17
  94:16,17
depo's 16:9
deposition
  4:1,6 7:15
  8:20 9:9,15,
  24 11:15 48:5
  54:13 61:13
  73:2 86:15
  93:13,23
  99:19 103:24
depositions
  94:6
design 71:16
  73:7
desire 91:10
detail 62:25
determine
  35:5
develop 62:2
developed
  62:18 64:5
Developing
  71:2
diabetic 7:11
  87:22
did 6:13,21
  8:20 9:3,4
  10:13 18:16
  25:15,17,21,
  25 26:4,9
  30:5,6 31:24
  32:6 33:18
  34:2,6,16
  35:11 36:6,
  17,20,22
  41:25 42:3,6
  43:12 49:10
  51:9,25 52:10

53:25 56:4
57:14,23,25
58:9 60:25
61:11,17
62:1,2,5,9,21
63:12,21
64:13,20
67:15 68:3,5,
12 69:1 71:5,
25 72:1 73:6
76:8,11,22,25
77:1,5,7,12,
17 79:13,16,
19 82:16
83:10 84:12,
16 86:8 87:4,
11 88:15
92:22 95:23
96:15,19
98:17
didn't 9:1
  52:15,23
  66:21 69:13
  73:17,21
  80:22 84:20
  90:13 91:4,
  22,23,24
  92:20 94:23
  95:21
different
  16:1 38:23
dinner 59:20
Dion 47:19
direct 20:2
  25:7 46:13
  84:20 93:17
  94:12
directed
  75:14,18,22
  76:2
directly
  36:14 61:11
  102:1
directs 11:18
disagree
  15:8,10
discuss 70:20
  86:8 88:15

discussed
  13:14 62:23
  93:1
discussion
  47:4 88:1
  99:23
dissolved
  63:10
distribution
  71:14
District 8:6,
  10
dive 58:21
do 4:11,14
  5:2,16 6:18
  7:24 8:9 9:21
  10:3,10,16,25
  12:6 13:1,5
  14:5 16:11
  17:7,8 23:4
  25:5,7 28:3
  29:10 30:11
  31:14 32:6
  33:1 37:13
  41:4,13,16
  42:25 43:7,
  17,20 46:16
  47:2 48:18
  50:22,25
  51:25 53:18,
  20 55:14,17
  57:4 58:21
  59:15 60:18
  63:8 65:13,
  16,18,25 67:2
  69:6,9 70:1
  71:7 73:6
  74:11 75:22
  76:2 78:16,17
  79:1,2 82:7
  83:20 84:2,7,
  20 85:3,13,20
  86:2 88:7,25
  89:18,19
  90:18,19
  91:11 92:8,15
  96:21 100:7
  101:3,10,18,
  25 103:15

doctor  5:19
document
  12:25 17:7
  18:2 78:2,14
  80:4,18,24
  83:6
documents
  9:25 10:6,13,
  16,19 12:14,
  22,25 13:2,5
  17:3 35:12
  89:3
does  20:5
  30:16,18 38:7
  43:4 65:18,20
  90:20
doesn't  48:23
  97:8
doing  22:14
  29:10 38:3
  51:11 73:25
  74:2,3 75:1,4
  84:23
dollars  66:25
domain  12:20
  28:24 29:2,
  11,14,24
  30:2,5,6,10
  31:21,24
  33:17 44:24
  45:6,8 53:15,
  17 75:17 76:6
  77:6 78:9
  80:6,15
  81:12,24
  83:23 84:17
  96:6
domains  49:24
  82:18
don't  5:10,
  19,24 6:23
  8:17 10:19
  11:20 14:23
  15:9,18 18:6
  20:18 22:2
  25:14 26:11,
  12 27:5 31:6
  33:20 34:14

35:24 41:23
42:8,18 44:19
47:19 48:22
49:4,7,8,17
50:8 53:6
54:9 55:10
57:1 60:14,15
61:1,14 62:12
68:15 69:18,
23,24 70:22
71:10 73:13
75:2 76:24
78:15 81:7
84:8,9 87:2,
17 88:11,17
89:4 90:23,25
91:18 92:9
93:5,9,23
95:13 96:18
97:15 98:4
101:14,17
102:19,20,23
done  28:16
  35:4 76:9,12,
  23,25 87:21
  99:7 103:12,
  21
doubt  69:8
down  9:19
  11:14 39:14,
  18 43:7 49:12
  64:10 69:14
  74:9 75:9,15
  81:14 92:6
Dreamhost
  30:7,8,9,11
  78:8,16,17
  80:4 81:15
drive  77:12
duly  4:17
duties  65:2
  71:1,6,17

_____

E

_____

each  29:17
  32:22 33:9
  34:4 39:7

46:25 47:10
51:23 60:16,
19
earlier  51:20
  72:6 75:10
  76:7
early  33:23
  50:4 65:7
eat  87:23
educate  33:6
eight  46:15,
  19,22 48:6,7
  50:6,19,23
  51:1,5,8
  88:4,21
either  50:3
  69:19 100:6,
  10
electronic
  12:21
electronically
  9:25 12:15,25
  17:15 103:17
electronically
-stored  13:6
  17:11 18:2
eliminate
  84:14
else  34:2
  36:22 37:12
  76:11,14,17,
  22 85:24
email  14:18
  15:13 16:14,
  18,21 17:9
  73:24 81:16
emails  13:11,
  19,25 16:19
employ  38:25
  72:1
employed  21:2
  22:10 27:25
employee  15:1
  62:21
employees
  63:21 64:17,
  18 68:6,12

employment
  22:7 69:1,4,6
end  31:19
  45:2 49:1
  92:7
engine  23:18
engineer  65:1
enough  12:3
  27:8,16 39:2
  83:2 96:13
entered  19:13
  20:10 21:24
  100:17 101:1
essence  32:14
  102:14,22
establishes
  92:1
establishment
  71:12
even  32:17
  66:8 83:14
  84:13 87:6
events  59:21
ever  13:18,24
  19:10 47:7
  48:2,6 50:16
  51:5,7,25
  62:21 77:13,
  17 84:5,12
  88:15 96:19
  98:5,8,13,20,
  25
every  11:20
  48:24,25
everything
  74:2
ex  90:22
exact  6:23
  26:11,13
examination
  4:19 6:4
examined  4:17
example  52:8
excluding
  76:18
excuse  35:16
  40:23 95:24

Exhibit 9:9,
  11,17 14:22
  16:17,24
  22:19 23:3,21
  26:18 27:15
  40:20,25
  43:24 44:6
  46:14 48:9
  73:2 75:18,22
  78:3,4,13
  83:19
exhibits
  103:15,16
exist 10:25
  12:6 13:2,7
  15:3 18:4
  89:4
existed 51:12
existence
  15:17 17:11
  99:24
existing 52:6
exists 13:9
  19:6 20:15
expedited
  101:22 103:9
explain 29:5
  43:16,17
  44:18,20
extend 20:3,5
extremely
  94:18
eyes 24:24

_____

**F**

face 41:12
facing 15:2
factfinder
  58:14
fair 12:3
  27:8,15 38:12
  39:2 50:12
  58:22 67:11
  83:2
fairness
  80:22

falls 14:24
falsity 35:5
familiar
  21:13
family 25:7
  56:24,25 57:2
far 46:23
  94:14 103:14
farther 43:6
father 72:16,
  20
Fe 81:18
Federal 7:17
fee 30:16
feel 59:23
  94:19
feeling 95:25
  97:6
fees 18:22,25
  19:8 100:20
felt 55:2
  96:7 97:6
feud 50:5
  51:8
few 5:7 7:18
  21:20 33:20
  59:25 91:21
  92:21,22 95:6
  99:8
fiances 29:25
fifteen 68:13
fight 50:5
  51:7
figure 19:24
file 30:6
  69:20
filed 48:15
  85:14 86:22
  87:6
files 69:24
filled 8:7
finally 79:23
find 31:1
  40:20 42:3
  55:18 64:12
  70:23 94:1

fine 32:14
  70:10 92:18
  93:11 95:1
  101:9 103:17
finish 5:22
  94:20,21
  99:17
finished
  87:24
firm 7:13
first 4:17
  5:23 6:1
  14:19 27:20
  31:19 33:16
  39:5 45:11
  46:14,15 48:8
  49:10,24 50:4
  54:4,5 62:9
  65:22 74:8
fishing 42:24
five 10:10,21
  12:17 13:1,8,
  12,19,25
  14:8,10,21
  15:15 16:16,
  23 17:13 18:4
  21:25 26:9,
  20,23 27:2,12
  28:6,15 29:17
  31:10,24
  32:10,22
  33:9,19 34:4,
  10 35:16
  36:24 38:11
  39:8,24 40:11
  51:23 52:2
  72:25 73:6,8
  75:13,17,21
  76:1,6 77:6,
  20 80:15
  81:10,12
  84:17,18
  85:22 86:4,21
  87:8 98:14,
  18,21 99:2
  100:19 101:2
five-minute
  54:10

FL 4:5
flight 16:8
Florida 4:7,
  25 6:19,20,22
  22:10 60:9
  69:23 72:10,
  19
fluctuates
  68:15
focused 86:17
  93:18,21
follow-up
  49:20
following
  9:24 10:2,6,8
follows 4:18
for 4:2 6:9
  7:14,25 8:20
  9:11 11:1,14,
  15 16:12
  18:22,25
  19:7,24 20:9
  21:17 22:15,
  19 26:17 27:5
  28:17 29:24
  30:21 31:10
  36:15 37:9
  44:19 47:10,
  12 49:3 52:3,
  8 53:13,16,25
  54:3,5 55:4
  58:13,19,22
  59:21 61:8,
  12,13 64:7,
  23,24 65:18
  66:24 67:2,
  17,20,24 68:7
  71:2,25 72:7
  73:3,5,19
  74:1,2,12
  75:1,13,22
  76:4 77:14,
  18,24 78:4
  79:11 82:9
  85:24 86:10
  88:24 93:7
  94:21 97:18
  98:5 99:6
  100:20 101:2,

15,24 102:14,
17,24
**foregoing**
54:13 86:15
93:13 99:19
103:22
**forever** 30:12
**forget** 40:23
**Form** 24:1,8,
13 25:18,22
26:1,6,10
30:19 33:11
35:14,17
37:14 38:14
39:9,25
42:13,16
48:10,17 52:3
53:4 54:7
60:14 67:12
68:24 82:22
98:11,23
**formal** 66:21
**former** 79:10
**forms** 38:8
**forthright**
94:12
**forward** 25:14
**found** 42:7
**foundation**
95:18 96:24
97:3,5
**four** 10:9
79:15 93:4
**fourth** 16:12
**frame** 61:23
62:8 64:1
65:5 70:22
**France** 47:19
**friend** 51:12,
17 56:4 57:9,
16,19,20 59:9
66:11 96:7
**friendly**
92:17,19
**friends** 50:19
55:3 56:6,18,
21 60:22

62:10 67:11
**friendship**
57:12 58:23
**friendships**
94:24
**from** 7:8,17
20:10 22:13
30:11 34:18
35:9,12 37:4
51:13,14
52:11,15,23
53:6 70:6
71:9 77:13,17
80:4
**Fulfill** 65:3
**full** 4:21
17:2
**fumble** 44:19
**funds** 32:4
**funny** 34:25
94:5
**further** 5:25
6:2 21:4 87:7
93:3 99:22
101:13
**future** 11:15

_____

**G**

**games** 31:6
**gave** 35:20
79:19
**Gebelin** 18:19
54:17 89:5,8,
14,18,22,24
90:1,23 91:3
92:11,15
93:10 102:6
**Gebelin's**
18:23 91:2
**general** 93:19
**gentleman**
14:5 84:2
**gentlemen**
47:1
**get** 21:20
26:16 34:16

35:3 51:21
62:5,10,24
64:6 83:18
88:11 93:5
94:20 101:24
102:1,14,15
103:12
**gets** 101:1
**getting** 44:12
77:24 103:4
**give** 4:12
44:18 90:17
99:7,8
**giving** 94:24
**globally**
71:3,12
**go** 6:6 11:19
16:9 17:22
20:11 25:6
29:10,11 34:9
37:11 42:18
47:1 56:2
58:18 59:1,
12,20,21,22
61:22 67:15,
24 69:17
70:12,14
86:10 93:7,
11,14 94:14
99:6,13,15
102:11
**God** 4:13
**going** 6:19
8:6 11:4,5
14:15 16:9
17:18 19:15
20:1 33:5
34:13 37:2,25
38:5,17 39:17
40:14 41:6
43:22 44:15
45:10,22
46:13,24 47:1
51:20,21
58:21 62:24
63:25 64:6,8
67:2,16 69:17
72:24 78:2
79:25 88:10,

11 89:15
90:21 91:19
92:6,23
93:15,16 94:8
96:21 99:5,6
100:3,4
101:9,20
103:10
**gone** 40:16
**good** 9:7
27:18 51:11,
17 54:10
56:20 57:9,
16,19,20 59:8
70:15,23
99:13 101:9
103:20
**Google** 23:17
**Googled** 52:5
**gosh** 97:12
**got** 12:4
27:17 32:21
34:24 35:8
37:3,4 42:2
52:16 61:12
64:12 65:23
74:6 75:10
80:2 83:24
85:13,18
86:20 87:1
**Gotcha** 87:14
**Group** 28:1,9,
11 63:4,12,18
64:6,21,24
65:8,21 66:9,
24 73:19
79:7,11,14
**guess** 24:23,
24 31:9 37:8
43:14 51:3
78:17
**guessing**
33:22
**guide** 92:13
**guy** 30:23
84:9
**guys** 59:4
62:15

| | | | |
|---|---|---|---|
| **H** | has 9:20 16:5 20:15 34:20 40:10,16,17 41:3 66:9 72:22 78:24, 25 81:14,15 88:25 89:12 92:19 98:5,8, 13,20,25 | 88:3 89:19 90:17,20,23, 25 91:8 93:17 95:15,23 96:3,15 97:16 100:2 101:3, 13,14,16 102:8 103:9, 18 | 38:21 43:4 58:12 62:14 66:11 |

H-A-R-M-O-N-I-E  7:4
h-t-t-p-s  23:4
had  9:1 14:7 15:13 16:14, 21 19:10 32:9 45:5 47:7 48:2,6 50:4, 5,16 51:7 54:25 55:1 57:13 63:2 64:17 65:25 66:8 67:25 70:2 72:19 73:13,23 74:19 75:9 76:9,12,23,25 77:5,6 82:6, 16 83:3 85:1, 18,21 86:3 87:7 88:3,8, 13,20 89:10, 12 91:16,20 92:24 95:15 97:23
hadn't  11:24
half  67:19
halfway  9:19
hand  4:10 34:6
handle  34:11
hang  90:3
happen  9:6 30:18 102:2 103:11
happens  45:2 94:6
happy  90:16
harbor  50:22, 25
harmless  20:10
Harmonie  7:3

hate  39:19
hatred  50:22, 24
have  5:6 6:18 7:7 8:6 9:6,8 10:16,19 11:20 12:22 13:13,18,24 14:7 15:12 16:14,21 17:2,4 18:16 19:10 22:10, 24 23:21,24 24:4,14,15 26:11,12 27:5 28:18,21,23 29:2,14 30:14 31:18,21 33:14 34:6 35:4 37:9 39:23 41:4,7 43:16,23 44:19 48:2,5, 23,25 49:19 50:10,11 52:2 54:2 55:4 56:8,25 59:4 60:3,9 62:1, 14,15 63:8, 12,21 66:21 68:5,6,12 69:1,6,9,18, 21,23,24 70:3,16,23 74:16 78:13, 15 79:14,15, 16 81:24,25 82:1,18 83:11 84:5,12,16 85:3,4,16

having  4:17 12:24 39:19 83:20 85:20
he  11:9,18 15:12 16:5,6 34:7 52:14, 15,16,19 57:14 59:7,8 62:11 64:24 65:14,18,20 66:3,9 69:17 76:14 82:2,6, 16,19,20 83:1 84:12,13,16, 20 85:1,17, 18,21 86:3,20 88:15 89:10, 12,17 91:4, 16,20,22,23, 24 92:19,20 96:1 97:6,8, 13
he's  8:25 11:13 15:1 35:1 56:4 57:6,8,16,19 82:5 91:19,20 100:20
headed  64:16
hear  95:21
heard  24:14, 21 84:5 85:1
held  47:4 54:12 86:14 88:1 93:12 99:18
hell  85:1
help  4:13 33:6 34:7,11

helped  66:3 83:8
helps  31:8 95:3
her  101:25
Herald  51:15 52:24
here  4:25 7:15,23 8:15 11:5 19:1 22:11 48:8 55:22 59:16 64:15 65:6 69:23,24 70:4 73:3,5 75:18 81:14 82:5 88:22 89:8 90:17 94:22
hey  35:23 83:10
Hezbollah  41:16 42:6,12 52:10,20,23 53:10
highly  95:17
him  6:5 15:11 20:9,11 58:8 59:8 62:11 64:23 65:16 66:3 74:8 83:11,21 84:7,10,22 85:16 86:3 87:4 88:13 97:1 98:6 102:2,8
hint  96:19
hired  68:16
his  5:21,24 8:8 19:7,12 44:12 62:19 64:25 65:2 66:10 68:21 83:19 88:15 91:25 97:11

98:9,14
**hold** 20:9
**home** 5:16
6:19 59:22
60:3
**host** 78:18,19
**hosting**
12:21,24
13:10 17:12,
23 78:18,22,
23
**housekeeping**
12:1
**how** 5:6,8
6:16 24:7,11,
17 29:10
30:16,18,20
31:14 47:19
53:20 55:13
56:4 57:11
59:18 60:5,
12,14,18 62:5
63:23 65:22
66:5 67:15
68:11 71:15,
25 79:13 88:7
89:18 94:6
102:2
**however** 59:23
**hunting** 42:23
**hypothetical**
97:7

---

**I**

---

**I'D** 51:2
70:22 93:18
**I'LL** 27:12
51:4 54:19
58:11 59:1
63:1 74:9
85:3 99:8,11
102:2
**I'M** 5:22 11:4
15:19 16:19,
20,25 17:18,
19 24:23 27:3
30:23 31:1,6

33:5,22 34:13
37:1 38:3,4,
17 39:18
40:14 41:6,9,
10 43:17,22
44:15,16
46:13,24 47:1
49:12,19
50:18 51:21
55:8,13 58:21
60:7 61:5,8
62:13,24
63:25 64:10
65:20 66:17,
18 67:16
70:16,21,22
72:6,24 77:10
78:2 80:17,25
81:2,3,4,5,6
83:2,3 87:22
88:10,11,19,
22 89:7,22,25
90:2,8,10
91:1,6,7
92:3,18,23
93:16 94:8,9,
12 95:21 99:5
100:3,4 101:9
**I'VE** 6:17
9:14 22:4,22
47:13 57:8
85:11 94:7
**idea** 62:14
70:3 95:11
**identification**
9:12 22:20
78:5
**identified**
51:24 55:3
76:15
**identify**
59:24
**if** 4:21 6:5
8:3,18 11:15,
24 15:2,12
16:4,8,19
20:1,8,19
22:22,23
23:16 25:10

26:18 27:2,10
29:8,12,13
31:5 33:5
34:11,14,20
38:10,23
40:20 41:2,22
42:21 43:6,23
44:18 45:17
46:18 47:7
48:21 49:1,9
50:16 51:4,25
53:7,9 55:7,
24 57:12
65:18 67:25
68:8 70:1,11,
13,14 71:10
82:6 83:8
85:13 87:1
90:3 91:8,10
92:13,15 95:9
96:4 98:2,20
99:2 101:1,14
**ill** 72:16
**impairment**
7:7
**important**
72:7
**impossibly**
36:8
**in** 4:25 6:2,
3,13 8:7
10:5,10,16
13:9,13 17:3,
8 18:9,12,16,
23 19:1,2,13
20:16 21:16,
19,20,25
22:10,11
27:10,15,19
29:6,11 32:9,
14 33:17 34:6
38:7 40:10
42:11 43:15
44:23,24
45:5,10,22
46:2,11 49:1,
24 50:3 52:10
53:16 54:4,5,
25 55:15

56:9,11,12
57:22 59:24
60:10,24
61:23 62:7,8,
25 63:3 65:3,
5,10,14,16
67:20,23
69:20,23
70:1,2 71:18
73:9 75:3,22
76:7 77:24
79:9,18,19,23
80:22 82:5
84:8,16,18
85:1,5,10,14
86:8,22 87:16
88:19 89:6,9,
25 90:8,10,21
92:16,19 93:4
94:6,13 96:4,
15 100:6,9,10
102:8,13,17
**Inc** 4:4
**include** 40:3
**income** 22:13
**incorporate**
6:1
**incorporates**
48:12
**indemnificatio
n** 99:25
**indemnify**
20:9 21:23
100:15
**independent**
25:11
**indicating**
80:16
**indirectly**
48:13
**individual**
41:24
**indulge** 31:5
**industry** 38:7
**info** 26:16
49:15 81:15
**informal**
67:6,16

**information**
9:25 12:16
13:1,6,9
17:11 18:3
34:3,4,19
35:6,8,11,12,
21 36:6,23
37:3,8,12
38:11 40:4,16
42:2 46:7
51:7 52:1
62:13 73:7
87:8
**initial**  40:13
53:14
**initially**
31:13 86:9
**inquiry**  58:22
**inspection**
10:1
**instruct**
91:10 93:15,
16
**instructing**
15:11
**instructs**
11:9
**intent**  93:21
**interest**  15:6
19:18,21
20:3,25 61:6,
19,20
**interested**
88:19
**interesting**
73:16,17
**internet**  33:1
34:18,20
35:9,13 37:4,
25 42:3,4,7
51:10 52:17
53:6 71:15
74:1 77:15,
19,25
**internet's**
36:11
**intimate**
96:19

**into**  23:16
50:4 57:13
58:21 62:24
64:6 71:6
75:10,15
79:23
**investigate**
52:1
**involved**
40:10 71:18
**involvement**
75:11 84:16
98:9,14
**involving**
102:13
**irrelevant**
58:9
**is**  4:25 5:4
6:19 7:4,12
10:21 11:5,15
12:15 15:2
16:4,5,6,8
19:6,21 20:14
21:11,21
22:8,17 23:14
29:13 30:8
33:6,9 35:9
37:12,15
40:22,23
41:8,18 45:1,
15 46:19
49:18 50:11
56:12,16
58:6,13,15,25
59:15 62:12
63:9 65:8,10,
13,21 66:8,
12,19 67:2,11
71:13 74:11,
22 76:19
78:16,23
79:3,5,10,24
80:24 82:2,5,
19 86:17
87:11 88:23
89:5,8,10
91:18 93:21
94:1 95:9
96:13 97:13,

18 99:22
100:13 101:20
102:12,14,23
103:6
**issue**  58:19
99:24 100:3
**issues**  20:12
**it**  5:16 8:15,
18 9:23 10:9
12:4,13
16:12,13
17:18 19:17
20:5,21
22:17,23
27:17,23
28:16,
18 29:12,13
30:2,21 31:10
33:7 34:11,
15,18,20
36:15 37:9,
17,20 38:12
39:18 40:14
41:3,15 42:6,
7,9,11,22,23,
24 43:13,19
44:2 49:1,18
51:22 52:15
53:25 55:14
57:4,13,18
58:6 61:16
62:6 63:2,9
65:9 66:18
67:2,5,16
68:11,15
69:8,9,14,23
70:1,20
71:10,14,23
72:16 73:17
74:9,19 75:2,
10 77:1,7
78:9,22,24
79:22 80:4,
16,23 81:6,7,
9,14,15 82:7,
9 83:8,12,18
84:23 85:2,9,
25 86:1 87:1,
3,4 88:17
89:1 91:4,12

92:22 93:3,4
94:16,17,18
100:5,10
102:1,23
103:21
**it's**  12:21
24:23,24
26:16 28:24
29:12 34:20
43:14,15 45:1
49:3,15 55:25
58:15,22 59:3
62:13 63:10
72:7 73:4
74:7 78:17
81:10 84:3
92:20
**its**  79:23

**J**

**Jimmy**  47:17
**join**  64:20
**jointly**  20:4
**joke**  34:23
94:5
**judge**  58:15
91:12 92:13
**judgment**
19:13 20:10,
16 21:24
100:17 101:1,
4
**July**  5:13
**June**  5:13
6:24 22:11
72:3
**jury**  58:15
**just**  6:1 7:18
11:4,13,25
12:9 14:14
15:19,20 17:1
18:12 28:22
29:5 31:20
32:25 33:15
34:11 35:1
37:21 38:21
43:14 44:17

45:1 47:14
48:23 49:10,
17,19 50:17
51:21 52:5
53:13 54:9,19
55:14,17
57:14 58:22
59:4,5,23
61:17 63:1
64:10,23 66:6
67:9,16 69:14
72:7 73:20
75:9 76:14
77:12 80:17
83:2,3,18
85:25 86:1
87:6 91:20
93:9 94:20
97:22 99:8
102:16 103:6
**justifies**
90:22

---

**K**

**K-A-R-I**   24:12
**K-A-R-L**   24:25
25:2
**K-A-Z-A-L--**
23:10
**K-A-Z-A-L.COM**
25:3
**Kaplan**   7:13
**Kari**   24:14,15
**Karikazal.com**
24:12
**Karl**   24:24
25:5 47:2,8
**Karlkazal.com**
25:21 80:10
**Kazal**   7:14
18:8,9 24:15
25:5,6,7
31:20 32:17
41:24 42:22,
25 43:3 45:10
46:19,22
47:2,8,12,15,

17,21,23,25
48:7 50:6,9,
10,20,23
51:1,5,8 52:9
85:14 88:4,5,
16,21 91:17
95:8,24
102:14
**Kazal's**   14:9
41:23 89:19
102:15
**Kazalfamilytru**
**th.com**   26:4
80:11
**Kazals**   89:11,
13 92:25 93:2
95:16 96:2,17
97:1
**keep**   37:24
77:1,7
**key**   58:14
**kids**   56:6
61:24
**kind**   11:25
12:1 29:9
30:15 34:10
37:13 38:6
49:19 58:12
59:2 62:8
67:9 71:4
72:25 97:18
**knew**   50:17
**know**   5:20,21
6:5,23 8:10
9:1 13:2,5
14:5 17:7,8
23:17 25:10
29:6 30:15
31:2,7 33:20
34:14 35:23,
24 36:21 37:9
38:21 41:22,
23 46:23
47:2,7,19
48:22 49:1,4,
7,8,9,17
50:3,6 51:22
52:15 53:7

55:17,21,24
59:1,2,4,22,
24,25 60:14,
25 65:7,13,18
66:9 67:9
68:8,15 70:6,
13,14,20,22,
23 71:10 72:7
75:2 76:25
77:5 82:16
83:10 84:2,7,
8,9 85:13
87:2,17 88:14
91:13,18
92:19 93:6,
22,23 94:9,
10,11 96:5
97:17 101:14,
17,18,19
102:19,20,23
**knowledge**
12:7 15:17

---

**L**

**L.L.C.**   30:9
**Land**   5:3
72:12
**landlord**   5:18
**language**
10:6,10
43:12,20,25
44:7
**laptop**   73:21
74:20 75:5
**Large**   4:7
**last**   22:24
30:12 66:7
79:23 97:23
**lasted**   14:20
**late**   33:23
39:6,22 50:1
76:7
**later**   35:4
**latitude**   6:8
44:19 59:15
90:17 92:5,9
94:25

**law**   7:13
**lawsuit**   48:4,
12,15 84:8
85:4,5,10,14,
19,22 86:4,21
87:6
**lawyer**   8:25
**layers**   61:5
**layout**   40:5
**lead**   93:3
94:18
**least**   102:11
**leave**   6:21
72:1
**left**   43:25
72:9
**left-hand**
23:2
**legal**   4:4
7:25 19:8
52:3 100:20
**let**   13:3 17:5
21:4,8,12
33:14 36:15
40:20 43:17
48:2,23 53:13
57:4 59:5
60:25 62:25
74:8 75:15
77:4 85:9
94:14
**let's**   9:8
14:18 17:9
28:22 33:4
34:9 48:7
52:8 56:2
61:22 62:7
63:25 64:23
65:6 93:14
94:20 99:15
**letter**   102:8
**letters**   23:3,
6
**level**   58:18
**lie**   98:5
**like**   23:14
30:10 31:11
38:6 42:22

49:10 51:15
56:24,25
57:1,2,6
59:25 62:8
70:21 71:16
73:7,22
78:17,18
84:13 88:14
91:9 94:17
102:2
**limb** 59:1
**limitation** 89:2
**limited** 59:15
**line** 56:3
90:7 94:22
**link** 44:24
45:3,4
**Linwood** 5:5
**list** 18:4
23:6 27:6
61:15
**listed** 12:17
13:8,13,20,25
14:22 16:16,
23 21:25
26:19 27:15
73:1 80:7
82:2,16 83:11
**listening** 89:24,25
**lists** 10:9
**litigation** 15:2
**little** 6:7
26:17 31:5
35:3 43:6
51:20 57:25
58:25 67:5
90:17 92:5
**live** 6:13
**lived** 5:6
6:17
**lives** 65:13
**living** 27:23
56:9,11 57:22
**loading** 50:2

**lodged** 22:4
**lodging** 89:21
**long** 5:6,8
6:16 30:21
31:14 37:22
39:19 67:15
71:25 81:19
87:20,23
**look** 22:23
26:18 40:20
41:2,6 42:21
43:6 58:15
59:25 70:16
80:22 97:14
99:11
**looked** 28:23
**looks** 42:22
84:13
**lopsided** 51:13
**Los** 27:24
56:11,12
57:22
**lose** 42:18
**lot** 8:4 31:7
**lunch** 59:20

## M

**madam** 101:23
**made** 18:12
51:15 53:20
54:3,5 71:13
98:25
**magistrate** 91:12 92:13
**Main** 81:20
**maintain** 37:13 44:24
45:3 65:4
66:12
**maintained** 17:23 63:14
66:1 69:9,19
74:22
**maintenance** 10:7,20 12:17

13:3,8 17:12
37:20 38:5,13
40:11 58:4
88:25
**make** 11:5
16:8 17:1
21:8 22:24
36:15 45:7,9
47:14 50:17
66:6 69:13
73:20 76:8
81:6 83:3,18
85:9 91:9
96:21 103:10
**making** 80:17
**managing** 83:1
**manner** 92:17,
19
**many** 60:5
63:23 68:11
79:13 88:7,9
**mark** 20:20
**marked** 9:8,11
22:19 78:3,4
**markings** 23:7
**married** 6:25
**material** 10:2
**materials** 22:22
**matter** 12:1
**Matthew** 4:1,
16,23 28:7,13
29:22 32:19
35:23 45:18
66:10 80:14
100:13
**may** 12:21
15:10 16:7
17:23 18:4
19:11,13
20:10,16
21:24 22:14
26:22 35:4
59:24 60:1
69:21 93:3
94:18,19 96:3
100:2

**maybe** 24:23
26:12 29:6
30:16 33:23
39:6 40:4
42:23 50:4
58:12 65:6
67:19,21
71:11 79:15
96:21
**me** 5:12 13:3
17:5 18:1
21:4,12 26:13
27:10 29:6
31:5,8 33:6,
15 34:11
35:16 36:15
38:21 40:20,
24 43:16,17
44:18,20
48:3,23 51:3
53:10,13
57:4,25 59:5
62:14,25 66:3
71:23 75:15
77:4 85:9
91:5,15,19
93:23 95:9,24
99:7
**mean** 15:1
17:15 36:8,
11,13 38:7
41:23 45:7
55:13 59:8,12
70:20 82:18
87:21 100:16,
20
**means** 38:6
44:22
**medication** 7:6
**meet** 56:5
62:9
**memory** 83:8
**mental** 7:7
**mentioned** 54:25 78:7
96:3
**met** 47:8,13

50:16 51:5
61:23 62:11,
15 64:4 84:10
**Michael**  7:12
**mid**  90:8,10
**mid-2014**
  67:21
**mid-2017**  65:7
**middle**  6:24
  8:6,10
**mind**  49:1
  96:15
**mine**  51:12
  57:16,19
  74:14
**minute**  64:23
  99:7
**minutes**  21:20
  44:20 99:8
**mischaracteriz
e**  66:18 81:7
  94:10
**mischaracteriz
es**  66:14
  76:13
**Mitchell**  4:4
**moment**  53:13
**money**  99:1
  101:2
**Monica**  79:9
**month**  5:12
**months**  5:7
  33:20 39:4
**more**  53:23
  62:25 67:5
  74:17 90:16
  93:19
**Morning**  51:15
  52:23
**most**  37:10
  59:23 74:11
**motion**  90:22
**move**  17:1
  37:2
**moved**  60:9
  62:11 72:9,12
  79:18,22

103:1
**Mr**  4:20,24
  5:9,10,11,20,
  22,25 6:10,
  12,14 7:20,
  21,25 8:1,3,
  4,9,13,16,19,
  22,23,25 9:2,
  8,13 10:22,24
  11:1,2,4,9,
  13,18,24
  12:3,5,11,12,
  19,23 13:15,
  17,21,23
  14:2,4,8,12,
  14,17,20,23
  15:4,5,8,9,
  11,14,15,17,
  20,22,23,25
  16:2,4,7,10
  17:14,17
  18:19,23
  19:3,5,11,15,
  16,18,20,22,
  23,24 20:1,4,
  6,7,8,13,18,
  19,22,23
  21:1,2,4,8,10
  22:2,5,15,17,
  21 24:1,3,8,
  10,13,16
  25:9,12,18,
  20,22,24
  26:1,3,6,8,
  10,14 30:19,
  22 33:11,13
  34:22,23,24
  35:1,7,14,15,
  17,19 36:2,8,
  10,11,13,16
  37:14,18
  38:14,16
  39:9,11,25
  40:2,7,9,22,
  25 41:1,20,21
  42:13,15,16,
  17 44:12,14
  45:13,14 47:5
  48:10,14,17,

19,20 49:4
  50:13,15
  52:3,7,12,14,
  16,18,19,21
  53:1,2,4,8
  54:7,9,11,14,
  17,18,23
  55:5,8,10,12,
  13,15,16,20,
  24,25 56:1,5,
  12,24,25
  57:3,7,10,14,
  17 58:2,5,24
  59:7,10,11,
  13,14,17
  60:6,8,10,14,
  17,18,25
  61:1,2,3,4,5,
  8,10,14,15,
  17,18,20,21
  62:18 64:4
  65:23 66:11,
  14,16 67:12,
  14 68:7,10,
  24,25 69:10,
  12 70:9,11,
  12,13,14,18
  71:19,21
  73:12,15
  74:5,8,10,15
  75:6,8,12
  76:13,15,17,
  19,20 77:2,3,
  9,11 78:2,6
  80:20,21
  81:15 82:22,
  24 83:10,24
  84:1 85:7,8
  86:5,7,10,13,
  16 87:17,20,
  24 88:2 89:4,
  5,7,8,10,14,
  15,18,21,22,
  23,24 90:1,2,
  4,5,6,8,9,10,
  12,13,16,23,
  25 91:1,2,3,
  4,6,15,20,22,
  23,24,25

92:3,5,8,11,
  12,15,18,23
  93:7,8,9,10,
  14,20,24
  94:1,3,4,14,
  16,21,23
  95:1,2,3,5,
  17,20,24,25
  96:1,20,24,25
  97:3,4,7,9,
  11,12,13,14,
  16,22 98:1,
  11,12,23,24
  99:5,10,11,
  14,15,20,25
  100:1,4,9,12,
  15 101:8,12,
  15,16,17,21,
  22,25 102:1,
  5,6,9,10,14,
  15,17,19,21,
  23 103:1,2,3,
  4,8,9,16,20
**much**  17:19
**multiple**  61:5
**must**  9:24
  10:1
**my**  7:8,12
  13:18 16:11
  20:14 24:24
  28:10,12,20
  36:14 46:20
  48:25 55:21
  57:6 58:8,13,
  20 69:24 71:7
  73:23 79:4
  80:24 82:2
  83:1 85:11
  86:17 87:12,
  15 89:15 92:9
  93:21 94:13
  95:9 96:5
  97:12 99:11
  100:9,20
  102:7,8 103:6
**myself**  48:12

## N

**nail** 49:12
75:9
**nails** 77:12
**name** 4:21
5:21,24 7:2,
12 9:16 14:20
23:9 28:24
29:3,9,12,15
32:13,14,21,
25 37:24
78:25 80:4
83:19 84:5
**named** 14:5
84:2
**names** 29:17
30:6,10 47:1
52:5 53:15,18
75:17 76:6
77:6,14,18,24
80:6,15 81:12
83:23 84:17
96:6
**narrow** 6:3
94:18
**narrowing**
69:14
**nature** 58:23
94:11 95:4
**necessary**
101:12
**need** 6:7
37:12 38:25
87:23 92:13,
16 94:19
102:6 103:15
**nervous** 88:11
**network** 71:14
**never** 8:9
24:14 35:20
36:2 37:17
47:13 51:6
57:8 65:25
73:13 84:10,
22,24 85:11

**new** 4:5 6:19
72:14 79:19
**news** 51:15
52:6,11,25
**next** 43:23
47:10
**nexus** 90:20
93:17
**no** 7:11 9:5,
11 10:15,18
12:14 13:16
15:14,17,18
16:2 17:4
18:6,8 19:9
21:3 22:12,
16,19 25:1
30:13 32:16,
18,24 34:5,8
35:18,22
36:1,4,10,13,
18,25 37:20
39:10,18
40:12 43:14
46:12 47:3,8,
13,16,18,20,
22 48:1,19,21
49:16 50:24
52:16 62:14
64:15 65:12
67:22 69:11,
25 70:3 75:7,
20,24 76:3,5,
10 77:16,21
78:4 79:7,18
82:21,23
83:1,13,14,22
84:4,11,12,
19,21 87:5,7,
8,10,11,12
90:2,4,12,13
91:22,24
92:11 94:14
95:11 96:23
97:2,10,11
98:7,10,16,
19,22 99:4
100:20,25
101:12,13

**nod** 39:14
**non-silly-**
**sounding** 31:2
**Nope** 47:24
77:23 83:9
**nor** 24:15
55:17
**not** 8:4,6,20,
25 11:9,18
13:22 14:3
15:11 16:7,
19,25 17:19
19:20,24
20:2,5,7 22:7
24:21 29:12
30:23 31:6
32:17 35:4
41:9 44:16
49:12 50:19
51:4,7 53:7
55:13,17
58:21 60:7
61:8 64:19
65:20 66:17
70:16,21,22
72:6 77:8,10,
22 80:24
83:20 87:12
88:9,10,11
89:2,23,25
90:2 91:1,6,
10 92:2,3,20
93:15,16 94:9
98:17 101:3,
9,12 103:25
**Notary** 4:7
**note** 20:19
**Noted** 6:11
**notes** 99:11
**nothing** 4:13
82:7 88:25
101:16
**notice** 4:2
**noting** 11:13
**Notwithstandin**
**g** 83:19
**November** 4:3
39:23 43:7

44:4,8 102:25
**now** 18:7 23:2
30:10 31:19
32:12 37:7
39:22,23 42:2
43:6 46:10,13
50:16 51:20
62:24 64:1
65:13 72:24
80:3 81:14
83:4
**number** 9:9,17
20:12 22:17
23:3 26:19
40:25 43:24
44:25 46:14
48:9 87:16
**numbers** 41:3

## O

**O'LAKES** 5:3
72:12
**oath** 54:20
**obfuscate**
94:10
**object** 8:11
11:6 48:24
90:6 94:23
97:16
**objection**
7:20 8:16
10:22 13:21
14:2 15:24
17:14 19:3
25:9 34:22
40:7 41:20
45:13 50:13
52:12 56:25
57:7 58:2
60:6 66:14
70:9 71:19
74:5,10 75:6
76:13 77:2,9
80:20 85:7
86:5 89:21
**objections**
6:2,11 8:5

11:14 20:20
22:4 91:8,9
**objects** 10:1
**obtained** 7:16
Obtaining
75:21
**Occasionally**
60:2 65:17
**of** 4:1,7 5:14
6:4,7,17,24
7:13,14,16,23
8:5,12 9:14
10:2,7,20,21
11:25 12:1,9,
17 13:2,5,8,
11,19,25
14:8,16,19,
21,25 15:1,
15,18 16:16,
20,22,23,25
17:3,7,8,10,
11,12,13,18,
19,21,22
18:1,2,4,5,
12,23 20:12,
20,23,24 21:5
22:3,11,22,
23,25 23:2,6,
17 24:14,21
26:17,20
27:5,20 29:9,
17,25 30:15
31:2,7,19
32:7,22 33:9,
17 34:1,4,10
35:5 36:5
37:13,20
38:5,6,11,13
39:4,5,7,23
40:4,5,11
41:3,11,23,24
42:3 43:3,7,
24 44:4,6,8
45:2,11
46:14,21,24,
25 47:10,13
48:4,5,6,8
49:19,20
50:1,4,6,10,

19,23 51:1,5,
6,12,17,23
52:1,9,17
53:10,15,17,
23 54:25
55:1,2 56:3,4
57:16,19
58:7,12,13,
14,17,18,19,
23 59:2,6,15
61:5 62:8,21
63:12,14
64:3,13,18
65:5,7,20
66:1,12,24
67:9 68:11
69:6,19 70:5
71:4,8,9,12,
16,18 72:1,4,
19,25 73:7
74:1,11,17,18
75:11,13,14,
15,17,25
76:1,7,9
77:10 79:4,12
80:6,15 81:10
82:12,18,19,
20 83:23 85:1
88:4,20,21,25
89:6,19,23
90:17 91:15
92:12 93:23
94:11 95:4,14
96:4,6,7,16
97:18,24
99:1,24 100:7
101:2 102:4,
14,22 103:24
**off** 12:9
20:24 41:10
42:3 47:4
52:17 74:14
86:10 88:1
93:7,11 99:6,
13,15 102:11
**offer** 98:25
**office** 79:4,
5,22

**officer** 68:2,
19 70:25
73:22
**officer's**
69:16
**offices**
79:13,17
**often** 30:18
59:18 60:18
**oh** 9:7 22:6
24:23 39:15,
18 40:22
48:22 69:15
79:21 85:23
87:13,19
**okay** 7:12
9:3,14,19
10:5,19
11:12,13,16,
17,23 12:2,6
13:24 15:8
16:7,14,21
17:19,20,23
18:7 19:20
20:1,5,19
23:2,6,9,13
25:13 26:15,
24,25 27:8,
11,14,18,19
28:6,11,15
29:2,14,17,
22,24 30:23,
24 31:1,3,4,
7,9,13,16
32:12 33:14,
21 34:9,23
35:1,11 36:20
37:1,7,19,22
38:17,19,22,
23,24 39:1,2,
4,13,16,20
40:3 41:4,6,
25 42:18
43:6,16 45:4,
17 46:13,18,
21,24 47:6
48:15 49:2,5,
6,9,13,21
50:16 51:3,17

52:18 53:20
54:2,14,18,20
55:5,6,8,9,
12,15,19
56:8,11
57:18,22
58:17,19,24
59:3,18 60:3
61:15,22
62:8,17 63:1
64:3,8,9,11,
13,17 65:21
66:4,6,21
67:23 68:3,
14,16 69:4,18
70:19 71:15,
22 73:18
74:16,19
78:21,24
79:3,5,8,10,
13,25 80:17
81:8,9,18,22
82:4,6,25
83:2,14,24
84:7,10,14
85:13,24
86:17,24
87:19 88:7,
10,15,19
89:14,23
91:1,6,13
92:23 93:5,
14,20 94:2,7,
9,22 95:2,6,
14,23 96:15
97:5,10,14,16
98:17 99:5,
13,20 100:1,
5,6,11,24
101:8,13,17
102:9,10
103:21
**old** 79:4,5
**Olympic** 78:25
79:10
**on** 4:2 6:11
7:6,23 8:21
9:17 12:17
13:9,13,20,25

14:22 15:6,24
16:16,23
17:1,16 18:19
19:2 20:23,24
21:4 22:2
23:2,24 24:4,
20 25:2 28:3,
7,8,19,20
33:1,6,9
34:4,20
35:13,16
36:24 37:2,3,
8,25 38:21
39:7,21 42:4,
7,11 43:13,15
44:25 45:2,
24,25 46:15
48:8,25 49:22
50:2 51:10,23
52:2 53:11
54:16,18 56:2
59:1 67:15
69:9,19 73:1,
8,9,10,22,25
74:3,13 75:1,
2,3,4,18,21,
25 77:15,19,
25 83:6,12,19
86:17 90:3,21
92:6,9 93:14,
21 94:16,17
97:6,8 99:20
100:3 101:4,
22 102:10
**Once** 59:25
**one** 10:9
16:15,22
18:4,12 19:1
22:23 24:21
28:23 30:8
31:15 32:7
41:9,11,23,24
42:19 44:25
45:11 48:25
54:25 55:2
58:12,13,14
64:18 79:4,12
84:15 86:10
90:15 93:7

96:4 97:17
**one's** 59:22
**ones** 73:1
**online** 88:18
**only** 90:14
92:20 103:6
**onto** 34:16
40:17
**opposed** 93:19
**or** 4:11 5:16
6:18 7:6,7,8
9:23,25 10:2
11:16 12:25
13:6,11,12,
19,24 14:18,
21 15:13
16:11,14,15,
18,19,21,23
17:8,10,12,13
18:4 21:23
22:15 23:17
24:23 27:11
28:8,18 29:6,
12 33:8
34:14,15
35:4,5 38:10
45:6,10,24
47:7 50:10,
17,22 51:1,8
52:1,24 53:1,
7 54:4 57:12
58:15 59:25
60:18,19
62:16,19
63:13 64:2,17
65:7,19 68:21
69:19,20
71:11,14
73:21,24 74:1
76:1 77:1,7,
18,24 78:18
82:12 83:21
84:15,17,22
85:25 87:12
88:14 90:20
91:16 92:20
93:4 94:10,
11,18 97:17
99:1 100:6,

10,14,15,18
101:3
**oral** 100:6
**orally** 100:10
**order** 44:24
**ordered** 103:9
**ordering**
102:3,5
**organization**
80:5
**Oscar** 47:21
**other** 12:24
13:11 17:10
19:11 20:12
23:18 24:20
37:4 40:10
42:19 52:24
55:11,17,20
60:16,19
63:21 68:5,6
73:9 75:3
76:21,23 99:1
101:8
**out** 17:8
19:25 26:19
27:6 29:25
31:1,8 32:25
33:6 37:10
42:19 45:24
49:17 59:1,
20,21 64:12
66:3,11 70:23
74:6 86:22
94:1 99:8
**outside** 14:16
17:18,21,22
18:1 36:5
48:4,5 100:25
**outsourced**
65:9 67:2
**over** 14:10
25:7 103:12
**oversaw** 71:23
**own** 5:16
28:19,20
29:25 32:14
73:23

**owned** 63:18
74:12,13,22
**owner** 80:6,
14,15 81:10

———

**P**

**packet** 22:22
**page** 22:23,24
23:24 33:2
40:21 41:2,3,
4,7 42:18
43:24 44:6
45:24,25
46:14,16 48:8
52:8
**paid** 18:22
29:24 32:4
53:16 77:22
100:18
**paper** 17:7
69:14,21
**paperless**
69:17
**paragraph**
9:20 42:23
**paragraphs**
42:21
**part** 7:16
37:10 71:16
89:23 93:23
**parte** 90:22
**particularly**
20:8 26:18
**parties**
103:25
**party** 36:6,12
**passed** 72:22
**path** 64:10
94:8
**pay** 20:15
21:23 30:16
37:22 53:25
99:1 100:17
101:4
**paying** 18:25
19:7,12 82:9

100:20
**payment** 54:4
**payments**
53:21 54:3,4
**pending**
102:12
**people** 37:11,
16
**perfectly**
49:3
**permit** 10:1
**person** 35:13
36:17,20,23
41:19
**personal**
28:7,13,19
29:25 32:4
74:3 75:3,4
**personally**
29:22 32:2
39:7 45:20
47:2,7 50:7
66:10 80:14
96:20
**phone** 18:20
**photograph**
41:8,18,25
42:4,10,22
43:3 52:9,17,
22 53:1,11
**photographs**
35:12 36:3,23
40:5 46:15,
16,21
**photos** 36:7
**phrase** 44:20
45:5 51:4
**phrased** 53:23
**physical** 7:7
79:16
**pick** 28:22
**pictures** 38:9
53:6
**piece** 17:7
**place** 79:23
86:18,25
89:17 93:1

95:10
**places** 51:15
**Plaintiff** 4:2
**plaintiff's**
9:9,11 22:19
78:4
**plans** 6:18
**play** 31:6
**please** 4:9,22
9:10 16:13
20:22
**plug** 43:15
44:23
**point** 28:16
30:15 32:8
33:8 42:19
50:3 62:1,17
63:24 103:6
**poorly-phrased**
83:16
**port** 4:5
72:14
**portion** 97:24
**posed** 91:5
**possession**
10:16
**post** 33:1
34:16 35:13
36:24 41:25
43:12,20
44:21 51:9
**posted** 34:14
37:3 38:21
40:17 42:11
52:2,9 55:1
96:6
**poster** 43:14
**posting** 10:7,
20 12:16
13:3,7 33:8,
18 34:3,15
38:10 39:7,21
40:3,13 51:6
73:7 75:25
**potential**
15:5 58:16

**potentially**
36:12
**preparation**
102:17
**prepare** 80:22
**prepared**
101:20 102:15
**presence**
14:16
**present** 85:24
88:14
**presented**
9:14
**preserve** 8:12
**press** 44:23
101:9
**pretty** 74:7
87:24 92:6
**prevent** 7:8
70:6
**previously**
6:13
**price** 4:1,16,
23,24 6:14
20:4,6 21:2
29:22 32:19
45:18 66:10
80:14 91:15
94:21 96:1
99:25 100:4,
14 101:15,25
102:1
**Price's** 28:7,
13
**prior** 51:6
66:14
**priority** 45:6
**private** 5:19
**privilege**
15:4,6,21,24
19:16,19
20:3,25 61:2,
4,6
**privileged**
14:13,25
15:19 19:15
21:5 22:3

**privileges**
61:16
**probably**
13:10 32:7
34:10 43:5
69:17 84:14
**probe** 94:19
**problem** 50:6
**procedure**
92:12
**proceed** 5:25
**proceeding**
20:16 89:6,9,
24 90:21
102:12,21,24
**proceedings**
55:21 103:22
**process** 7:16
29:6 45:2
**Production**
9:21
**programming**
71:3
**promoter**
43:20 44:21
**properly** 8:12
**protest** 85:1
**provide** 36:6,
23 73:21
**provided** 36:2
**provision**
70:2
**pry** 72:7
**public** 4:7
26:16 34:18
49:15 62:13
**published**
51:14
**publishing**
58:4 88:24
**pulled** 31:20
**purchase**
29:13,14
30:10
**purchased**
29:18,20

purely  35:9
  37:4
purports
  80:18
purpose  11:16
purposes  7:14
  26:17 27:5
pursuant  4:1
put  7:9 37:8,
  10 43:13
  53:11 57:13
  62:7 76:8
  77:6 97:8
  102:8
putting  34:3
  35:24,25
  74:25 77:15,
  19,25 82:12
  84:17

Q

Q1  26:12 32:7
  53:16
quarter  27:20
  31:19 33:17
  39:5 49:10,24
  50:4 54:4,5
question  8:2
  11:10,11,19
  13:4,18 15:12
  16:1,3,4,11
  17:3,6 20:14
  21:9 35:3
  36:15 44:16
  47:12 51:4,21
  53:18,23
  55:7,16 58:20
  59:2,14 66:8
  70:15 71:4,7
  73:16,17 76:4
  83:16 86:17
  89:10,22
  90:19 91:4
  92:14 94:23
  95:9 97:23
  98:2,3 100:4,
  9

question's
  87:12
questioning
  56:3
questions  6:6
  7:8,9 11:6
  20:20 31:1,2
  38:18 39:19
  46:25 47:10
  48:25 49:20
  54:25 55:4,21
  58:13 59:6
  72:25 74:18
  75:11,16
  84:15 88:12
  89:15 91:2,7,
  8,11,15 92:10
  93:3,4,17,18
  94:5,13 96:5
  101:8,11,14,
  15
quickly  29:5
  87:25 92:6
  103:11
quiet  90:5
quite  96:5
quote  38:5
  42:25 44:21,
  22 92:9
quote/unquote
  27:11
quotes  38:4

R

R-O-D-R-I-C
  14:20
raise  4:10
rambling
  39:19
reached  100:2
read  8:17
  12:9,13 85:2
  87:15 88:17
  97:22,24
  101:21 102:7,
  8 103:10

reading
  101:18 103:24
ready  54:14
realize  6:7
really  50:17
  56:6 91:23
reason  37:9
  43:17 58:13,
  19
recall  5:24
  7:18,24 13:22
  14:3 31:14
  48:21 49:8
  53:18,20 70:1
  83:20 85:20
  86:2,24 87:1
  95:13 96:4,18
  97:8,15
receive  35:11
  77:13,17
received
  13:24 60:24
receiving
  22:13
recess  54:12
  86:14 93:12
  99:18
recognize
  79:1
recollection
  16:5 27:21
  43:4
record  6:11
  34:25 37:1,2
  47:4 54:18
  72:8 86:10
  88:1 93:11
  97:24 99:6,
  13,16,20,22
  102:11
record's
  21:21 47:15
records  12:6,
  8,9 17:4 54:2
recounted
  85:17
refer  26:22
  27:2,11 38:10

48:7 51:22
  55:7,24
reference
  11:15 18:12
  42:23
referenced
  17:24
referred  23:7
  45:5
referring
  13:19 27:3,13
  48:16 55:8
  63:16 85:6
  87:18
refers  42:24
refresh  43:4
  83:8
regarding
  13:25 14:8,21
  16:15 19:12
  32:10
register
  12:20 28:24
  29:2,8,9 31:9
  81:24
registered
  31:13 32:13,
  21 33:16
  37:24 49:24
  76:6 77:5
registering
  75:17 77:14,
  18 82:7 84:17
registrar
  29:11 30:3,5,
  11 78:10,11,
  16,22
registration
  29:25 30:14
  31:14 53:15,
  17 83:21
registrations
  31:21,25
  33:18
related  6:6
  12:16 13:1,2,
  7 19:14 20:17
  21:24 65:10

77:19 89:3
91:15 100:18
101:2
**relating**
86:21
**relation**
33:17
**relationship**
56:23 57:5,12
58:8,17,18,24
62:2,18 63:12
64:5,12 65:22
66:22 67:17
95:4
**relayed**  87:8
**relevance**
59:3
**relevant**
55:20 59:3
60:15 91:18
**remember**
16:11 62:12
91:25 92:20
**remind**  54:19
**remuneration**
99:1
**renew**  6:1
30:14 31:24
**renewal**  37:22
53:15,17 54:6
**renewed**  31:22
32:10
**rent**  5:16,17
**Repeat**  16:13
**Replacing**
38:8
**report**  68:3
**reported**  4:6
68:17
**reporter**  4:9
11:14 20:21
22:18 38:4
44:13 83:25
86:12 90:14,
24 97:25
101:10,24
102:3,7

103:14,18
**repost**  46:5
**reposted**  52:6
**reposting**
45:1
**representative
s**  9:23
**Republished**
43:19 44:21
**reputable**
51:14 52:24
**request**
10:14,17 17:9
**requested**
17:3 76:1
**requests**  65:3
**require**  8:11
71:9
**required**  7:22
8:15
**reserve**  29:9
**reset**  103:5
**reside**  5:2
**residing**  4:24
**respond**  96:10
**responding**
90:2
**response**  25:1
32:16,18,24
39:10 44:12
54:25 96:4
**responsive**
10:14,17
**restriction**
70:6
**resumed**  54:13
86:15 93:13
99:19
**retained**  7:14
**return**  6:18
**retyping**  46:2
**reup**  30:15
**Richey**  4:5
72:14
**right**  4:10,21
7:6 14:16
16:7 18:15

23:10,16,21
25:3 27:3,10
28:25 29:3,5
30:3 31:18
32:15,19,23
33:1,4 34:2,
14,21 35:10
36:9,12 37:24
38:3 39:8,12,
24 40:21 41:2
43:10 44:15
46:9,13,15,19
52:15 54:24
56:2,16,18
61:22 62:17,
19 63:8,11
65:10 67:3,5,
8,15,23 70:25
71:15 72:10,
21 74:16
78:24 79:16
80:13,15,16,
18 81:2,12,14
82:7,11,13,14
84:25 88:23
90:1 92:23
93:25 96:22
97:19,22 99:5
103:3
**Robins**  7:13
**Rodric**  14:5,
20 15:12
16:15 18:24
19:4,7,12
20:15 22:15
35:20 36:5,
18,21 48:13
51:19 55:3,8,
10,25 56:24
57:5,12,23
59:11 60:3
61:11,24
62:3,9,19
63:13 65:19
68:4,16,17
75:19 76:2,8,
16,21,23
77:13 85:13,
21,25 86:9,20

87:8 88:4,20
89:11,13
91:16,17
92:25 95:7,
15,25 96:3,
16,20 98:5,8,
13,17,20,25
100:14 101:3
**role**  64:25
68:21 71:6,17
87:15
**roughly**  6:23
68:12
**rules**  8:5,11
92:12
**run**  37:21
**Ryan**  16:22
34:6 36:21
64:18,20
65:10,13
81:15,22
83:11,20

**S**

**S-I-N-G-H**
84:3
**said**  4:6 8:18
22:7 24:21
35:23 36:18
39:5 42:2
49:23 57:8
59:4 76:14
81:18 83:3,14
92:20 96:7
100:22
**same**  8:16
13:21 14:2
40:22 41:7
43:25 44:7
47:10,12
56:14 57:7
61:24 74:10
76:4
**sampling**  10:2
**Santa**  79:9
81:18

saw 51:11
  52:6
say 14:15
  17:9 26:22
  38:5 42:6
  49:3 50:12
  51:2 55:10
  56:4 57:5
  63:15 65:6
  92:22 94:17
  95:6
says 8:18
  9:21,23 22:23
  41:15 43:19
  80:16
school 56:6,
  7,14 61:25
scope 6:3
  14:24
search 23:18
  37:11
second 36:22
  42:23 86:11
  93:7
secret 77:7
secrete 77:1
secrets 64:15
  70:21
see 9:16,18,
  19,21 10:3,10
  23:4,10 37:11
  38:4 41:10,
  13,16 43:1,7,
  8,19,20,24
  44:2,4,7,10
  46:16 75:18
  79:24 81:16
seeing 83:6
seeking 48:5
seen 23:21
  78:14
self-published
  51:13
send 103:16
Senior 65:1
sensitive
  103:6

sent 13:19
  74:17
sentence
  90:8,10,11,12
separate
  71:10
separately
  29:18
series 20:20
  46:24 49:20
  59:5
Seriously
  31:6 92:2
served 7:17
  9:4 61:12
  85:12,14,18,
  22 86:3,21
  87:1
servers
  74:12,13,21
services 71:9
set 17:8
  32:12 37:7
  45:24 49:23
  50:11 96:6
  102:24
seven 87:16
shall 12:13
  16:11
she 39:14
  101:23
short 54:19
shortly 62:11
should 6:3,8
  48:25 58:8
  74:16 85:2
  87:24 99:16
show 78:2
showing 81:10
shown 22:22
  48:8 83:19
shows 23:9
  78:24 80:3,4
shut 92:6
sic 17:19
  24:11 30:15
  95:24

sign 101:21
  102:7 103:10
signing
  103:24
silences
  87:20
since 17:4
  22:11 55:11
  60:9 72:22
Singh 36:21
  84:2
sir 4:9 9:17
  12:10 46:11
  90:24
sit 70:4
site 25:8
  31:20 34:17
  74:1
sites 34:4,
  10,16 49:23
  55:1 71:15
sits 32:25
slightly 16:1
slip 55:16
smiling 35:1
so 4:13 7:12,
  16 8:14
  11:18,24 12:6
  13:9,18 14:10
  15:23 16:11
  18:6 20:14
  21:21 23:13,
  16 24:20 25:2
  26:22 27:2,5,
  19 28:15
  29:8,14,17
  30:14 31:1,9,
  13,18,20
  32:11,13,14
  33:4,23 34:25
  35:3,8,20
  37:1,10,17,22
  38:3,10,21
  39:4,21,22
  40:13 42:8,9
  43:22 44:15,
  19,23,24,25
  45:1,17 47:1,

7 48:13,23
  49:9,14 50:8,
  9 51:2,14
  52:8,22 53:9,
  23 54:1,2,24
  55:4,7,24
  56:2,4,8,11
  58:12,17,19,
  25 59:4
  61:18,22
  63:11 64:8,
  15,17 65:5,21
  66:6,21 67:5,
  20,23 68:16
  69:3,4,5,13,
  18 71:7,13
  73:1,3,13,18,
  24 74:12,16,
  25 75:9
  76:24,25
  77:12,22
  78:13,24
  79:5,10,20
  81:1,3,24
  83:14 86:6
  87:6 88:11,
  17,22 89:8,
  15,25 90:2
  91:13 94:7,
  20,24 95:6,9
  96:15 97:10
  98:2,4 99:7,
  22 100:2,3,6,
  9 101:1,13,22
  102:16 103:6,
  10
socialize
  57:23 59:18,
  19
socialized
  59:5
socially 58:9
SOHN 5:9,20,
  22,25 7:20,25
  8:3,9,16,22,
  25 10:22 11:1
  12:11,19
  13:15,21
  14:2,12,14,23

15:5,9,14,17,
22,25 16:4
17:14 19:3,
15,18,22,24
20:7,18,23
21:4 22:2
24:1,8,13
25:9,18,22
26:1,6,10
30:19 33:11
34:22,24
35:14,17
36:8,11 37:14
38:14 39:9,25
40:7,22 41:20
42:13,16
45:13 48:10,
17,19 50:13
52:3,12,14,18
53:1,4 54:7,
11 55:10,13
56:25 57:7,14
58:2 59:7,11,
14 60:6,14
61:1,3,5,14,
17,20 66:14
67:12 68:7,24
69:10 70:9,
12,14 71:19
73:12 74:5,10
75:6 76:13,17
77:2,9 80:20
82:22 85:7
86:5,10 87:20
89:4 90:4,6,
9,12,16,25
91:4,20,23,25
92:5 93:7,9,
14,24 94:3,
14,23 95:2,17
96:24 97:3,7,
11,13 98:11,
23 99:10,14
101:16,21
102:5,9,17,21
103:1,3,8
**sole** 89:2
**solely** 40:17

**some** 18:7
23:3,16,18
28:16 30:15
33:8 37:16
38:17 50:10
55:2,4 62:1,
17 63:14
66:1,12 89:5
94:25 99:1
100:2
**somebody** 45:9
**somebody's**
41:10
**someone** 29:8
38:6 74:17
**someone's**
41:11
**something**
17:22 31:11
33:1,2 45:6
94:18 96:21
**sometime**
27:19 31:19
33:16,23 39:6
67:23
**sometimes**
87:20
**Somewhat**
71:20
**sorry** 5:22
20:23 21:7
24:23 88:22
89:7 95:21
**sort** 89:5
**Sound** 54:10
**source** 52:25
**speaking** 8:5
**specificity**
8:12
**speculation**
11:1 68:7
**speculative**
12:19 95:17
**sporting**
59:21
**spouse's** 7:2

**spring** 33:23
76:7
**spring/early**
39:6
**spring/summer**
50:1
**stalking**
48:11
**stands** 37:1,2
**start** 13:4
33:18 39:21
54:14 56:2
**started** 33:8
34:3 39:7
50:2 62:5
64:13 65:23
67:17 86:3
**starting**
97:17
**state** 4:7,21
6:2 21:4
**stated** 59:8
**statement**
11:5
**States** 62:12
**status** 102:17
**stay** 44:25
65:16 93:21
**stayed** 60:10
**steer** 8:7
**step** 99:8
**steps** 29:7
**Steven** 16:19
18:18 48:18
54:16 88:23
102:5
**still** 39:17
54:20 63:8,9
65:14,18 69:7
90:23,25
101:10 102:10
**stop** 21:12
48:3,23 99:6
**stored** 9:25
12:15,25
17:16

**stories** 51:12
**strategy** 71:2
**streaming**
71:2,12 74:1
**streamlining**
26:17
**Studios** 21:6,
12,13,19,22,
23 22:15
28:2,17,18
62:19,22
63:13,16 64:7
65:19 66:10,
12 67:3,18,
20,24 68:5,22
69:2 70:7,8
71:1,5,8,17
72:1,2,9
73:9,20 74:3,
22 75:1,2,4,
14,23 76:4,
11,22 77:18
79:6,23 81:19
100:1,14,15
101:4
**Studios'**
73:10
**stuff** 31:7
35:24 39:21
46:2,11 64:13
73:25 74:1
77:25
**sub-company**
71:11
**subpoena** 6:2
7:17,22 9:3,
15,17 12:10,
18 13:13
14:1,22
16:16,23
17:4,5 19:2
22:1 26:19
40:23 60:24
61:12
**subpoenas**
13:20
**such** 15:2
20:14 30:11

sued  14:9
 18:7 32:9
 85:10
sufficient
 6:9
Suite  4:5
sum  66:24
summer  33:24
 39:6 50:4
 76:7
Support  4:4
 41:16 42:6,12
 52:10,20,22
 53:10
suppose  76:17
sure  16:19
 17:1 21:8
 22:24 33:25
 38:15 45:7,9
 47:14 50:17
 60:7 62:13
 64:14 66:6
 67:13 70:17,
 22 73:20 79:2
 80:17 81:6
 83:3,18 86:13
 88:6 93:8
 94:3 99:10,14
swapping  38:9
swear  4:11
sworn  4:17
Sydney  51:15
 52:23 102:13
system  65:4
systems
 63:14,15
 66:2,12

---

T

---

T-A-R-E-K
 42:25
tagged  48:25
take  11:14
 18:8 39:14
 54:9 72:19
 90:15 91:12

92:5 99:15
taken  4:1
taking  7:15
 93:23
talk  33:4
 34:9 60:16,18
 63:25 64:23
 93:10 99:9
talked  16:18
 72:6 84:22
 85:4
talking  15:2
 41:9,11 53:14
 59:11 62:6
 98:15 102:20
 103:4
Tarek  42:24
teasing  35:2
tech  38:7
techie  17:19
 30:23
technical
 82:1,3,17
 83:12
technology
 28:1,9,11
 63:3,11,18
 64:6,20,24
 65:8,21 66:8,
 24 68:2,19
 69:16 70:25
 73:19,22
 74:17 79:7,
 11,14
tell  5:8,12
 11:20 29:12
 54:20 57:25
 58:11 76:11,
 22 83:10
 84:13 87:4
 91:19 94:8
 95:9 98:17
telling  55:13
 83:21
tells  93:22
ten  44:20
Teresa  4:6

term  33:7
 34:12 38:3,23
 52:24 53:10
 100:16
terms  6:4
testified
 4:18 52:14,16
 53:16 75:10
 99:2
testify  9:15
 97:18
testifying
 7:9 70:7
testimony
 4:11 66:15
 76:14 92:1
testing  10:1
text  16:14,
 18,21 17:9
 60:19
texts  13:11,
 19,24 14:18
 15:13 16:20
than  12:24
 24:20 40:10
 53:23 68:6
 76:23 90:16
Thank  46:9
that  4:25
 6:3,8 7:4,7,
 9,16,18,22,24
 8:9,11,17
 9:3,4,20,21,
 23 10:3,10,21
 11:7,10,20,
 24,25 12:9
 13:2,4,7,22
 14:3,14,24
 15:4,18 16:2,
 20,25 17:2,
 21,22 18:1,3,
 8,9,12,17,19,
 23 19:1,6,13,
 23 20:10,11,
 16,18,19,20
 21:8,20,21,24
 22:2,4,8,14
 23:3,4,11,14,

16 24:24
 26:16 27:15
 28:3,24 29:2,
 5,9,10 30:8,
 16,18 31:8,
 11,18,21 32:6
 33:2,4,10,14,
 17 34:6,13,23
 35:3,6,8,9
 37:3,9,12,24,
 25 38:4,7,12,
 25 40:16,22
 41:4,8,13,15,
 16,18,25
 43:1,3,4,8,
 10,16,17,19,
 20,22,25
 44:10,19,22,
 25 45:2,4,5,
 10,11,15
 46:4,9,15,19
 48:8,12,15,16
 49:17,22,23
 50:3,11
 51:12,17,23
 52:2,9,10,14,
 16,19,23
 53:10,11,16,
 18,23 54:3,5,
 21 55:1,2
 56:3,16 57:8
 58:14,22
 59:8,24 60:1,
 12 61:1,4
 62:5 63:8
 64:10,13,19
 65:20,21
 66:5,7,9,13,
 19 67:11,15
 69:6,19 70:1,
 6,16,23 71:4,
 5,9,16,18
 73:1,8,22,25
 74:1,2,6,12,
 13,21,22,23
 75:14,15,18,
 21,22,23
 76:1,2,12,16,
 23,25 77:5,8,

10  78:14,17,
18  79:1,3,5,
18,19,24
80:1,2,5,6,17
81:16  82:16,
18  83:3,15,
19,24  84:20
85:3,4,6,18,
19,24  86:2,3,
8,18,22,24
87:3,11
88:13,14,20,
25  89:3,12
90:22,23,24,
25  91:8,11,16
92:1,7,13,20,
24  93:3,17,20
94:4,6,11,18
95:3,15  96:1,
3,7,11,13,15,
16,20  97:6,
22,23  98:2,14
100:7,16,17
101:4,13,25
102:2,21,24
103:5,7,11,12

**that's**  7:4
8:18  9:20
14:11,20
15:1,9,18
19:15,20,24
20:7,25  23:7
24:11  28:10
32:14,20,22
34:14  36:8
38:20  39:16,
22  41:6,9
44:23  46:1,3,
20  51:22  57:1
58:19,25
60:14  64:8,15
65:24  70:10,
15  73:16  79:7
81:2,4,5,9,19
83:2  85:11
87:13  89:2
90:21  92:2,
15,18  93:11,
24  95:1,17

101:6  102:21
103:20,21

**their**  47:1
51:13  63:14,
15  66:1  73:10

**them**  16:18
26:20,23  27:6
32:10  47:13
48:7,12  50:17
51:15  52:6
75:13  78:8
79:4,12  91:25
96:10

**then**  10:5,9
16:6  21:9
24:17  29:17
32:25  37:8
38:12  42:9,
10,24  43:23
50:1  53:15
64:5,6  71:4,6
73:19  74:9,19
75:12  76:7
79:22  91:12
101:8  102:7
103:11

**there**  5:4,6
6:8,17  9:17
10:11  12:14,
15  19:6,11,19
21:11,21
23:3,7  26:20
32:25  37:10,
12,25  38:21
39:23  41:8,13
44:20  46:14,
18  48:3  49:17
55:11  70:2,21
76:8  78:25
79:1  80:16
88:13  93:5,19
94:20  95:6
100:13
102:12,20,24

**there's**  8:4
9:20  10:5
15:5  16:19
17:15  19:18
20:8  34:12

38:23  41:15
42:19  46:4
48:11

**THEREUPON**
4:15

**these**  10:21
12:6  13:1
14:10  15:15
17:22  19:14
20:17  21:25
24:20  26:19
27:13,19
28:6,15,21
29:17,20
30:6,25  31:9,
14,24  32:10,
13,22  33:9,
16,19  34:4,
15,17  35:16
36:24  37:3
38:11,13  39:8
40:11  46:21,
25  47:10
49:23  50:11
51:9  55:1
77:6,14,15,
18,20  82:20
83:23  85:22
87:2,20  98:14

**they**  10:25
25:7,14  28:7,
8  30:11  42:9
51:11  53:7
65:3  68:5,12
73:20  74:12,
13,16  78:16,
17,22  81:9
89:16  92:25
100:16  101:4
103:4

**they're**  25:11

**thing**  42:19
97:17

**things**  18:1
37:10  55:2
58:12,14
94:2,4  96:21

**think**  14:23,
24  15:9,18,22

19:11  25:11
28:24  30:2
36:14  39:5
42:9  52:14
57:1,14  59:15
60:15  69:14,
16  72:7  73:17
74:6  78:8
79:15  80:13
81:18  83:15
84:3  87:25
88:7  90:16,19
95:3  99:7
100:2

**third**  35:13
36:5,6,11,17,
20  82:2

**this**  6:3  7:23
9:8  10:14,17
16:8  17:5
19:1,2  23:13,
18  27:5  30:11
31:7  34:3,4
35:24  40:23
42:3,10,11
43:12  44:25
46:2,4,7,10
51:4,6,9,21
56:8  57:4
58:3,11,21
60:24  61:13
62:7,8,23,24
63:1  65:5
67:2  72:4,12
75:9  76:12,
23,25  77:4,6
80:3,18,24
83:6,11  84:14
88:23  89:5,9
90:19,20
92:6,17  93:21
96:6  97:21
100:4  102:4,
15  103:9

**those**  17:24
25:6  26:9
46:16  53:17,
20  54:2  64:18
71:9  73:1

80:15 81:10
89:18 92:24
95:10 103:15
**though**  32:17
66:8 83:14
85:2
**thought**  39:17
46:10 58:3
76:15 88:22
97:20
**threatened**
98:20
**three**  10:9
29:6 31:10
64:2,17 79:15
81:25 93:4
**through**  28:22
47:1 56:6
60:19 61:24
63:11 66:1
73:9
**throughout**
11:6
**Thunder**  21:6,
12,13,19,22,
23 22:15
28:2,17
62:19,21
63:13,16 64:7
65:19 66:9,12
67:3,17,20,24
68:5,21 69:2,
22 70:7,8
71:1,5,8,11,
13,17,25
72:1,9 73:8,
9,10,14,20
74:3,12,22
75:1,4,14,23
76:4,11,22
77:18 79:5,23
81:19 100:1,
14,15 101:4
**Thursday**  4:3
**ticket**  65:3
**tie**  71:6
**time**  11:20
16:12 18:7

27:6,23,25
28:19,20 32:9
48:24 50:3
61:23 62:7
64:1,19 65:5
70:22 88:3
90:15,20
100:7 102:14,
21
**times**  59:25
60:5,21
**title**  67:25
68:1,21
**to**  4:1,12
6:1,5,6,18,
19,21 7:9,22
8:6,7,12,15
9:1,6,9,15,
16,24 10:14,
17 11:4,5,6,
10,14,18,20,
25 12:6,9,16
13:1,2,7,18,
19 14:15
15:3,11 16:9
17:1,2,18,22
18:1,12
19:14,15,24
20:1,2,3,5,9,
11,15,17,23
21:5,17,20,
23,24 22:24
23:7,18 24:15
25:6,7 26:23
27:2,3,5,10,
11,12,13
28:9,23 29:2,
6,8,11,13,14
30:14 31:1,6
33:5,6,7,17,
18 34:12,13,
15,16,20
35:3,4,5,13
36:24 37:9,
11,13,24,25
38:5,6,10,11,
12,17,25
39:18,24
40:14 41:6

42:18,19,23,
24 43:16,22,
23 44:6,15,
16,17,18,19,
20,23,24
45:2,5,7,9,11
46:4,14,24
47:1,14 48:7,
16,23 49:1,3,
12 50:12,17
51:3,6,11,21,
22,25 52:8,24
54:14,20,25
55:7,8,14,20,
21,24 56:14
57:13 58:12,
19,21,22,23
59:20,21,22,
24 60:3,9,16
61:22 62:7,
10,11,24
63:1,16,25
64:6,7,10
65:6,11,25
66:6,7,17,18
67:2,16,20,24
68:3,17
69:13,14,17
70:4,16,23
72:6,9,12,19,
24 73:2,3,4,
19,20,22
74:6,17,21
75:2,13,22
76:2 77:19
78:2 79:25
80:18 81:6
82:7 83:3,15,
18 84:7,20,22
85:3,6,16,21
86:21 87:2,6,
8,18,21,23
88:10,12,25
89:3,5,9,15,
19 90:2,16,
18,20,21
91:9,10,15,19
92:6,8,16,18,
23 93:3,10,

15,16,17,19,
21 94:7,9,12,
18,19,20,23
95:9 96:3,4,
5,10,19,21
97:17 98:5,8,
13,17,25
99:1,5,6,9,
13,16 100:3,
4,15,17,18
101:2,9,18,
20,24,25
102:1,2,8,14,
15 103:1,6,
10,12,16,17,19
**today**  6:3,9
7:8,10,15 9:4
10:13 16:8
19:2 26:18
40:16 48:5
55:22 61:13
70:5 98:15
102:4 103:15,
19
**together**
14:10 16:19
53:3 58:1
59:20
**told**  51:20
84:22 85:21
89:17 91:20
98:21
**tomorrow**
103:17
**tons**  82:18
**Tony**  25:5
42:25 43:3
47:12 52:9
**Tonykazal.com**
25:17 80:9
**too**  87:23
**took**  51:14
86:18,24
89:16 93:1
95:10
**tool**  74:21
**top**  22:23
41:2,9 42:6

topic   93:22
topics   95:14
torso   41:11
total   6:17
touch   65:16
toward   41:9
  43:25 44:7
  50:22
trade   70:21
transcript
  101:20,25
  102:4,15
  103:19
treated   96:1,
  8
trick   30:25
tricky   44:16
tried   90:18
  94:7
trip   42:24
trouble   48:2,
  6 50:5 51:7
troubles   50:9
true   20:7
  34:21
truth   4:12,13
  25:8 35:5
  54:20 98:18,
  21
try   8:7 35:5
  58:23 62:7,24
  93:21 94:20
  96:21 103:10
trying   31:1,6
  39:18 44:16,
  17 45:7,9
  49:12 59:24
  64:10 66:17,
  18 72:6 81:4,
  6 83:3 92:16,
  18 94:9,12
Tuesday   7:23
  8:15,21
turn   22:24
  43:23 44:6
  52:8

TV   71:11,13
twenty   68:13
two   10:9
  17:24 29:6
  44:6 64:2,17
  84:15 97:17
type   7:11
  17:10 23:16,
  17 29:11
  43:12 58:17
  63:12 65:5,7
  70:5 71:18
  87:22 96:16
  99:1
typed   10:5,10
  42:11 52:10,
  19
types   45:10
  71:9
typewritten
  42:21
Typical   31:17
typing   46:10
typo   24:23

---

## U

U.S.   4:4
Uh-huh   7:19
  11:8 17:25
  18:11 23:20
  27:1 29:1
  30:4,9 33:3
  37:23 40:15
  41:5,14,17
  43:2 44:1,3,
  9,11 46:17
  49:25 56:19
  58:10 63:5
  67:7,10,13
  78:20 81:17
  96:9,12
ultimately
  75:12
under   8:5
  54:20 70:5
  71:23

underneath
  42:22
understand
  8:3 15:10
  27:3,12 44:17
  45:17 46:9,18
  54:21 58:13,
  23 59:10,13
  63:2 66:6,7,
  18 71:7 72:16
  73:20 74:19
  80:3,18 81:6,
  9 82:6 83:15
  90:6 93:20
  100:7
understanding
  7:8 17:2
  46:20 70:4
  85:11
understood
  36:14
unfair   55:2
unfairly
  96:1,8 97:6
unfortunately
  34:24
United   28:1,
  9,11 62:12
  63:3,11,18
  64:5,20,24
  65:8,21 66:8,
  24 73:18
  79:7,11,13
unless   11:9,
  18
until   32:25
  65:6 93:5,22
untruthfully
  99:2
unusual   58:25
up   23:18
  31:20 32:12
  35:24,25 37:7
  44:25 45:11
  49:23 50:2,11
  71:23 76:8
  77:6,15,19,25
  82:12 84:18

87:24 91:12
  93:4 94:21
  96:6 99:17
updating   38:8
uploaded   35:8
uploading
  33:9 34:15
upon   7:17 9:4
upper   41:11
URL   23:8,9,13
URL's   28:22
us   18:20
  19:24 48:5
  58:22 86:1
  102:14
  103:13,17
use   30:5 33:5
  34:12,13
  52:24 100:5,9
used   11:15
  21:17
using   74:21
UTG   75:12

---

## V

vague   12:11,
  19 13:15 36:8
  57:1 73:12
  74:5
very   6:3
  51:13 91:18,
  21 94:12
view   57:4

---

## W

waived   103:25
waiving
  101:18
walk   64:10
want   6:1,5
  17:1 30:21
  33:6 47:14
  50:17 87:2
  90:3 92:8
  101:10,18,25

| | | | |
|---|---|---|---|
| **wanted**  11:25 | 18,22 85:4 | 12:17 13:1,8, | 64:18,20 |
| 69:13 89:2 | 86:10 87:24 | 12,13,20,25 | 65:10,13 |
| 96:10 | 88:22 89:2 | 14:8,10,22 | 81:16,22 |
| **wants**  29:8 | 90:6,23,25 | 15:16 16:16, | 83:21 |
| **was**  4:1,6,17 | 92:15 93:7 | 23 17:13,22 | **went**  28:22 |
| 7:17 9:3,11 | 94:14,20,23 | 18:5 19:14 | 56:14 64:7 |
| 14:14 16:2 | 100:2 102:5, | 20:17 21:25 | 67:20 73:19 |
| 18:9 22:6,19 | 11 103:9,11 | 24:20 25:6,7 | **were**  15:3 |
| 28:16 34:13, | **we'd**  76:15 | 26:9,19,23 | 18:7 27:23,25 |
| 18,23 43:10 | **we'll**  21:20 | 27:2,3,11,12 | 28:7,8,16,18 |
| 47:4,6,8 | 35:3 89:23 | 28:6,16 | 29:18,20 |
| 48:15 51:20 | 91:12 92:15 | 32:10,13 | 31:14 39:17 |
| 53:10 54:12 | 93:11 99:16 | 33:9,19 35:16 | 46:10 50:11 |
| 58:3 64:18,25 | 102:6 103:11 | 36:24 37:4,5, | 51:11,12 |
| 65:24 67:5,25 | **we're**  8:6 | 21 38:11 | 53:7,14 54:3, |
| 68:11,21 | 14:9 19:1 | 39:8,24 40:6, | 5 55:2 56:9 |
| 69:14 71:8, | 31:19 32:22 | 11,17 45:11 | 57:22 60:22 |
| 10,11,16 | 39:22 54:14, | 51:9,23 52:2 | 61:23 63:3 |
| 72:16 74:14, | 18 64:6,8,15 | 58:7 72:25 | 65:2 68:16 |
| 21 75:10,13, | 73:3,4 87:21 | 73:6,8 75:13, | 71:1,6,17,18 |
| 18,22 76:1 | 90:16 92:6,16 | 21 76:1 77:15 | 73:1,8,18,25 |
| 78:4,8 79:18, | 93:15 94:21, | 84:18 85:22 | 74:2,3,20,21, |
| 25 81:14 | 24 99:6,7,20 | 86:4 87:2 | 22,25 75:3 |
| 82:20 83:1 | 101:9 102:10 | 98:14,18,21 | 76:1 84:22 |
| 85:17,24,25 | 103:21 | 99:3 100:19 | 85:10 88:13, |
| 86:1,14,22 | **we've**  7:13 | 101:2 | 22 89:16 95:6 |
| 87:1,3,6 88:1 | 16:18 32:21 | **week**  7:23 | 96:20 103:4, |
| 90:24 91:5 | 34:24 51:23 | 59:25 60:20 | 22 |
| 92:22 93:1,12 | 62:23 98:14 | **well**  8:25 | **weren't** |
| 96:1,7 97:6, | 99:23 | 12:15 13:3 | 45:17,20 |
| 24 99:18 | **web**  23:17,24 | 14:9 15:5,20 | **what**  5:4 8:18 |
| 102:24 103:24 | 30:11 71:16 | 18:8 19:11,22 | 12:8 14:14 |
| **way**  11:20 | **website**  13:9 | 20:1,8 21:6,8 | 15:4 19:16,20 |
| 16:8 37:1,2 | 17:16 23:14, | 28:2 33:14 | 23:7 26:22 |
| 51:4 57:4 | 19 24:5,7,12, | 34:24 48:11 | 27:3 30:5 |
| 65:10 66:7 | 15,18 25:3, | 53:6 55:15 | 32:22 33:6 |
| 75:2,22 77:24 | 15,17,21,25 | 57:4,11 58:11 | 35:4 38:6,7 |
| 81:9 | 26:5 28:3,21 | 59:7 61:8,15 | 42:15 44:20, |
| **we**  5:25 6:8 | 29:8 37:7,8, | 62:1,7,24,25 | 22 49:18 |
| 7:16 8:10 | 11,13,20 | 63:25 65:6 | 51:11,25 |
| 27:5 28:22,23 | 38:6,13 39:21 | 69:13 70:9 | 57:25 58:9 |
| 34:10,25 39:5 | 42:11 43:13, | 73:4 74:5,8 | 59:24 61:4 |
| 43:17,23 | 15 44:23 45:2 | 76:15,17 | 62:12 63:24 |
| 49:10 53:14 | 50:2,11 51:13 | 80:17,22 | 64:13,25 |
| 54:9,24 58:9 | 77:20 86:21 | 82:20 85:17 | 65:2,5,7 |
| 59:3 60:16 | 87:9 88:25 | 88:19 91:6,20 | 67:25 68:21 |
| 65:24 72:6 | 93:18 | 97:5,22 | 70:22 71:1,5, |
| 75:9,10,18 | **websites**  6:6 | **Wells**  16:22 | 6,8,16 73:3,4 |
| 77:12 79:15, | 10:8,10,21 | 34:6 36:21 | 76:9 78:8 |

79:3 80:18
81:2,4 83:10
84:13 86:8
87:17 89:8,
16,17 90:20,
24 91:18
92:15 93:1,22
95:14 97:13
101:17
102:20,23

**what's** 7:2
82:1

**whatever**
11:16 34:15
45:10 60:1
92:8 101:19
103:5

**whatsoever**
84:16

**when** 6:21
12:20 17:21
25:6 26:9,22
28:3,6,15,16,
18,21 30:10
31:9,13 32:6,
10,12 33:18
34:3 37:7
42:3,7 45:9
48:15 53:14
56:9 57:22
60:24 61:12,
23 62:9,15
63:2,15 64:4,
7,12,20,24
72:1 73:18
76:6 79:19
81:24 85:18
86:20 89:16
92:25 94:4
95:10 100:5,9

**where** 5:2
13:12 20:15
27:23,25
34:16 37:10
52:10,15 57:5
64:8,15
65:13,24 80:4
85:21 94:8
99:23 100:16

**wherein** 21:22
100:14

**whether** 16:4
20:14 58:15
89:10

**which** 7:17
17:9 58:25
78:23 79:24
82:5 89:4
100:21,22

**while** 73:8
96:5 102:10

**Whitt** 4:20
5:10,11 6:10,
12 7:12,21
8:1,4,13,19,
23 9:2,8,13
10:24 11:2,4,
9,13,18,24
12:3,5,12,23
13:17,23
14:4,17 15:4,
8,11,15,20,23
16:2,7,10
17:17 19:5,
16,20,23
20:1,8,13,19,
22 21:1,8,10
22:5,17,21
24:3,10,16
25:12,20,24
26:3,8,14
30:22 33:13
34:23 35:1,7,
15,19 36:10,
13,16 37:18
38:16 39:11
40:2,9,25
41:1,21
42:15,17
44:12,14
45:14 47:5
48:14,20 49:4
50:15 52:7,
16,19,21
53:2,8 54:9,
14,18,23
55:12,15,20,
24 56:1 57:3,

10,17 58:5
59:10,13,17
60:8,17 61:2,
4,8,10,15,18,
21 66:16
67:14 68:10,
25 69:12
70:11,13,18
71:21 73:15
74:8,15 75:8
76:15,19,20
77:3,11 78:2,
6 80:21 82:24
83:10,24 84:1
85:8 86:7,13,
16 87:17,24
88:2 89:7,10,
15,21,23
90:2,5,8,10,
13 91:1,6,22,
24 92:3,8,12,
18,23 93:8,
10,20 94:1,4,
16 95:1,3,5,
20 96:25
97:4,9,12,14,
16,22 98:1,
12,24 99:5,
11,15,20
100:9,12
101:8,12,17,
22 102:10,19,
23 103:2,4,9,
16,20

**who** 18:22
37:15 41:18
55:3 68:3
72:22 84:7

**who's** 5:18
18:19,25 38:6

**whole** 4:12
8:4

**whom** 30:5
51:18

**Whose** 41:18

**why** 8:20
35:24 51:8
54:9 55:10
59:3 81:22

82:5 93:9
96:5

**will** 4:12
29:12 44:18
58:11 59:5
92:12,13
101:14,23,24
103:18

**with** 7:13
8:7,11 9:4,
14,24 10:13
11:25 13:10
14:7,18
16:15,18,22
17:4 18:20
19:10,12
21:13 23:4
26:13 30:5
32:23 33:2
36:2 44:8
48:6 49:10
50:6,19 51:8
53:7 56:24
57:5,12 58:8,
24 60:19
61:9,11,12
62:2,14,18
63:13 64:5
65:16 68:21
69:1 71:17
73:21 74:17
75:11 81:16
82:7 83:20
84:14 85:14,
18,19,20,22
86:3,4,9,21
88:4,13,15,16
89:1,11,13,19
91:12,17
92:16,19,25
94:12 95:15,
23,24 96:15,
16 98:9,14
100:6 101:3,
13,23,24
102:1

**withdrawing**
15:23

**within**  14:24
  33:20 39:4
  40:22
**witness**  4:14
  5:21,24 6:4
  8:7,17 9:1
  10:23 11:8,
  12,17,23
  12:2,4,20
  13:16,22
  14:3,13 16:5
  17:15 19:4
  20:2 24:2,9,
  14 25:11,19,
  23 26:2,7,11
  30:20 33:12
  35:18 36:14
  37:15 38:15
  39:10 40:1,8
  42:14 48:11,
  18 50:14
  52:5,13 53:5
  54:8,22
  55:19,23
  57:2,8,16
  58:3 60:7,16
  67:13 68:9
  69:11 70:15
  71:20 73:13
  74:11 75:7
  77:10 82:23
  86:6 87:15,
  19,22 88:23
  91:7,10 92:2,
  22 93:15,16,
  22 95:19
  97:15,18,20
  100:8 103:25
**witness's**
  58:16 59:2
  94:5
**wives'**  60:22
  94:24
**word**  30:8
  33:5 34:14
  44:23 97:17
  100:5,10
**words**  42:11
  52:19 57:13

73:9 75:3
**work**  7:12
  21:17 22:13,
  14 28:17
  30:16 59:21
  62:6 64:7
  65:18,25
  67:2,16,17,
  20,24 70:7
  71:18,25
  73:6,19,22
  74:11,12,20
  75:1,12,13
  92:16,19
**work-related**
  73:24,25 74:2
**worked**  64:24
  74:14
**working**  22:8
  28:17 62:2,18
  63:12 64:5
  65:22,24
**would**  4:9 7:7
  8:9 13:13
  15:4 17:9
  18:19 19:16,
  23 20:3,11
  21:23 23:13
  24:24 28:18
  31:18 32:7
  33:14 37:9
  38:12 40:3
  42:19 43:3
  51:17 54:2
  56:8,20,23
  57:11 58:15,
  18 59:18
  60:12 61:4
  62:15 66:11
  69:16 70:6,
  16,23 71:5,9
  80:6 87:25
  91:8 95:15
  97:5 100:16,
  17 101:4
  102:2,22
  103:17
**wrap**  93:4

**wrapped**  71:23
**writing**  41:15
  100:6,11
**written**  17:10
  18:3 19:6
  34:25 69:4
**www.adamkazal**
  23:10
**www.adamkazal.**
  **com**  28:23
**www.**
  **charifkazal.**
  **com**  24:4
**www.kari**
  24:11
**www.karl**  25:2
**www.**
  **kazalfamilytru**
  **th.com**  24:17
**www.tonykazal.**
  **com**  24:7

───────────────

**X**

───────────────

**XYZ**  35:25

───────────────

**Y**

───────────────

**y'all**  56:18
**Yahoo**  23:17
**yeah**  7:5 10:4
  14:12,18,23
  18:18 20:22
  23:1 26:21
  32:3 36:19
  40:25 42:1,5,
  14 43:9
  49:11,13
  54:11 55:23
  56:7,17,22
  62:20 63:17
  65:1,24 66:20
  68:7,9 69:3,5
  73:18 74:24
  76:21 79:25
  81:13,20
  82:18 83:5

86:6,17,19
  88:17 94:1
  96:14 100:23
  102:6
**year**  31:10,15
  62:14 67:19
  72:4
**years**  6:17
  31:10
**Yep**  18:14
  32:5 39:3
  43:21 44:5
  57:21 72:5,15
  78:12 81:11
  82:15 83:7,17
  86:23
**yes**  5:1,15
  6:15 9:22
  10:12 14:6
  18:21 20:23
  21:15,18
  22:18 23:5,
  12,15,23
  24:2,6,9,19,
  22 25:4,16,
  19,23 26:2,7
  27:4,7,9,22
  28:5,14 29:1,
  4,16,19,21,23
  30:1,17 31:12
  32:1 37:6
  38:2 40:1,8,
  19 43:11
  44:13 45:16
  48:13 50:14
  53:12,19
  54:8,17,22
  56:10,13,15
  57:24 60:4,
  11,23 61:3
  62:4 63:6,7,
  14,20,22
  65:15 68:18,
  20 71:24
  72:11,13
  79:12 80:19
  83:25 84:6
  85:23 100:8
  103:8,20

**yesterday**
  43:10,13
  45:22 46:10
**you**   4:9,11,
  13,24 5:2,6,
  8,12,16,20
  6:5,7,13,18,
  21,25 7:6,8,
  10,18,22,24
  8:2,3,7,14,
  15,20,24 9:3,
  4,14,16,21,
  23,24 10:3,
  10,13,16,19
  11:3,9,10,18,
  19,20,21,25
  12:9,20 13:1,
  5,11,18,24
  14:5,7,19,23
  15:10,11,20,
  23,25 16:7,
  11,14,21
  17:4,7,8,21
  18:1,7,12,16,
  23 19:7,10,13
  20:16,24
  21:2,11,17,
  22,24 22:6,7,
  10,11,13,14,
  22,23,24
  23:4,10,16,
  17,18,21,24
  24:4 25:6,7,
  10,15,17,21,
  25 26:4,9,18
  27:2,11,12,
  19,23,25
  28:3,6,15,16,
  18,21,23
  29:2,6,10,11,
  12,13,14,20,
  22,24 30:2,5,
  6,10,14,15,21
  31:2,9,13,14,
  24 32:2,4,6,
  9,10,12,14,25
  33:1,6,8,15,
  16,18 34:2,3,
  7,15,16 35:4,

  8,11,20,23,24
  36:2,6,17,18,
  21,23 37:3,4,
  7,8,9,10,22
  38:6,17,21
  39:4,6,7,17,
  21 40:10,17,
  20 41:2,4,10,
  13,16,22,25
  42:2,3,7,9,
  10,11,20,21,
  25 43:6,8,12,
  16,20,22,23
  44:12,15,25
  45:4,5,17,18
  46:9,10,13,
  16,24 47:2,6,
  7,19 48:2,5,
  18,21 49:1,3,
  4,9,12,23
  50:2,3,5,7,9,
  16,22,25
  51:9,20,22,25
  52:2,9 53:11,
  16,18,20,23,
  25 54:2,16,
  19,20,24
  55:1,2,3,4,
  10,13,21,24
  56:4,5,9,20,
  23 57:4,5,11,
  12,18,22,23,
  25 58:11,12
  59:1,2,4,5,
  18,19,22,23,
  24,25 60:3,9,
  12,18,24,25
  61:2,11,12,23
  62:1,2,9,14,
  15,17,21,25
  63:2,3,8,12,
  15,18 64:4,7,
  13,17 65:6,7,
  11,13,16,18,
  22 66:8,9,10,
  17,21 67:9,
  17,20,23,25
  68:3,6,8,16
  69:1,6,9,13,

  18,23 70:1,4,
  5,6,11,13,14
  71:7,9,18,25
  72:1,7,9,12,
  19,25 73:6,8,
  18,19,21,25
  74:2,3,19,20,
  25 75:3,9,12,
  22 76:1,6,7,
  8,9,11,12,14,
  22,23,25
  77:1,5,7,12,
  14,17 78:2,7,
  8,13 79:1,16,
  19,24,25
  80:2,6,14,22
  81:9,10,16,
  18,24,25 82:1
  83:2,10,14,
  19,24 84:2,5,
  7,13,20,22
  85:2,9,13,18,
  20,21,25
  86:2,3,8,20,
  24 87:4,7,11,
  15 88:3,7,10,
  12,13,14,15,
  20 89:17,21
  90:3,6,12,17
  91:8,9,10,11,
  13,20 92:8,9,
  16,18,19,24
  94:1,8,9,11,
  13,14,24
  95:6,7,9,16,
  23 96:5,6,7,
  10,15,19,20
  97:6,16,17
  98:2,5,8,13,
  17,20,25
  99:1,2,8
  100:7,13,16,
  18 101:1,3,
  10,17,18,23,
  24,25 102:2,3
  103:12,15,16,
  19
**you'd**   37:12
  85:16

**you'll**   4:21
  9:19 20:19
  22:24 31:5
  43:7,19,24
  44:4,7 53:9
**you're**   4:11
  20:1 21:13
  22:7 30:20
  32:8,17,19
  35:24 45:7,9,
  10 48:16
  50:19 54:19
  56:11 63:15
  70:9 80:14
  85:6 87:17
  89:23,24,25
  91:3 102:20
  103:10
**you've**   17:24
  24:20,21 25:2
  32:13,21
  51:4,5 52:10
  60:9 74:6
  77:22 80:13
  84:10 88:8
  100:22
**you-all**   62:10
**your**   4:10,21
  5:4,22 6:4,
  10,19 7:2,15
  8:20 9:16,23
  10:16 11:5
  12:6 15:23
  16:8 18:13,
  22,25 19:1,8
  20:22 22:6
  27:10,20
  28:7,13,19
  29:25 43:4
  45:5 47:8
  49:1 51:6
  52:24 56:14,
  23 57:5,11
  58:23 59:14
  60:22 61:24
  66:7,11 67:25
  69:9 70:4,7
  71:1,6,17
  72:16,20 73:2



```
74:3,20 75:3,
4,11 78:24
79:5 80:4
83:8 84:17
87:11 88:11
91:7,13 94:17
95:21,24,25
97:6,10 101:5
102:8
```
**yours**  51:17
```
53:10 55:3
56:4 96:7
```
**yourself**
```
56:20
```

# EXHIBIT B

# United States District Court

# Middle District of Florida

|  |  |  |
|---|---|---|
| | x | |
| CHARIF KAZAL, an individual, | ) | |
| ADAM KAZAL, an individual, | ) | |
| TONY KAZAL, an individual, | ) | Index No. |
| KARL KAZAL, an individual, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW PRICE, an individual, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | x | |

### AFFIDAVIT OF CHARIF KAZAL

I, Charif Kazal, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I am over the age of 18 and am a resident of Sydney, Australia.  I am a citizen of Australia.  I am a Plaintiff in this matter and have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2.     My parents and I immigrated to Australia from Lebanon in the early 1980's when I was a child.  We have lived in Australia ever since.  I am in the consulting and hospitality business.

3.     The following websites www.charifkazal.com, www.tonykazal.com, www.adamkazal.com, www.kazalfamilytruth.com, www.karlkazal.com (collectively, the "Websites") have information about me and my family that is false, wrong, and hurtful.  The false information suggests that my family and I are supporting international terrorism and are involved in criminal and fraudulent activities.  The false charge of terrorism is particularly hurtful given my

Lebanese heritage.  My family and I abhor terrorism and have never and do not support any terrorist organization.

4.      These false accusations of terrorist and criminal association have caused my family safety concerns and cost my family significant business opportunities.

5.      In an effort to address my safety and security concerns, I have and continue to consult a retired Sydney police official and current owner of a Sydney based private security company, Craig Sheridan, to help us protect our safety as a result of these websites.

6.      On December 5, 2017, at my request (due to my location in Australia), my attorney filed a complaint with Sgt. Sebastiano Pepenella, a Cyber Investigations & Computer Forensics Supervisor of the Pasco County, Florida Sherriff's Office against the Defendant for his publication of the website posts that imply my family supports terrorism and specifically the terrorist organization Hezbollah.

7.      Many banks in Sydney in the past competed to lend money to businesses controlled by my family.  But as a result of the false information on the websites some of those banks have recently denied my requests for loans.

8.      Moreover, many business partners have told me that they are unable or unwilling to close business deals with me due to the negative and false information disseminated by the websites.

9.      I have experienced financial hardships due to my difficulties in getting business loans and closing business deals.

10.      In addition, the posts on the websites are being regularly and prolifically republished by "Blog Post Promoter."  Therefore, the same false allegations against me and my family appear constantly as if they were new.  This worsens the damages done by the websites.

Executed this 7th day of December 2017 in

Doha, Qatar.

Charif Kazal

Sworn to (or affirmed) and subscribed before me this _____ day of _____, 2017.

_____
(Signature of Notary Public)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

# EXHIBIT C

**United States District Court**
**Middle District of Florida**

| | |
|---|---|
| CHARIF KAZAL, an individual,<br>ADAM KAZAL, an individual,<br>TONY KAZAL, an individual,<br>KARL KAZAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PRICE, an individual,<br><br>Defendant. | x<br>)<br>)<br>) Index No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>x |

### AFFIDAVIT OF MANUEL MAGOULIAS

I, Manuel Magoulias, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.       I am over the age of 18 and am a resident of Sydney, Australia.  I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. I am a Certified Practising Accountant (CPA) operating my own accounting practice known as "Magoulias & Associates."

3.       I have been the Accountant for Kazal family businesses for the past 20 years.

4.       I am aware of the websites launched in 2016 about Charif, Tony, Adam & Karl Kazal containing false lies and false allegations painting them as terrorists and criminals.  Based on my interactions with the Kazal family over the last 20 years, these accusations are not true.

5.       However, the false accusation against the Kazal family have adversely impacted their financial interests and significantly stilted the growth trajectory of their businesses.  Banks have refused to lend to the Kazal family as a result of these false accusations.  The Kazal family had to sell off a major property asset in 2017 to deal with cashflow difficulties.



Executed this __7th__ day of __December__ 2017 in
__1103 George Street__
__SYDNEY__

_____
Manuel Magoulias

Sworn to (or affirmed) and subscribed before me this _____ day of _____, 2017.


_____
(Signature of Notary Public)


_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

# EXHIBIT D

**United States District Court**
**Middle District of Florida**

| | |
|---|---|
| x | |
| CHARIF KAZAL, an individual, ) | |
| ADAM KAZAL, an individual, ) | Commercial Division |
| TONY KAZAL, an individual, ) | |
| KARL KAZAL, an individual, ) | Index No. |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MATTHEW PRICE, an individual, ) | |
| ) | |
| Defendant. ) | |
| x | |

### AFFIDAVIT OF CRAIG SHERIDAN

I, Craig Sheridan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18 and am a resident of Sydney, Australia. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2.      I am the Managing Director of Sheridan Consulting Group Pty Ltd. (SCG).  SCG offers clients a fully integrated suite of solutions to address strategic risk, counter terrorism, crisis management and other security needs.  The website of my company is www.sheridanconsultinggroup.com.  SGG counts among its clients global blue chip international companies such as Deloitte and the Intercontinental Hotel Group.

3.      Prior to joining SCG, I was employed by the New South Wales Police Force ("NSWPF") for 29 years, retiring at the level of Commander of the State Planning Unit, Major Events & Incidents Group.  NSWPF is the primary law enforcement agency in the most populous state in Australia.

4.    I was responsible for security for a number of well-known national and regional events in Australia, including Ruby League World Cup 2017, Australia Day 2017 and the New Year's Eve Fireworks on Sydney Harbour and the surrounding foreshores.

5.    I am also a media commentator on terrorism issues.  For example, I was interviewed on Australian TV following a recent terrorist incident in the United Kingdom.

6.    I have been friends with various members of the Kazal family for more than 20 years, including in particular Karl, Tony & Charif Kazal.  They are a prominent business family in Australia.

7.    I have been made aware of existence of the websites established about Charif, Tony, Adam & Karl Kazal asserting that they are supporters of Hezbollah and have engaged in criminal conduct.  I know from my experience of interacting with the Kazal family over many years that these charges are false.

8.    I have from time to time provided general advice to different Kazal family members to give them an improved sense of security at home and to minimize any risks of having direct interactions with someone who may pose as a threat.  In particular, the family has had genuine concerns for the safety and wellbeing of young children so we have discussed various strategies to help deal with issues as they arise and the stresses these issues have caused.

9.    I understand that some Kazal children have been harassed in school for having so-called terrorist associations.

10.    Based on my professional experience as a security professional with more than 30 years of experience and based on my understanding of the situation in Australia, it is my opinion that it constitutes a safety risk for a well-known family such as the Kazals to face false accusations of terrorism and criminal conduct in a public forum.  It is my opinion that the safety concern will be alleviated by the removal of the false references from the websites.

11.    I encouraged Charif and Tony to commence formal proceedings in the USA to have false information expunged from the websites and am pleased to see the alleged perpetrator has been identified and the matter is now before the Courts.

Executed this 7th day of December, 2017 in
Sydney, Australia

_____
Craig Sheridan  APM

Sworn to (or affirmed) and subscribed before me this ___7th___ day of _December_, 2017.

_____
(Signature of Notary Public)

_____RICK  M / TRY_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced ___NSW  DRIVERS  LICENSE  5922CC___

# EXHIBIT E

**United States District Court**
**Middle District of Florida**

| | |
|---|---|
| CHARIF KAZAL, an individual,<br>ADAM KAZAL, an individual,<br>TONY KAZAL, an individual,<br>KARL KAZAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PRICE, an individual,<br><br>Defendant. | x<br>)<br>)<br>)<br>)   Index No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>x |

### AFFIDAVIT OF RANIA KAZAL

I, Rania Kazal, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I am over the age of 18 and am a resident of Sydney, Australia.  I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2.     I am married to Tony Kazal, a Plaintiff in this Action, and the mother of two young boys still attending primary school in Sydney.  They are aged 12 and 9.

3.     Ever since the website www.tonykazal.com was established in 2016, our sons have been subjected to harassment at school by other children who have observed the content and told them their father is a terrorist.

4.     This website and the subsequent impact on my sons coming home from school upset has taken a substantial toll on me personally. I have had to deal with my children asking why there is a website about their father talking in inflammatory terms suggesting he is a supporter of Hezbollah and a criminal when of course my husband is none of those things.

5.     The frequency with which my boys have been taunted as terrorists has increased in the last few weeks.  I see first-hand that this has caused great stress to my boys.

6.     This website full of hate and ridicule for my husband and similar websites about his brothers are just devastating for our immediate and extended family, especially for the children.

7.     Given that international terrorism is such a major issue these days, it has created a very unsafe environment for my boys and I who are often home alone as Tony spends a great deal of time working in Dubai.

8.     I have had to take advice from security experts on how best to make my family safe by modifying habits and increasing home security as such online attacks and the taunting of my children make me very uncomfortable that someone could be motivated to harm us physically if they genuinely believe we are supporters of Hezbollah or have money or drugs in our house because we have been painted wrongfully as criminals on these websites.

9.     I have personally been very stressed about the situation and commenced seeking a psychiatrist around May 2016 to deal with my situation and the stress it has caused me.

10.     Part of my treatment has included medication that I never previously required and only commenced taking after it was prescribed for me by the psychiatrist.

11.     As a result of the website referred to above, people now look at me differently and I am reluctant to engage in school related activities out of fear for my sons being embarrassed or any of us being subjected to threats and intimidation from someone who may have read the website and seen my family as a target for their aggression towards Hezbollah or for crime related motives.

12.     I implore the Courts to shut down these malicious websites.

Executed this _06_ day of _December_ 2017 in
Suite 5, 3. Macquarie street
Sydney, AUSTRALIA

_____
Rania Kazal

Sworn to (or affirmed) and subscribed before me this _____ _6_ day of _December_, 2017.

_____
(Signature of Notary Public)

_____
RICH  MITRY
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____