# AFFIDAVIT OF PROCESS SERVER

Job # 261262

**Client Info:**

ROBINS KAPLAN LLP
MICHAEL R. WHITT, ESQUIRE
711 FIFTH AVENUE SOUTH, SUITE 201
Naples, FL 34102

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** CHARIF KAZAL, ADAM KAZAL, TONY KAZAL and KARL KAZAL -versus- **DEFENDANT:** MATTHEW PRICE | UNITED STATES DISTRICT COURT Court Division: MIDDLE DISTRICT OF FLORIDA Court Case # **8:17cv2945T23AAS** |

**Service Info:**

**Date Received:** 12/7/2017 at 02:54 PM
**Service:** I Served **MATTHEW PRICE**
With: **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS A-E; MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PROPOSED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
by leaving with **MATTHEW PRICE, PERSONALLY**

At Residence **3019 LYNWOOD COURT LAND O LAKES, FL 34638**
On **12/8/2017** at **04:50 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:** (Approx)

Age: 30, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 3"**, Weight: **215**, Hair: **Brown** Glasses: **No**

I **GREGORY SCOTT** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**GREGORY SCOTT**

**S & W Process Service**
2801 N. FLORIDA AVENUE
Tampa, FL 33602
Our Job # **261262**

SUBSCRIBED AND SWORN to before me this ___12th___ day of ___December, 2017___ by **GREGORY SCOTT**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

**SHELLI A WATSON**
MY COMMISSION #FF179613
EXPIRES November 30, 2018
(407) 398-0153   FloridaNotaryService.com




1 of 1

**RUSH!!**

AO 440 (Rev. 06/12) Summons in a Civil Action

R4LP PPS# GS
12/8/17 9021
SERVED
DATE: 12/8
TIME: 4:50pm
WHO: Ind - Matthew Pri

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHARIF KAZAL, ADAM KAZAL, TONY KAZAL and KARL KAZAL, <br><br> *Plaintiff(s)* <br> v. <br> MATTHEW PRICE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:17-cv-2945 T 23AAS |

2017 DEC -7 PM 3:59
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Price
3019 Lynwood Court
Land O' Lakes, FL 34638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael R. Whitt, Esq.
Robins Kaplan LLP
711 5th Avenue South, Suite 201
Naples, Florida 34102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **DEC - 7 2017**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*