UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARIF KAZAL, et al.,

    Plaintiffs,

v.                                                            CASE NO. 8:17-cv-2945-T-23AAS

MATTHEW PRICE,

    Defendant.
_____/

**ORDER**

1.    The parties must conform to the deadlines proposed in the case management report.

2.    The parties must adhere to Local Rule 3.06 and to the pretrial disclosure requirements in Rule 26(a)(3), Federal Rules of Civil Procedure.

3.    Under Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D), either a motion to amend a pleading or a motion to continue a hearing, the pretrial conference, or the trial is distinctly disfavored after issuance of this order.

4.    The parties must serve no more than twenty-five interrogatories, including sub-parts.

5.    The pretrial conference will occur before Magistrate Judge Amanda Arnold Sansone in Courtroom 10B, United States Courthouse, 801 North Florida Avenue, Tampa, on **NOVEMBER 8, 2018 at 11:00 A.M.**

A DISCOVERY DISPUTE FOR WHICH THE PARTIES SEEK JUDICIAL RESOLUTION MUST BE ADDRESSED AT OR BEFORE THE PRETRIAL CONFERENCE, NOT AT TRIAL. THE PARTIES MAY AGREE ON ANY DISCOVERY MATTER, BUT, UNLESS ADDRESSED AT THE PRETRIAL CONFERENCE, EACH PARTY ASSUMES THE RISK OF NON-COMPLIANCE BY THE OTHER PARTY.

6. The lead trial counsel must attend the pretrial conference.

7. A **jury** trial will occur in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, during the **DECEMBER 2018** trial term.

8. At least five days before the monthly trial term, the parties must file:

   (a) a trial brief with citations of authority and with argument of the disputed issues likely to arise at trial;

   (b) a concise (preferably one paragraph) joint statement of the action for presentation to the venire;

   (c) proposed jury instructions;

   (d) proposed verdict forms; and

   (e) proposed voir dire.

ORDERED in Tampa, Florida, on February 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE