**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARIF KAZAL, ADAM KAZAL, TONY KAZAL, and KARL KAZAL,

    Plaintiffs,

v.                          CASE NO.   8:17-CV-2945-T-23AAS

MATTHEW PRICE,

    Defendant.
_____/

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**

Plaintiffs, CHARIF KAZAL, ADAM KAZAL, TONY KAZAL, and KARL KAZAL (collectively the Plaintiffs) move the Court for an Order substituting G. Wrede Kirkpatrick, Esq., Florida Bar No. 0984116, and the law firm of Hines Norman Hines, P.L. as counsel of record for Plaintiffs in this action, relieving Michael R. Whitt, Esq. and Minyao Wang[1] and the law firm of Robins Kaplan, LLP from all further responsibility as counsel[2], and directing the Clerk to terminate Michael R. Whitt, Esq. and Minyao Wang, Esq. as counsel for Plaintiffs.

---

[1] Michael R. Whitt, Esq. and Minyao Wang, Esq. consent to the substitution of counsel and relief from all further responsibility as counsel for Plaintiffs in this matter.

[2] Except for the **potential** $1,000.00 sanctions as to Mr. Whitt and Mr. Wang as listed in the Court's show cause portion of its order dated December 8, 2017. *See* Dkt. 4, at pages 11-12.

Dated: February 9, 2018

| | |
|---|---|
| By: */s/ Michael R. Whitt*<br>Michael R. Whitt, Esq.<br>Florida Bar No. 0725020<br>Robins Kaplan, LLP<br>711 Fifth Avenue South, Suite 201<br>Naples, FL 34102<br>Phone: (239) 213-1976<br>Fax: (239) 213-1970<br>mwhitt@robinskaplan.com | By: /s/ *G. Wrede Kirkpatrick*<br>G. Wrede Kirkpatrick<br>Florida Bar No. 984116<br>**HINES NORMAN HINES, P.L.**<br>315 S. Hyde Park Ave.<br>Tampa, FL 33606<br>Phone: (813) 251-8659<br>Fax: (813) 254-6153 facsimile<br>wkirkpatrick@hnh-law.com |
| By: */s/ Minyao Wang*<br>Minyao Wang, Esq.<br>Robins Kaplan, LLP<br>399 Park Avenue, Suite 3600<br>New York, NY 10022<br>Phone: (212) 980-7400<br>Fax: (212) 980-7499<br>mwang@robinskaplan.com | |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 9th day of February, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system.

  I FURTHER CERTIFY that as a courtesy, a copy of the forgoing was served by email upon Defendant's California counsel as follows:

Steven T. Gebelin, Esq.
steven@syversonlaw.com

                 */s/ G. Wrede Kirkpatrick*
                 Attorney