**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARIF KAZAL, ADAM KAZAL, TONY
KAZAL, and KARL KAZAL,

    Plaintiffs,

                                      CASE NO.   8:17-CV-2945-T-23AAS

v.

MATTHEW PRICE,

    Defendant.
_____/

## AMENDED NOTICE OF MEDIATION

PLEASE TAKE NOTICE that pursuant to this Court's Endorsed Order Granting Motion to Extend Time to Conduct Mediation [Dkt. 20], a mediation conference has been scheduled in the above-referenced matter as follows:

    DATE:        May 24, 2018

    TIME:        9:00 a.m.

    PLACE:      Robert M. Daisley, Mediator
                      4006 South MacDill Avenue
                      Tampa, FL  33611
                      (813) 835-7722

Dated: March 5, 2018            By:  /s/ *G. Wrede Kirkpatrick*
                                                G. Wrede Kirkpatrick
                                                Florida Bar No. 984116
                                                **HINES NORMAN HINES, P.L.**
                                                315 S. Hyde Park Ave.
                                                Tampa, FL  33606
                                                Phone:  (813) 251-8659
                                                Facsimile: (813) 254-6153
                                                wkirkpatrick@hnh-law.com
                                                Local counsel for Plaintiffs, Charif Kazal,
                                                Adam Kazal, Tony Kazal, and Karl Kazal

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which served a notice of electronic filing on the following:

| | |
|---|---|
| Bradford Rothwell Sohn, Esq. <br> Florida Bar No. 98788 <br> The Brad Sohn Law Firm, PLLC <br> 2600 South Douglas Rd., Ste 1007 <br> Coral Gables, FL  33134-4096 <br> Phone:  (786) 708-9750 <br> Facsimile:  (305) 397-0650 <br> brad@sohn.com <br> Attorney for Defendant Matthew Price | Steven T. Gebelin, Esq. <br> (*Pro Hac Vice* application to be filed) <br> 2029 Century Park East, Suite 2910 <br> Los Angeles, CA  90067 <br> Phone:  (310) 341-3072 <br> Facsimile:  (310) 341-3070 <br> steven@syversonlaw.com <br> Attorney for Defendant Matthew Price |

*/s/ G. Wrede Kirkpatrick*
Attorney

cc: Robert M. Daisley, Mediator