UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARIF KAZAL, ADAM KAZAL, TONY
KAZAL, and KARL KAZAL,

    Plaintiffs,

CASE NO. 8:17-CV-2945-T-23AAS

v.

MATTHEW PRICE,

    Defendant.
_____/

## AGREED TO SECOND MOTION FOR EXTENSION OF TIME
## TO CONDUCT MEDIATION

Plaintiffs, CHARIF KAZAL, ADAM KAZAL, TONY KAZAL, and KARL KAZAL (collectively, "KAZAL Brothers" or "Plaintiffs") by and through undersigned counsel hereby moves this Court for an extension of time, up to and including August 28, 2018, to conduct the mediation in this matter pursuant to this Court's Order referring this case to mediation [Dkt. 15], and as grounds therefore state as follows:

1. On or about February 8, 2018, this Court entered its Order referring this case to mediation [Dkt. 15]. Said order also required the mediation to occur on or before April, 10, 2018.

2. On or about March 2, 2018, the undersigned conferred with counsel for Defendant and filed a Motion for Extension of Time to Conduct Mediation [Dkt. 19] due to the fact that the mediator selected by the Court, Robert M. Daisley, Esq., did **not** have any available mediation dates until late May, 2018.

3. On or about March 5, 2018, the Court entered its Endorsed Order Granting Motion to Extend Mediation Deadline to May 24, 2018 [Dkt. 20].

4. On or about March 5, 2018, counsel for Plaintiffs filed an Amended Notice of Mediation scheduling the mediation for May 24, 2018.

5. Due to ongoing discovery in this matter, the parties are of the opinion that mediation needs to be postponed for there to occur a meaningful mediation. Discovery issues that have arisen are being discussed and additional discovery is being sought.

6. The undersigned has confirmed availability to hold the mediation on August 28, 2018. The undersigned has also conferred with counsel for the Defendant and confirmed availability for August 28, 2018. All parties are agreeable and available for the court ordered mediation to occur and Mediator Daisley has August 28, 2018 open as of the filing of this motion.

7. Pursuant to L.R. 3.01(g), the undersigned counsel certifies he has conferred with counsel for Defendant Price about the extension/continuance of mediation and has been advised by Mr. Gebelin that Defendant Price has no objection to, actually agrees to the extension/continuance, and consents to the requested relief.

WHEREFORE, for the above and foregoing reasons, counsel for Plaintiffs respectfully request this Court grant an extension of time, up to and including August 28, 2018 to conduct the court ordered mediation in this matter.

Dated: May 21, 2018

By: /s/ *G. Wrede Kirkpatrick*
G. Wrede Kirkpatrick
Florida Bar No. 984116
**HINES NORMAN HINES, P.L.**
315 S. Hyde Park Ave.
Tampa, FL 33606
Phone: (813) 251-8659
Facsimile: (813) 254-6153
wkirkpatrick@hnh-law.com
Local counsel for Plaintiffs, Charif Kazal,
Adam Kazal, Tony Kazal, and Karl Kazal

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which served a notice of electronic filing on the following:

| | |
|---|---|
| Bradford Rothwell Sohn, Esq.<br>Florida Bar No. 98788<br>The Brad Sohn Law Firm, PLLC<br>2600 South Douglas Rd., Ste 1007<br>Coral Gables, FL 33134-4096<br>Phone: (786) 708-9750<br>Facsimile: (305) 397-0650<br>brad@sohn.com<br>Attorney for Defendant Matthew Price | Steven T. Gebelin, Esq.<br>(*Pro Hac Vice* application to be filed)<br>2029 Century Park East, Suite 2910<br>Los Angeles, CA 90067<br>Phone: (310) 341-3072<br>Facsimile: (310) 341-3070<br>steven@syversonlaw.com<br>Attorney for Defendant Matthew Price |

*/s/ G. Wrede Kirkpatrick*
Attorney