UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARIF KAZAL, ADAM KAZAL, TONY KAZAL, and KARL KAZAL,

    Plaintiffs,

v.

    CASE NO.  8:17-CV-2945-T-23AAS

MATTHEW PRICE,

    Defendant.

_____/

## MEDIATION REPORT

In accord with the Court's Order entered February 18, 2018, as modified by the Court's endorsed Order of March 5, 2018, a mediation conference occurred on **May 24, 2018.**

(a) The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

| | |
|---|---|
| **see below** | All individual parties and their respective trial counsel. |
| n/a | Designated corporate representatives. |
| n/a | Required claims professionals. |

(b) The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:

**Defendant Matthew Price and his counsel of record Brad Sohn, Esq. appeared in person.**
**Plaintiffs' counsel of record G. Wrede Kirkpatrick, Esq. appeared in person.**
**Plaintiff Charif Kazal appeared by video conference (with no technical difficulties).**
**Plaintiffs Adam Kazal, Tony Kazal and Karl Kazal did not appear.**
**Plaintiffs' counsel and Plaintiff Charif Kazal represented that Charif Kazal appeared with full settlement authority on behalf of all Plaintiffs.**

  (c) The result of the mediation:

  _____ <u>The action completely settled.</u>  In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the mediator.
Comments:

  _____ <u>The action partially resolved.</u>  Lead counsel must file within ten days a joint stipulation resolving the settled claims.  The following issues remain:
Comments:

  _____ <u>The action neither settled nor failed to settle.</u>
Comments:

   √ **<u>The parties failed to settle</u>.**
Comments:

Reported on **May 24, 2018**, in Tampa, Florida.

         ___*s/Robert M. Daisley*_____
         Robert M. Daisley, Certified Federal Mediator
         ROBERT MICHAEL DAISLEY, P.A.
         4006 S. MacDill Ave.
         Tampa, FL  33611
         (813) 835-7722
         (813) 489-2988 (fax)
         rob@daisleymediation.com

cc:  Counsel of record (via CM/ECF)