**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHARIF KAZAL, ADAM KAZAL,**
**TONY KAZAL, and KARL KAZAL,**

      **Plaintiffs,**

v.                          **Case No.: 8:17-cv-2945-T-23AAS**

**MATTHEW PRICE,**

      **Defendant.**

_____/

**<u>ORDER</u>**

Charif Kazal, Adam Kazal, Tony Kazal, and Karl Kazal (collectively, the "Kazals") move to compel Matthew Price to provide more complete discovery responses.  (Doc. 28).  The court directed the Kazals' counsel to confer with opposing counsel pursuant to Local Rule 3.01(g) and supplement the motion with a certification stating whether or to what extent the parties have resolved the motion.  (Doc. 30). The certification was due by August 8, 2018.  *Id.*  To date, no certification has been filed.

Accordingly, the Kazals' Motion to Compel (Doc. 28) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Tampa, Florida, on August 10, 2018.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge